Search                                                    Sign Up



## cristiano

**2,439 posts**      **150m** followers      421 following

Cristiano Ronaldo
facebook.com/cristiano

POSTS                                    TAGGED



Sign Up

AFFT00108

# EXHIBIT 24

AFFT00109

**Ronald Harper Jr**

| | |
|---|---|
| **From:** | Norma McMahan |
| **Sent:** | Thursday, January 03, 2019 4:45 PM |
| **To:** | Ronald Harper Jr |
| **Subject:** | Ronaldo's address |
| **Importance:** | High |



| Our Website | Services | Map | Contact Us | Testimonials |

Please be advised that server in Italy is having to go through the Turin municipal government to get confirmation of Ronaldo's address.  Server knows the location of the community, but the actual address is not known.  I have received the deposit check for the fee associated to process the service via Hague article 5 protocols; however, I too need the address before I can proceed.  I will keep you updated.

Thank you,



**Norma McMahan**
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255  Ext. 504  I  702.471.7248  Fax
105 Mary Street, Reno, NV 89509
775.323.7070  I  775.323.7072  Fax
Norma@lpsnv.com  I  www.lpsnv.com

**LEGAL PROCESS SERVIC**

    

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

Notice: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This informatio confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intende recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have receive communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00110

# EXHIBIT 25

AFFT00111



1  **AFFT**
   Stovall & Associates Attorneys At Law
2  Leslie Mark Stovall, Esq.
3  2301 Palomino Lane
   Las Vegas   NV 89107
4  State Bar No.:  2566
5  Attorney(s) for: Plaintiff(s)

6

7                          **DISTRICT COURT**
                       **CLARK COUNTY,  NEVADA**

8                                                    Case No.: **A-18-781869-C**
9                                                    Dept. No.: **14**

10  **Kathryn Mayorga, individually**
11          *vs*                            *Plaintiff(s)*        Date:
    **Cristiano Ronaldo, individually; et al.**                  Time:
12                                          *Defendant(s)*

13

14                                                   **AFFIDAVIT OF**
                                                     **DUE DILIGENCE**

15  __Norma P. McMahan__  , being duly sworn deposes and says: That Affiant is and was on the day when she received the within

16  action, a citizen of the United States, over 18 years of age, licensed to serve civil process in  the State of Nevada under license

17  #604, and not a party to or interested in, the within action: That the affiant received the within   __Summons; Verified Complaint__ ,

18  on the   __1st__  day of   __October__  ,  __2018__   and that attempts were made to locate the **Defendant(s),**   __Cristiano Ronaldo,__

19  __individually__ , within the County of  __Clark__ , State of   __Nevada .__

20

21  Affiant affirms that during the period October 1, 2018 to November 16, 2018, a diligent effort was made to confirm a residence for

22  the defendant, Cristiano Ronaldo, aka Cristiano Ronaldo dos Santos Aveiro within the state of Nevada and/or United States.

23

24  Inquiries with local directories, state and national cross reference directories were to no avail in confirming a listing and/or

25  residence for the defendant.  Clark County Assessor records were check and Affiant could find no record of defendant owning a

26  residence.  Inquiries were also run with Nevada Secretary of State.  Affiant could find no record of defendant being an officer or

27  agent for any domestic and/or foreign entity.

28

29  Inquiries were run with various national search engines in an effort to confirm a residence and/or address for the defendant within

30  the United States.  Affiant affirms that inquiries made by and date of birth found, February 5, 1985, were to no avail.



31

32

33

34

35

36  / / /

Affiant affirms that efforts to date to confirm an address for the defendant, Cristiano Ronaldo, within the County Clark, State of Nevada, and/or the United States have been to no avail.

Affiant affirms upon further inquiry information obtained indicates that defendant is a resident of Italy and curren employed as a professional soccer player with the Juventus Football Club (Turin, Italy). Documents are in the process of being prepared for service in Italy per Hague Article 5 protocols. It is estimated that service could t long as 6 months to year to complete.

