UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kathryn Mayorga,

          Plaintiff,

vs.

Cristiano Ronaldo

          Defendant.

Case No. 2:19-CV-00168-JAD-CWH

**AFFIDAVIT OF STATUS**
**FOREIGN SERVICE ITALY**

---

I, **Norma P. McMahan**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. Affiant affirms that she has specialized in service of process for the state of Nevada, the United States and Internationally for more than 15 years.

The United States and Italy are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters performed at the Hague, November 15, 1965. Affiant affirms that the documents in the case, **Summons in a Civil Action; and Complaint** were translated to Italian, and submitted to the Central Authority in Rome Italy, on or about March 22, 2019. Important to note is that the residence address for the defendant was not obtained until March 22, 2019. Service was requested in accordance with Hague Article 5 protocols. The service packet (Italian and English version of documents and instructions for service) were received at the Central Authority in Rome, Italy on March 25, 2019. Affiant affirms that service was requested to the defendant, **Cristiano Ronaldo**, at the following addresses:

    Residence:    Toto-Casa
                        Corso Alberto Picco
                        10131 Torino TO, Italy
    Employer:    c/o Juventus
                        Via Druento nr 175
                        10151 Torino, Italy

///

The Hague Service Convention does not require nor does it impose an obligatory time frame for service completion; consequently, requests for status updates are not always recognized and/or available. Experience has shown that it can take an average of 6 months for a service request to be completed and certificate of service to be returned. However, it is important to note that service can take longer. It is recommended that an extension be requested to allow for ample time for service abroad. Affiant affirms that information regarding status and/or progress of the service request will be communicated promptly as information is received.

Norma P. McMahan #R-003875
Legal Process Service, State Lic. 604
724 S. 8th St., Las Vegas, NV 89101

Subscribed and Sworn to before me
this 5th day of April, 2019.

Notary Public



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LISA ANNE WHARTON
Appt. No. 16-2934-1
My Appt. Expires June 16, 2020



RECEIVED / SCANNED
APR 0 8 2019
To Matter # 056216.001
To Ronald Tmarr4/Lns-