PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:   (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>          Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>          Defendant. | Case No. 2:19-cv-00168-JAD-CWH<br><br>**DEFENDANT CRISTIANO RONALDO'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1(c), the undersigned counsel of record for Defendant Cristiano Ronaldo, files this Certificate of Interested Parties and certifies that the following may have a direct, pecuniary interest in the outcome of this case:

- Cristiano Ronaldo
- Multisports & Image Management (M. I. M.) Ltd.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 14th day of June, 2019.

CHRISTIANSEN LAW OFFICES

By_____
PETER S. CHRISTIANSEN, ESQ.
KENDELEE L. WORKS, ESQ.
KEELY A. PERDUE, ESQ.
*Attorneys for Defendant Cristiano Ronaldo*

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5 and LR-5.1, I certify that I am an employee of CHRISTIANSEN LAW OFFICES, and that on this 14th day of June, 2019, I caused the foregoing document entitled **DEFENDANT CRISTIANO RONALDO'S CERTIFICATE OF INTERESTED PARTIES** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

