PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:   (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>              Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>              Defendant. | Case No. 2:19-cv-00168-JAD-CWH<br><br>**RECEIPT OF COPY** |

Receipt of copy of the following documents is hereby acknowledged:

1. Defendant Cristiano Ronaldo's Motion to Dismiss Kathryn Mayorga's Complaint [ECF No. 1] Pursuant to Fed.R.Civ.P. 12(b)(6) or to Compel Arbitration (filed under seal);

2. Defendant Cristiano Ronaldo's Motion to Seal the Record or Alternatively to Seal Defendant's Motion to Dismiss Kathryn Mayorga's Complaint (ECF No. 1) Pursuant to Fed.R.Civ.P. 12(b)(6) or to Compel Arbitration and to Seal the Instant Motion and Related Briefings and Notice of In Camera Submission of Exhibits A and B;

3. Declaration of Kendelee L. Works in Support of Defendant's Motion to Seal the Record and Defendant's Motion to Dismiss or to Compel Arbitration; and

///
///
///
///

4. Defendant Cristiano Ronaldo's Notice of Corrected Filing Regarding Exhibits Attached to Defendant's Motion to Dismiss Kathryn Mayorga's Complaint [ECF No. 1] Pursuant to Fed.R.Civ.P. 12(b)(6) or to Compel Arbitration (filed under seal).

DATED this ___17___ day of June, 2019.

                          STOVALL & ASSOCIATES

                          */s/ Mark Henard*
                          Leslie Mark Stovall, Esq.
                          2301 Palomino Lane
                          Las Vegas, Nevada 89107
                          *Attorney for Plaintiff Kathryn Mayorga*

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5 and LR-5.1, I certify that I am an employee of CHRISTIANSEN LAW OFFICES, and that on this 17th day of June, 2019, I caused the foregoing document entitled **RECEIPT OF COPY** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.