(702) 471-7255

Legal Process Service, 724 S. 8th Street, Las Vegas, NV 89101

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LISA ANNE WHARTON
Appt. No. 16-2934-1
My Appt. Expires June 16, 2020

**State of Nevada, County of  Clark**

SUBSCRIBED AND SWORN to before me on this

**28th**  day of  **December**      **2018**

Notary Public   **Lisa Anne Wharton**

Affiant - **Norma P. McMahan #. R-20**
Legal Process Service, License #
Work Order **1806550**

AFFT00113

AFFT00114

# EXHIBIT 25

AFFT00115

**Ronald Harper Jr**

**From:** Norma McMahan
**Sent:** Wednesday, November 14, 2018 11:34 AM
**To:** ronald@lesstovall.com
**Subject:** Cristian Ronaldo
**Importance:** High



Ronald, I have several inquiries pending in Italy regarding the delivery to Ronaldo. I hope to hear something shortly. Sorry for the delay but the Italians are not prompt to respond. One of the servers I had previously been in contact with said he will not do it and refuses to send a server to the residence because of the private guards and their reputation. I am also checking into the what the cost would be to send one of my servers to handle it. Just to reiterate Mr. Stovall's request, he wants us to effect service per NRS 14.090(1)(a), by leaving a copy of the documents with guards at the residence and/or guards posted at the entrance to the private drive. I hope to have something for you soon.

Thank you,



THE
SUPPORT
TEAM

Norma McMahan
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255 Ext: 504 | 702.471.7248 Fax
105 Mary Street, Reno, NV 89509
775.323.7070 | 775.323.7072 Fax
Norma@lpsnv.com | www.lpsnv.com

**LEGAL PROCESS SERVIC**

    

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

Notice: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This informatio confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00116

# EXHIBIT 26

AFFT00117

**Ronald Harper Jr**

| | |
|---|---|
| **From:** | Norma McMahan |
| **Sent:** | Thursday, November 15, 2018 2:56 PM |
| **To:** | ronald@lesstovall.com |
| **Subject:** | ** Ronaldo** |



Our Website          Services          Map          Contact Us          Testimonials

I heard back from a server in Italy. Said they will attempt it but he was not real enthusiastic about having to go by the residence. I told him we wanted 2 servers. 1 to handle the delivery/service and another to video/photograph the delivery/service. I am waiting on his fee and will get back to you when he replies.

Thank you,



Norma McMahan
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255  Ext: 504  I  702.471.7248  Fax
105 Mary Street, Reno, NV 89509
775.323.7070  I  775.323.7072  Fax
Norma@lpsnv.com  I  www.lpsnv.com

**LEGAL PROCESS SERVIC**

     

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

Notice: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00118

# EXHIBIT 27

AFFT00119

**Ronald Harper Jr**

| | |
|---|---|
| **From:** | Norma McMahan |
| **Sent:** | Friday, November 16, 2018 8:53 AM |
| **To:** | ronald@lesstovall.com |
| **Subject:** | ** Ronaldo** |
| **Importance:** | High |



| Our Website | Services | Map | Contact Us | Testimonials |
|---|---|---|---|---|

Hi Ronald, please be advised that I have confirmation from a server who will handle the request. He will provide 2 servers. 1 to handle the service/delivery and the other to record the delivery. We will have to wire transfer the funds to him. Fee will run 1500 euros. (a little over $1700). Please note this does not include wire transfer fees and LPS fee is $225.

Please advise if you want to proceed. I will need payment for all fees in advance.

Thank you.



**Norma McMahan**
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255. Ext: 504 I 702.471.7248 Fax
105 Mary Street, Reno, NV 89509
775.323.7070 I 775.323.7072 Fax
Norma@lpsnv.com I www.lpsnv.com

     

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471 7255

**Notice:** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

2/21/2019

AFFT00120

# EXHIBIT 28

AFFT00121

**Ronald Harper Jr**

| | |
|---|---|
| **From:** | Norma McMahan |
| **Sent:** | Thursday, December 13, 2018 5:01 PM |
| **To:** | Ronald Harper Jr |
| **Subject:** | RE: 1807540 Update from LPS/Legal Process Service Case#:2:18-cv-01493-GMN-CWH Serve: Landforce |

Ok will do.

Also, on a side note, I have requested an update from server in Italy re: Ronaldo. I will update you ASAP.
Also, Mr. Stovall also requested that I also submit a 2nd request for service on Ronaldo per Hague protocols.  I will have a deposit invoice to you soon.  As required the docs have to be translated to Italian before we can do anything w/ the service.

Thank you,

Norma McMahan
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255  Ext: 504  I   702.471.7248  Fax

105 Mary Street, Reno, NV 89509
775.323.7070   I   775.323.7072  Fax
Norma@lpsnv.com  I  www.lpsnv.com

-----Original Message-----
From: Ronald Harper Jr [mailto:ronald@lesstovall.com]
Sent: Thursday, December 13, 2018 4:56 PM
To: Norma McMahan <norma@lpsnv.com>
Subject: RE: 1807540 Update from LPS/Legal Process Service Case#:2:18-cv-01493-GMN-CWH
Serve: Landforce

Yes, please try to serve the corporate officer.

Thank you,

Ronald Harper
ronald@lesstovall.com
www.lesstovall.com
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093
-----Original Message-----
From: Norma McMahan [mailto:norma@lpsnv.com]
Sent: Thursday, December 13, 2018 4:50 PM
To: ronald@lesstovall.com
Subject: 1807540 Update from LPS/Legal Process Service Case#:2:18-cv-01493-GMN-CWH Serve:
Landforce
Importance: High

Work Order #: 1807540
Case #:: 2:18-cv-01493-GMN-CWH
Filed Date: 8/10/2018
Hearing Date:
Plaintiff: Robert Barcelon, an individual
Defendant: Landforce Corporation individually; et al.

1

AFFT00122

# EXHIBIT 29

AFFT00123

**Ronald Harper Jr**

**From:**   Norma McMahan
**Sent:**   Friday, December 14, 2018 11:39 AM
**To:**   Ronald Harper Jr
**Subject:** ** Ronaldo service



LPSNV.COM
LEGAL PROCESS SERVICE

*Professional Service Since 1982*

Our Website          Services          Map          Contact Us          Testimonials

Ronald, please note that I have to have an address for Ronaldo when submitting the Hague request. At this time, the only addresses I have for him are those associated w/ Juventus, the futbol club he plays for in Italy. I have addresses for the practice facility and club headquarters; however, I do not have a residence address. I have asked the server in Italy to provide me any & all addresses they find for him. I will keep you updated. However, if by the time, I am ready to submit the Hague package, if I have not received word of any additional addresses, then I will provide the 2 addresses for Juventus. Please remember that service per article 5 of Hague, which is the standard and most commonly sought service option will take about 4 months or longer. Also, once the service is submitted, the Central Authority is not required to provide status updates, so it is a wait and see. I will have a deposit invoice to you by early next week.

Ronald, it is possible to utilize the service of an attorney in Italy. The Italian attorney has to petition the court for a service order. This alternate method per article 10 of the Hague bypasses the Central Authority. It usually means a faster service by a month of 2; however, fees usually start at about $3000 or higher. I just wanted to share this info w/ you because it is an option.

Thank you,

Norma McMahan
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255  Ext: 504  |  702.471.7248  Fax
105 Mary Street, Reno, NV 89509
775.323.7070  |  775.323.7072  Fax

Norma@lpsnv.com  |  www.lpsnv.com

THE
SUPPORT
TEAM

**LEGAL PROCESS SERVIC**

     

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

Notice: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00124

# EXHIBIT 30

AFFT00125

**Ronald Harper Jr**

**From:** Norma McMahan
**Sent:** Thursday, January 03, 2019 4:45 PM
**To:** Ronald Harper Jr
**Subject:** Ronaldo's address
**Importance:** High



Please be advised that server in Italy is having to go through the Turin municipal government to get confirmation of Ronaldo's address. Server knows the location of the community, but the actual address is not known. I have received the deposit check for the fee associated to process the service via Hague article 5 protocols; however, I too need the address before I can proceed. I will keep you updated.

Thank you,



**Norma McMahan**
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255 Ext: 504 I 702.471.7248 Fax
105 Mary Street, Reno, NV 89509
775.323.7070 I 775.323.7072 Fax
Norma@lpsnv.com I www.lpsnv.com

**LEGAL PROCESS SERVIC**

     

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

**Notice:** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

2/21/2019

AFFT00126

# EXHIBIT 31

AFFT00127

**Ronald Harper Jr**

**From:** Norma McMahan
**Sent:** Thursday, January 17, 2019 1:01 PM
**To:** Ronald Harper Jr
**Subject:** Cristiano Ronaldo service



| Our Website | Services | Map | Contact Us | Testimonial: |

Ronald, I have the translated docs. However, server in Italy is still trying to confirm Ronald's home address w/ the municipal government. If you prefer I do not wait, I can try submitting the Hague request by referencing 2 addresses I have for Juventus Football Club, his employer. Please advise if you want me to proceed w/ the addresses for Juventus or if you prefer I wait a little longer to see if Italian server can obtain physical address from municipal government in Turin.

Thank you,

Norma McMahan
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255 Ext: 504  |  702.471.7248  Fax
105 Mary Street, Reno, NV 89509
775.323.7070  |  775.323.7072 Fax

THE
SUPPORT
TEAM

**LEGAL PROCESS SERVIC**

Norma@lpsnv.com  |  www.lpsnv.com

     

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

**Notice:** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This informatic confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intende recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have receive communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00128

# EXHIBIT 32

AFFT00129

**Ronald Harper Jr**

| | |
|---|---|
| **From:** | Norma McMahan |
| **Sent:** | Tuesday, January 29, 2019 11:35 AM |
| **To:** | Ronald Harper Jr |
| **Subject:** | FW: Cristiano Ronaldo service |
| **Importance:** | High |

Ron, see the email below as it pertains to the request for service via Hague. I sent the email to you on 1/17/2019 & have yet to get a response. Please review and get back to me. Regarding server in Italy, I am waiting to hear them & will update you right away. But as of 1/17/2019, they were still trying to secure/confirm physical address. If you want I would like to instruct server to try the offices for Juventus to see if they will help and/or provide the name of an attorney for Ronaldo. Please note additional fees will more than likely apply. Let me know what you think.

Thank you,

Norma McMahan
General Manager
LEGAL PROCESS SERVICE
105 Mary Street, Reno, NV 89509
775.323.7070   I   775.323.7072 Fax
Norma@lpsnv.com   I   www.lpsnv.com

**From:** Norma McMahan
**Sent:** Thursday, January 17, 2019 1:01 PM
**To:** Ronald Harper Jr <ronald@lesstovall.com>
**Subject:** Cristiano Ronaldo service



| Our Website | Services | Map | Contact Us | Testimonials |
|---|---|---|---|---|

Ronald, I have the translated docs. However, server in Italy is still trying to confirm Ronald's home address w/ the municipal government. If you prefer I do not wait, I can try submitting the Hague request by referencing 2 addresses I have for Juventus Football Club, his employer. Please advise if you want me to proceed w/ the addresses for Juventus or if you prefer I wait a little longer to see if Italian server can obtain physical address from municipal government in Turin.

Thank you,

Norma McMahan
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255 Ext: 504   I   702.471.7248 Fax
105 Mary Street, Reno, NV 89509
775.323.7070   I   775.323.7072 Fax

Norma@lpsnv.com   I   www.lpsnv.com

2/21/2019

# EXHIBIT 33

AFFT00131

**Ronald Harper Jr**

From:      Norma McMahan
Sent:      Tuesday, January 29, 2019 5:13 PM
To:        Ronald Harper Jr
Subject: ** Cristiano Ronaldo**



| Our Website | Services | Map | Contact Us | Testimonials |
|---|---|---|---|---|

Re: private server in Italy.  They believe they have located the community were the defendant resides.  The problem is that there is not a guard at the gate and entry is not possible.  They have been attempting to secure a valid physical address for the defendant through the municipal government but are having a lot of difficulty.  Server said they would be providing another update soon.

Regarding Hague service per Article 5.  I had the docs translated from English to Italian per my conversation with Ronald of Jan. 7, 2019.  Please note that in order to proceed w/ the Hague service I have to have an address.  If you do not wish to continue to wait, I can submit the docs and indicate the addresses I found for Juventus Football Club.  My hope is that the authorities who will be handling the service will be able to get information and/or cooperation from his employer.  Again, I am hoping the business address will be enough to aid w/ the service.

Regarding 2 alternate Hague Article 10 options— Service via mail may be available if allowed by the court; however, not recommended.  For federal cases it is important to adhere to FRCP 4(f)

There is also the possible option of going directly to the judicial official/ufficiale giudizario (party who normally serves process in Italian cases).  However, it is my understanding that it would require hiring Italian counsel to prepare a service order.

Any chance you have a name of an attorney in Italy or Portugal that we can try contacting about possibly accepting service.  According to a Spiegel online article it references an attorney in Portugal as being one of his closest advisers, Carlos Osorio de Castro in Porto.

Thank you,

**Norma McMahan**
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255 Ext: 504  I  702.471.7248  Fax
105 Mary Street, Reno, NV 89509
775.323.7070  I  775.323.7072  Fax
Norma@lpsnv.com  I  www.lpsnv.com

THE
SUPPORT
TEAM

**LEGAL PROCESS SERVICE**

2/21/2019

AFFT00132

    

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

**Notice:** This e-mail is covered by the Electronic Communications Privacy Act. 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00133

# EXHIBIT 34

AFFT00134

**Ronald Harper Jr**

| | |
|---|---|
| **From:** | Norma McMahan |
| **Sent:** | Wednesday, January 30, 2019 12:00 PM |
| **To:** | Ronald Harper Jr |
| **Subject:** | RE: ** follow up** |
| **Importance:** | High |

Hi Ron, I will get quote to you and invoice for payment of translation fees and service fees for Hague service of the docs.  Please note that because this is a different case, it will require a separate handling from the case filed in 8th Judicial District Court, and additional fees will apply.

Thank you,

**Norma McMahan**
General Manager
LEGAL PROCESS SERVICE
105 Mary Street, Reno, NV 89509
775.323.7070   I   775.323.7072  Fax
Norma@lpsnv.com   I   www.lpsnv.com

**From:** Ronald Harper Jr [mailto:ronald@lesstovall.com]
**Sent:** Wednesday, January 30, 2019 11:36 AM
**To:** Norma McMahan <norma@lpsnv.com>
**Subject:** RE: ** follow up**

Hi Norma,

Here are the Complaint and Summons in the Mayorga v Ronaldo case in U.S District court.

Thank you,

Ronald Harper
ronald@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

**From:** Norma McMahan [mailto:norma@lpsnv.com]
**Sent:** Wednesday, January 30, 2019 10:46 AM
**To:** Ronald Harper Jr
**Subject:** ** follow up**
**Importance:** High



LPSNV.COM
LEGAL PROCESS SERVICE

*Professional Service Since 1982*

Our Website          Services          Map          Contact Us          Testimonials

Hi Ron, call me at your convenience, 775 323 7070.  I am in the Reno office this week.

2/21/2019

AFFT00135

Thank you,

**Norma McMahan**
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255 Ext: 504  |  702.471.7248  Fax
105 Mary Street, Reno, NV 89509
775.323.7070  |  775.323.7072 Fax
Norma@lpsnv.com  |  www.lpsnv.com



# LEGAL PROCESS SERVICE

    

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

**Notice:** This e-mail is covered by the Electronic Communications Privacy Act. 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00136

# EXHIBIT 35

AFFT00137

**Ronald Harper Jr**

| | |
|---|---|
| **From:** | Norma McMahan |
| **Sent:** | Friday, February 01, 2019 11:58 AM |
| **To:** | Ronald Harper Jr |
| **Subject:** | ** Cristiano Ronaldo** |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |



| | | | | |
|---|---|---|---|---|
| Our Website | Services | Map | Contact Us | Testimonials |

Server in Italy updated me. He has not had any luck confirming a home address in Turin for Ronaldo. He said Juventus players are like Royalty there. He said he can provide me the address for the community but not for Ronaldo's personal residence. He said he is certain that Ronaldo is residing in the community. Server said that all efforts to confirm an address within the community were to no avail. He said records go blank when he searches anything for Ronaldo and when it comes to the community, property records have been blacked out and it is as if they do not exist. I asked server to run the name of Ronaldo's girlfriend and mother in an effort to see if perhaps he can get something on either. He said he would have something for me on that next week.

Server said they also attempted at the offices of Juventus. Server was told he could leave the docs and that they would forward them to Ronaldo's reps. Server did not leave copies.

Server is going to email me the address for the community. We can try mailing a copy of the documents to the community and hope that it makes it to the carrier for the community and that it eventually gets delivered to the correct residence. Also, if you like, we can ask server to go back to Juventus to leave a copy of the documents there. As you can imagine, we cannot be sure what will be outcome of these efforts.

Regarding the Hague service. I am awaiting a quote for the translation of the Federal docs and will be in touch soon.

Ronald, if Mr. Stovall decides he want to try mailing and/or leaving a copy of docs at Juventus offices, please advise if he is going to want me to also have a copy of the Federal docs.

Thank you,

**Norma McMahan**
General Manager
LEGAL PROCESS SERVICE
724 S. 8th Street, Las Vegas, NV 89101
702.471.7255 Ext: 504 I 702.471.7248 Fax
105 Mary Street, Reno, NV 89509
775.323.7070 I 775.323.7072 Fax

Norma@lpsnv.com I www.lpsnv.com

THE
SUPPORT
TEAM

**LEGAL PROCESS SERVICE**

2/21/2019

AFFT00138

    

Legal Process Service • 724 South 8th Street • Las Vegas, Nevada 89101 • United States • (702) 471-7255

**Notice:** This e-mail is covered by the Electronic Communications Privacy Act. 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message, and then delete it from your computer.

AFFT00139