1

2 LESLIE MARK STOVALL. ESQ.
Nevada Bar No. 2566
3 ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
4 LARISSA DROHOBYCZER
Nevada Bar No. 12316
5 STOVALL & ASSOCIATES
2301 Palomino Lane
6 Las Vegas, NV 89107
Telephone: (702) 258-3034
7 Facsimile: (702) 258-0093
court@lesstovall.com
8 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
9 **CLARK COUNTY, NEVADA**

10 KATHRYN MAYORGA,                    )
                                       )
11           Plaintiff,                )       CASE NO.:   2:19-cv-00168
                                       )
12 vs.                                 )
                                       )
13 CRISTIANO RONALDO,                  )
                                       )
14           Defendant,                )
     _____ )

15           **NOTICE OF PROOF OF SERVICE**

16           COMES NOW, Leslie Mark Stovall, Esq., and hereby files this Notice Proof of Service in

17 the above-referenced matter. Attached hereto as ***Exhibit 1*** and incorporated herein by reference is

18 the Article 5 Hague Service Convention proof of service upon Cristiano Ronaldo.

19           DATED this ____ day of June, 2019.

20

21                                    STOVALL & ASSOCIATES

22

23                                    LESLIE MARK STOVALL, ESQ.
                                       Nevada Bar No. 2566
24                                    ROSS H. MOYNIHAN, ESQ.
                                       Nevada Bar No. 11848
25                                    2301 Palomino Lane
                                       Las Vegas, Nevada 89107
26                                    *Attorneys for Plaintiff*

27

28

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2019 I electronically file the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being serve this day on all counsel of record or pro se parties identified on the attached service list in the manner specified eighter via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

Dated June 18th, 2019

*/s/ Maria Hernandez*

An employee of STOVALL & ASSOCIATES   .

2

# EXHIBIT 1

# DOMANDA
# AI FINI DELLA NOTIFICA O DELLA COMUNICAZIONE ALL'ESTERO DI UN ATTO GIUDIZIARIO O EXTRAGIUDIZIARIO

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convenzione relativa alla notificazione e alla comunicazione all'estero degli atti giudiziari e extragiudiziari in materia civile o commerciale,
firmata all'Aja il 15 novembre 1965.

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Identità e indirizzo del richiedente | Indirizzo dell'autorità destinataria |
|---|---|
| Identity and address of the applicant *Identité et adresse du requérant* <br> Norma P. McMahan <br> Legal Process Service State Lic. 604 <br> 724 South 8th Street, Las Vegas, Nevada 89101 | Address of receiving authority *Adresse de l'autorité destinataire* <br> Ufficio Unico Ufficiali Giudiziari presso la Corte D'Appello di Roma <br> Viale Giulio Cesare, 52 00192 ROMA |

Il richiedente sottoscritto si pregia di far pervenire, in duplice esemplare, all'autorità destinataria i documenti sopra indicati, chiedendo in conformità all'articolo 5 della Convenzione citata, di far consegnare senza ritardo un esemplare al destinatario, precisamente:

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(identità e indirizzo)**
(identity and address) / *(identité et adresse)*

Cristiano Ronaldo
Toto-Casa
Corso Alberto Picco
10131 Torino TO, Italy

or c/o Juventus
Via Druento nr. 175
10151 Torino, Italy

| | | |
|---|---|---|
| ✓ | a) | **Secondo le forme di legge (art. 5 comma 1 lett. a)\*** <br> in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\* <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| | b) | **Secondo la forma particolare seguente (art. 5 comma 1 lett. b) \*** <br> in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)\*: <br> *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| | c) | **Se del caso, mediante semplice consegna (art. 5 comma 2)\*** <br> by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\* <br> *le cas échéant, par remise simple (article 5, alinéa 2)\** |

Detta autorità è pregata di restituire o far restituire al richiedente un esemplare dell'atto – e relativi allegati\* - con l'attestazione allegata.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

*Elenco degli atti*
List of documents / *Énumération des pièces*

Summons; Verified Complaint

\* Dove appropriato
*if appropriate / s'il y a lieu*

| Fatto a <br> Done at / *Fait à* <br> il <br> *the / le* | Las Vegas, Nevada <br> March 22, 2019 | Firma e/o timbro <br> Signature and/or stamp *Signature et / ou cachet* |
|---|---|---|

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
N.P. MCMAHAN
Appt. No. 93-3447-1
Appt. Expires June 30, 2021

# ATTESTAZIONE
## CERTIFICATE
### *ATTESTATION*

**L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

[X] **1. che la domanda è stata eseguita ***
that the document has been served *
*que la demande a été exécutée**

| | |
|---|---|
| **— il (data):**<br>the (the) / le (date) : | **12 APR 2019** |
| **— a (località, via, numero):**<br>at (place, street, number) / à (localité, rue, numéro) : | Torino Via Druento 175 |

**— in una delle seguenti forme previste dall'articolo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

[ ] **a) secondo le forme di legge (art. 5 comma 1 lett. a)***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

[ ] **b) secondo la forma particolare seguente *:**
in accordance with the following particular method*:
*selon la forme particulière suivante* :*

[X] **c) mediante semplice consegna ***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

**I documenti di cui alla domanda sono stati consegnati a:**
The documents referred to in the request have been delivered to :
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identità e qualità della persona:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | ALBERTO MIGNONE |
| **Rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | RESPONSABILE AMMINISTRATIVO |

[ ] **2. che la domanda non è stata eseguita, per i seguenti motivi*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

| |
|---|
| |

[ ] **In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Allegati*
Annexes / Annexes

| | |
|---|---|
| **Atti restituiti:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| **Se del caso, gli atti che ne comprovano l'esecuzione:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

* Dove appropriato
*if appropriate / s'il y a lieu*

| | |
|---|---|
| **Fatto a** Torino Via Druento 175<br>Done at / *Fait à*<br><br>**il**<br>the / *le*    **12 APR 2019** | **Firma e/o timbro**<br>Signature and/or stamp / Signature et/ou cachet<br>UFFICIALE GIUDIZIARIO<br>CORTE APPELLO TORINO<br>**RINALDI Nunzia** |

# DOMANDA
# AI FINI DELLA NOTIFICA O DELLA COMUNICAZIONE ALL'ESTERO DI UN ATTO GIUDIZIARIO O EXTRAGIUDIZIARIO
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenzione relativa alla notificazione e alla comunicazione all'estero degli atti giudiziari e extragiudiziari in materia civile o commerciale, firmata all'Aja il 15 novembre 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Identità e indirizzo del richiedente | Indirizzo dell'autorità destinataria |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Norma P. McMahan<br>Legal Process Service State Lic. 604<br>724 South 8th Street, Las Vegas, Nevada 89101 | Ufficio Unico Ufficiali Giudiziari presso la Corte D'Appello di Roma<br>Viale Giulio Cesare, 52 00192 ROMA |

**Il richiedente sottoscritto si pregia di far pervenire, in duplice esemplare, all'autorità destinataria i documenti sopra indicati, chiedendo in conformità all'articolo 5 della Convenzione citata, di far consegnare senza ritardo un esemplare al destinatario, precisamente:**

The undersigned applicant has the honour to forward – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en le priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*

**(Identità e indirizzo)**
(Identity and address) / *(Identité et adresse)*

| | |
|---|---|
| Cristiano Ronaldo<br>Toto-Casa<br>Corso Alberto Picco<br>10131 Torino TO, Italy | or c/o Juventus<br>Via Druento nr. 175<br>10151 Torino, Italy |

| | | |
|---|---|---|
| ✔ | a) | **Secondo le forme di legge (art. 5 comma 1 lett. a)\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **Secondo la forma particolare seguente (art. 5 comma 1 lett. b) \***<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| ☐ | c) | **Se del caso, mediante semplice consegna (art. 5 comma 2)\***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*<br>*le cas échéant, par remise simple (article 5, alinéa 2)\** |

**Detta autorità è pregata di restituire o far restituire al richiedente un esemplare dell'atto – e relativi allegati\* - con l'attestazione allegata.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

*Elenco degli atti*
List of documents / *Énumération des pièces*

| |
|---|
| Summons in a Civil Action; Complaint |

\* Dove appropriato
*if appropriate / s'il y a lieu*

| Fatto a<br>Done at / *Fait à*<br>Il<br>the / *le* | Las Vegas, Nevada<br>March 22, 2019 | Firma e/o timbro<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
N.P. MCMAHAN
Appt. No. 93-3447-1
Appt. Expires June 30, 2021

# ATTESTAZIONE

CERTIFICATE
*ATTESTATION*

**L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

[X] **1. che la domanda è stata eseguita \***
that the document has been served *
*que la demande a été exécutée\**

| — il (data):<br>the (date) / le (date) : | 0 8 APR. 2019 |
|---|---|
| — a (località, via, numero):<br>at (place, street, number) / à (localité, rue, numéro) : | Torino Via Druento 175 – |

| — in una delle seguenti forme previste dall'articolo 5:<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| [ ] **a)** | **secondo le forme di legge (art. 5 comma 1 lett. a)\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| [ ] **b)** | **secondo la forma particolare seguente \*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante\* :* |
| [X] **c)** | **mediante semplice consegna \***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple\** |

**I documenti di cui alla domanda sono stati consegnati a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Identità e qualità della persona:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | Mignone Alberto |
|---|---|
| **Rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | Responsabile Amministrativo |

[ ] **2. che la domanda non è stata eseguita, per i seguenti motivi\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

| |
|---|
| |

[ ] **In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Allegati*
Annexes / *Annexes*

| **Atti restituiti:**<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| **Se del caso, gli atti che ne comprovano l'esecuzione:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

\* **Dove appropriato**
*s'il appropriato / s'il y a lieu*

| **Fatto a**<br>Done at / *Fait à*  Torino via Druento175<br><br>**il**<br>the / le  0 8 APR. 2019 | **Firma e/o timbro**<br>Signature and/or stamp / *Signature et / ou cachet*<br><br>UFFICIALE GIUDIZIARIO<br>CORTE APPELLO TORINO<br>*RINALDI Nunzia* |
|---|---|

# DOMANDA
# AI FINI DELLA NOTIFICA O DELLA COMUNICAZIONE ALL'ESTERO DI UN ATTO GIUDIZIARIO O EXTRAGIUDIZIARIO

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenzione relativa alla notificazione e alla comunicazione all'estero degli atti giudiziari e extragiudiziari in materia civile o commerciale, firmata all'Aja il 15 novembre 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Identità e indirizzo del richiedente | Indirizzo dell'autorità destinataria |
|---|---|
| Identity and address of the applicant / *Identité et adresse du requérant* | Address of receiving authority / *Adresse de l'autorité destinataire* |
| Norma P. McMahan<br>Legal Process Service State Lic. 604<br>724 South 8th Street, Las Vegas, Nevada 89101 | Ufficio Unico Ufficiali Giudiziari presso la<br>Corte D'Appello di Roma<br>Viale Giulio Cesare, 52 00192 ROMA |

**Il richiedente sottoscritto si pregia di far pervenire, in duplice esemplare, all'autorità destinataria i documenti sopra indicati, chiedendo in conformità all'articolo 5 della Convenzione citata, di far consegnare senza ritardo un esemplare al destinatario, precisamente:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(identità e indirizzo)**
(identity and address) / *(identité et adresse)*

Cristiano Ronaldo
Toto-Casa                          or c/o Juventus
Corso Alberto Picco                Via Druento nr. 175
10131 Torino TO, Italy             10151 Torino, Italy

| | | |
|---|---|---|
| ✔ | a) | **Secondo le forme di legge (art. 5 comma 1 lett. a)\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| | b) | **Secondo la forma particolare seguente (art. 5 comma 1 lett. b) \***<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| | c) | **Se del caso, mediante semplice consegna (art. 5 comma 2)\***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) \*<br>*le cas échéant, par remise simple (article 5, alinéa 2) \** |

**Detta autorità è pregata di restituire o far restituire al richiedente un esemplare dell'atto – e relativi allegati\* - con l'attestazione allegata.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

*Elenco degli atti*
List of documents / *Enumération des pièces*

| |
|---|
| Summons in a Civil Action; Complaint |

\* Dove appropriato
*if appropriate / s'il y a lieu*

| Fatto a<br>Done at / *Fait à*<br>il<br>the / *le* | Las Vegas, Nevada<br>March 22, 2019 | Firma e/o timbro<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
N.P. MCMAHAN
Appt. No. 93-3447-1
Appt. Expires June 30, 2021

# ATTESTAZIONE
## CERTIFICATE
### ATTESTATION

**L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1. che la domanda è stata eseguita ***
that the document has been served *
*que la demande a été exécutée*

— **il (data):**
the (date) / *le (date)* :  `15/04/19`

— **a (località, via, numero):**
at (place, street, number) / *à (localité, rue, numéro)* :  `in Torino`

— **in una delle seguenti forme previste dall'articolo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

**a)** **secondo le forme di legge (art. 5 comma 1 lett. a)***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)*

**b)** **secondo la forma particolare seguente *:**
in accordance with the following particular method*:
*selon la forme particulière suivante* :

**c)** **mediante semplice consegna ***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple*

**I documenti di cui alla domanda sono stati consegnati a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

**Identità e qualità della persona:**
Identity and description of person:
*Identité et qualité de la personne :*

`a mani di Chiara Luigi dipendente sp. temp. con integrato al sito ...`

**Rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:**
Relationship to the addressee (family, business or other):
*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :*

`e g a q e ...`

**2. che la domanda non è stata eseguita, per i seguenti motivi *:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :

**In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Allegati*
Annexes / *Annexes*

| | |
|---|---|
| **Atti restituiti:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| **Se del caso, gli atti che ne comprovano l'esecuzione:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

* Dove appropriato
*if appropriate / s'il y a lieu*

| | |
|---|---|
| **Fatto a**<br>Done at / *Fait à*  `Torino`<br>**il**<br>the / *le*  `15/04/19` | **Firma e/o timbro**<br>Signature and/or stamp / *Signature et/ou timbre*<br><br>GIOVANNA BUSA'<br>FUNZIONARIO UNEP<br>Corte d'Appello - TORINO |

# DOMANDA
# AI FINI DELLA NOTIFICA O DELLA COMUNICAZIONE ALL'ESTERO DI UN ATTO GIUDIZIARIO O EXTRAGIUDIZIARIO

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenzione relativa alla notificazione e alla comunicazione all'estero degli atti giudiziari e extragiudiziari in materia civile o commerciale, firmata all'Aja il 15 novembre 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la notification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Identità e indirizzo del richiedente | Indirizzo dell'autorità destinataria |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Norma P. McMahan | Ufficio Unico Ufficiali Giudiziari presso la |
| Legal Process Service State Lic. 604 | Corte D'Appello di Roma |
| 724 South 8th Street, Las Vegas, Nevada 89101 | Viale Giulio Cesare, 52 00192 ROMA |

**Il richiedente sottoscritto si pregia di far pervenire, in duplice esemplare, all'autorità destinataria i documenti sopra indicati, chiedendo in conformità all'articolo 5 della Convenzione citata, di far consegnare senza ritardo un esemplare al destinatario, precisamente:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(identità e indirizzo)**
(identity and address) / *(identité et adresse)*

Cristiano Ronaldo
Toto-Casa                                   or c/o Juventus
Corso Alberto Picco                          Via Druento nr. 175
10131 Torino TO, Italy                       10151 Torino, Italy

| | | |
|---|---|---|
| ✔ | a) | **Secondo le forme di legge (art. 5 comma 1 lett. a)\*** |
| | | in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\* |
| | | *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **Secondo la forma particolare seguente (art. 5 comma 1 lett. b) \*** |
| | | in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)\*: |
| | | *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| ☐ | c) | **Se del caso, mediante semplice consegna (art. 5 comma 2)\*** |
| | | by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\* |
| | | *le cas échéant, par remise simple (article 5, alinéa 2)\** |

**Detta autorità è pregata di restituire o far restituire al richiedente un esemplare dell'atto – e relativi allegati\* - con l'attestazione allegata.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

**Elenco degli atti**
List of documents / *Énumération des pièces*

Summons; Verified Complaint

\* Dove appropriato
*s'appropriato / s'il y a lieu*

| Fatto a | | Firma e/o timbro |
|---|---|---|
| Done at / *Fait à* | Las Vegas, Nevada | Signature and/or stamp / *Signature et/ou cachet* |
| Il | | |
| the / *le* | March 22, 2019 | |

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
N.P. McMAHAN
Appt. No. 93-3447-1
My Appt. Expires June 30, 2021

# ATTESTAZIONE
## CERTIFICATE
### ATTESTATION

L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,
*The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,*
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1. che la domanda è stata eseguita \***
that the document has been served *
*que la demande a été exécutée\**

| — il (data):<br>the (date) / le (date) : | 1 0 | 0 4 | 8 9 | *iu Toriuo* |
| --- | --- | --- | --- | --- |
| — a (località, via, numero):<br>at (place, street, number) / à (localité, rue, numéro) : | | | | |

— **in una delle seguenti forme previste dall'articolo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| ☒ | **a)** | **secondo le forme di legge (art. 5 comma 1 lett. a)\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| --- | --- | --- |
| ☐ | **b)** | **secondo la forma particolare seguente \*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante\** : |
| ☐ | **c)** | **mediante semplice consegna \***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple\** |

I documenti di cui alla domanda sono stati consegnati a: *A le Meudoio Raf8*
The documents referred to in the request have been delivered to :
*Les documents mentionnés dans la demande ont été remis à :*

| **Identità e qualità della persona:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | *ori /zuisleute d.e. Reuf. gur.*<br>*iuecritto de e zifisio ottilegei esecuta*<br>*+ Meudoio H* |
| --- | --- |
| **Rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

**2. che la domanda non è stata eseguita, per i seguenti motivi\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\** :

☐ **In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Allegati*
Annexes / Annexes

| **Atti restituiti:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| --- | --- |
| **Se del caso, gli atti che ne comprovano l'esecuzione:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

* Dove appropriato
*il appropriate / s'il y a lieu*

| Fatto a *Toriuo*<br>Done at / Fait à<br><br>il 1 0 / 0 4 / 1 9<br>the / le | Firma e/o timbro<br>Signature and/or stamp / Signature et / ou cachet<br><br>GIOVANNA BUSA'<br>FUNZIONARIO UNEP<br>Corte d'Appello - Torino |
| --- | --- |

**U.N.E.P.   Corte d'Appello  -  TORINO**

Notifica  Atto  di  Mod.  A A. Amm

A richiesta di:  NORMA P. MCMAHAM
Res. c/o Avv. LEGAL PROCESS SERVICE STA
Ufficiale Giudiziario del/la    Corte d'Appello  TORINO
l'allegato atto di COMUNICAZION   -
al Sig.  CRISTIANO RONALDO : – - - toto casa
in 10131  TORINO   Cso PICCO ALBERTO, sn *anzi 5 olg Jei villa 37/4*
mediante consegna a mani di persona qualificatasi per *a ma ui oh*

io sottoscritto
ho notificato

*Sli mandro Pyly dipendente tp, temp. con*
*incericato splicitio atti egli e mente*
*implico chiuso ei muni di legge –*

*Alecanda fy    Po – 13/04/19*

GIOVANNA BUSA
FUNZIONARIO UNEP
Corte d'Appello - Torino

93 490 1035 789

Mod. A A. Am
Cron. **2446**
del 05-04-19 dest.  1
R. Gen.  ++

Zona  **E33** m 12

Specifica Att (chir. d.)

| | | |
|---|---|---|
| Trasferte | € | 4,08 |
| Sp. Postali | | 0,00 |
| Totale Atto | € | 4,08 |

☐ ivi addetto all'ufficio - al domicilio eletto, incaricato della consegna in sua - loro assenza.

☐ Si attesta che  la copia predetta è stata consegnata in busta chiusa e sigillata, sulla quale è stato trascritto
il N. Cronologico, il Modello, e il nome del Destinatario con relativo indirizzo.

☐ Firma del  Portiere - vicino - _____ - (firma) _____

☐ Anzi, non avendo reperito in detto domicilio esso notificando, nè persona che per legge potesse o volesse ritirare
la copia, ho curato il deposito del presente atto, in busta chiusa e sigillata, nella casa Comunale di _____
previo avviso anch'esso in busta chiusa lasciato al suo domicilio ai sensi dell'art. 140 C.P.C.
La trasferta aggiuntiva per il deposito dell'atto nella casa Comunale è di euro _____,_____

☐ Delle operazioni ho dato notizia al destinatario con Raccomandata R.R. al costo di euro _____,_____

Addì _____                    l'Ufficiale Giudiziario

**U.N.E.P.   Corte d'Appello  -  TORINO**

Notifica Atto di Mod. A A. Amm

93 490 10 037 356

A richiesta di: NORMA P. MCMAHAN
Res. c/o Avv. LEGAL PROCESS 724 SOUTH 8
Ufficiale Giudiziario del/la   Corte d'Appello   TORINO
l'allegato atto di COMUNICAZION  -
al Sig.  CRISTIANO RONALDO : -         - toto -casa
in 10131 TORINO  Cso PICCO ALBERTO, sn
mediante consegna a mani di persona qualificatasi per

io sottoscritto
ho notificato

Mod. A A. Amm
Cron. **2566**
del 10-04-19  - dest. 1
R. Gen. ++

Zona **E33** Km 12

Specifica Atto (chir. d.)

| | |
|---|---|
| Trasferte   - € | 4,08 |
| Sp. Postali | 0,00 |
| Totale Atto - € | 4,08 |

GIOVANNA BUSA'
FUNZIONARIO UNEP
Corte d'Appello - TORINO

☐ ivi addetto all'ufficio - al domicilio eletto, incaricato della consegna in sua - loro assenza.

☐ Si attesta che  la copia predetta è stata consegnata in busta chiusa e sigillata, sulla quale è stato trascritto
il N. Cronologico, il Modello, e il nome del Destinatario con relativo indirizzo.

☐ Firma del  Portiere - vicino - _____ - (firma) _____

☐ Anzi, non avendo  reperito in detto domicilio esso notificando, nè persona che per legge potesse o volesse ritirare
la copia, ho curato il deposito del presente atto, in busta chiusa e sigillata, nella casa Comunale di _____
previo avviso anch'esso in busta chiusa lasciato al suo domicilio ai sensi dell'art. 140 C.P.C.
La trasferta aggiuntiva  per il deposito dell'atto nella casa Comunale è di euro _____._____

☐ Delle operazioni ho dato notizia al destinatario con Raccomandata R.R. al costo di euro _____._____

**UNEP**
**Corte di Appello Roma**
**Sezione atti esteri**
Via Giulio Cesare, 52
**00192 - ROMA**

PROT. *1677*

Roma, *26/3/2018*

Al Sig. PROCURATORE DELLA REPUBBLICA
*TORINO*

Si invia, a norma della Convenzione firmata a l'Aja il 15.11.1965, l'atto richiesto dall'Autorità estera da notificare a:

*CRISTIANO RONALDO*

*TOTO CASA*

*CORSO ALBERTO PICCO - 10131 TORINO*

Si chiede al Pubblico Ministero, appena concessa l'autorizzazione prevista dall'art. 4 della Legge n. 42/1981 (ratifica convenzione de L'Aja), dall'art. 71 della Legge n. 218/1995 e dall'art. 805 c.p.c., di trasmettere con urgenza l'atto all'UNEP.

Subito dopo avere completato le formalità di notifica, l'UNEP deve restituire il certificato previsto dalla Convenzione, compilato in STAMPATELLO LEGGIBILE, DIRETTAMENTE ALL'AUTORITA' ESTERA RICHIEDENTE.

Quando la notifica è avvenuta a norma dell'art. 140 o 149 cod. proc. civ., l'avviso di ricevimento deve sempre ritornare all'ufficiale giudiziario che ha eseguito la notifica il quale deve certificarne l'esito.

Funzionario UNEP incaricato
Dott.ssa Rosa NISTA

*Po IL PM*

*AUTORIZZA*

PROCURATORE DELLA REPUBBLICA SOST.
Dr. Dionigi TIBONE

**UNEP**
**Corte di Appello Roma**
Sezione atti esteri
Via Giulio Cesare, 52
00192 - ROMA



PROT. *1623*

Roma, *26/3/19*

PROCURA REPUBBLICA
c/o TRIBUNALE TORINO

– 3 APR 2019

Pervenuto ore *18 /19*  reg

Al Sig. PROCURATORE DELLA REPUBBLICA

*TORINO*

Si invia, a norma della Convenzione firmata a l'Aja il 15.11.1965, l'atto richiesto dall'Autorità estera da notificare a:

*CRISTIANO RONALDO*

*TOTO CASA*

*CORSO ALBERTO PICCO – 10131 TORINO*

Si chiede al Pubblico Ministero, appena concessa l'autorizzazione prevista dall'art. 4 della Legge n. 42/ 1981 (ratifica convenzione de L'Aja), dall'art. 71 della Legge n. 218/1995 e dall'art. 805 c.p.c., di trasmettere con urgenza l'atto all'UNEP.

Subito dopo avere completato le formalità di notifica, l'UNEP deve restituire il certificato previsto dalla Convenzione, compilato in STAMPATELLO LEGGIBILE, DIRETTAMENTE ALL'AUTORITA' ESTERA RICHIEDENTE.

Quando la notifica è avvenuta a norma dell'art. 140 o 149 cod. proc. civ., l'avviso di ricevimento deve sempre ritornare all'ufficiale giudiziario che ha eseguito la notifica il quale deve certificarne l'esito.

Funzionario UNEP incaricato

Dott.ssa Rosa NISTA

*J° IL PM*

*9 APR 2019 AUTO PIZZA*

IL PROCURATORE DELLA REPUBBLICA SOST.
Dr. Dionigi TIBONE

> **UNEP**
> **Court of Appeals Rome**
> **Foreign Certificates Section**
> **Via Giulio Cesare, 52**
> **00192 - ROME**



PROT.   1629

Rome, 3/26/19

> SOLE OFFICE OF THE COURT
> OF APPEALS OF ROME- HAGUE
> CONVENTION 1965 – LAW

> PROSECUTOR OF
> THE REPUBLIC
> C/O COURT OF TURIN
> APR 3 2019

To Mr. PROSECUTOR OF THE REPUBLIC

TURIN

In accordance with the Convention signed in the Hague on 11/15/1965, the document requested by the foreign authority is sent to notify:

# CRISTIANO RONALDO

## TOTO CASA

## CORSO ALBERTO PICCO – 10131 TURIN

The Public Minister is asked as soon as authorization is given pursuant to art. 4 of Law n. 42/1981 (ratification of the Hague Convention), by art. 71 of the Law n. 218/1995 and art. 805 c.p.c., to transmit the act <u>urgently to UNEP</u>.

Immediately after completing the notification formalities, UNEP must return the certificate required by the Convention, completed in <u>LEGIBLE CAPITAL LETTERS, DIRECTLY TO THE APPLYING FOREIGN AUTHORITY</u>.

When the notification took place according to the norm of art. 140 or 149 civil procedure code, acknowledgement of receipt <u>should always be returned to the legal official who provided the notification</u> who must certify the result.

Appointed UNEP Official

Dr.   ia Rosa NISTA

**AUTHORIZED**

DEPUTY PROSECUTOR OF THE REPUBLIC
Dr. Dionigi TIBONE

9 APR 2019



**UNEP**
**Court of Appeals Rome**
**Foreign Certificates Section**
**Via Giulio Cesare, 52**
**00192 - ROME**

PROSECUTOR OF
THE REPUBLIC
C/O COURT OF TURIN
APR 2 2019

**PROT. 1627**

**Rome, 3/26/2019**

SOLE OFFICE OF THE COURT
OF APPEALS OF ROME- HAGUE
CONVENTION 1965 – LAW

To Mr. **PROSECUTOR OF THE REPUBLIC**

**TURIN**

In accordance with the Convention signed in the Hague on 11/15/1965, the document requested, the foreign authority is sent to notify:

## CRISTIANO RONALDO

## TOTO CASA
## CORSO ALBERTO PICCO – 10131 TURIN

The Public Minister is asked as soon as authorization is given pursuant to art. 4 of Law n. 42/1981 (ratification of the Hague Convention), by art. 71 of the Law n. 218/1995 and art. 805 c.p,c., to transmit the act <u>urgently to UNEP</u>.

Immediately after completing the notification formalities, UNEP must return the certificate required by the Convention, completed in <u>LEGIBLE CAPITAL LETTERS, DIRECTLY TO THE APPLYING FOREIGN AUTHORITY</u>.

When the notification took place according to the norm of art. 140 or 149 civil procedure code, acknowledgement of receipt <u>should always be returned to the legal official who provided the notification</u> who must certify the result.

**Appointed UNEP Official**

Dr.      Rosa NISTA

U N E P
Corte d'Appello
TORINO

Notifica A A Amm
N Cron **2566**
del 10-04-19
destinatari atto = 1
COMUNICAZION
R Gen ++

## U.N.E.P. Court of Appeals - TURIN

### Notification of Mod. Act. AA. Amm

93 490 10 037 356

At the request of: NORMA P. MCMAHAN
Res. c / o Lawyer LEGAL PROCESS 724 SOUTH 8
Legal Official of the Court of Appeals TURIN
The attached act of COMUNICATION -
To Mr. CRISTIANO RONALDO -        toto casa
At 10131 TURIN Cso PICCO ALBERTO sn rather Sole Sei Ville 37/4
by hand delivery by a qualified person

I the undersigned,
have notified

Mod. A A. Amm
Cron. **2566**
del 10-04-19 - dest. 1
R. Gen. ++

Zona **E33** Km 12

At the same place and by hand to Luigi, full time employee in charge of receiving the
certificates in his absence. –

In a closed and sealed envelope with
the chronological number written on it



Turin – 04/15/19

GIOVANNA BUSA'
FUNZIONARIO UNEP
Corte d'Appello - TORINO

GIOVANNA BUSA

UNEP OFFICIAL

Specifica Atto (chir. d.)

| | |
|---|---|
| Trasferte    - € | 4,08 |
| Sp. Postali | 0,00 |
| Totale Atto - € | 4,08 |

---

---The delivery is left in the office – at the residence chosen, in the case of his absence.
It is attested that the previously stated copy was delivered in a closed and sealed envelope, on which the
Chronological No., the Model, and the Name of the Recipient with relative address were written.
--Signature of the doorman - neighbor  ------------------ ---- ------------------ (signature)

---Indeed, having failed to find in the said residence, and notifying a person who by law could or would like to
withdraw the copy, I took care of the deposit of the present act, in a closed and sealed envelope in the Municipal
house of _____ after notifying also in closed envelope left at the place of residence pursuant to art. 140 C.P.C.

The Additional Transfer to deliver the act to the Municipal House costs euro        ------ ------



U N E P
Corte d'Appello
TORINO
Notifica A A 4mm
N. Cron. **2446**
del 05-04-19
Restinatan atto = 1
COMUNICAZION
R Gen ++

Zona nont **E33**
Specifica Atte (chir c.
Trasferte  €    4.08

Sp. Postali      0.00
otale Atte €    4.08



93 490 10 035 729

**U.N.E.P. Court of Appeals - TURIN**
Notification of Mod. A A  4mm

At the request of: NORMA P. MCMAHAN
Res. c / o Lawyer LEGAL PROCESS 724 SOUTH 8
Legal Official of the Court of Appeals TURIN
The attached act of COMUNICATION -
To Mr. CRISTIANO RONALDO -       toto casa
At 10131 TURIN Cso PICCO ALBERTO sn rather Sole Sei Ville 37/4
by hand delivery by a qualified person       by hand to

Alessandro Pala, full time employee in charge of receiving the acts in his absence
Implied [ILLEGIBLE] and according to the law.

I the undersigned,
have notified

93 490 10 0 789

Mod.  A A. Am
Cron. **2446**
del 05-04-19 dest.  1
R. Gen.  ++

Zona  **E33**  m  12

Specifica Att (chir. d.)

| | |
|---|---|
| Trasferte | € | 4,08 |
| Sp. Postali | | 0,00 |
| Totale Atto | € | 4,08 |

Turin 04/10/19

GIOVANNA BUSA
UNEP OFFICIAL

GIOVANNA BUSA'
FUNZIONARIO UNEP
Corte d'Appello - TORINO

___The delivery is left in the office – at the residence chosen, in the case of his absence.
___It is attested that the previously stated copy was delivered in a closed and sealed envelope, on which the
Chronological No., the Model, and the Name of the Recipient with relative address were written.
___Signature of the doorman - neighbor   ------------- ---- -----------------   (signature)
--------------------------------------------------------------------------------------------------
___Indeed, having failed to find in the said residence, and notifying a person who by law could or would like to withdraw
the copy, I took care of the deposit of the present act, in a closed and sealed envelope in the Municipal house of
_____after notifying also in closed envelope left at the place of residence pursuant to art. 140 C.P.C.

___The Additional Transfer to deliver the act to the Municipal House costs euro
___I reported the operations with Recommended R.R. with the cost of euro

**U.N.E.P.   Corte d'Appello  -  TORINO**

Notifica  Atto  di  Mod.  A A. Amm

83 490 10 037 340

A richiesta di:  NORMA P. MCMAHAN
Res. c/o Avv. LEGAL PROCESS 724 SOUTH 8
Ufficiale Giudiziario del/la    Corte d'Appello   TORINO
l'allegato atto di COMUNICAZION   -
al Sig.  CRISTIANO RONALDO : -          -  Juventus          : -
in 10151  TORINO  Via DRUENTO, 175
mediante consegna a mani di persona qualificatasi per

io sottoscritto
ho notificato

Mod.  A A. Amm
Cron. **2565**
del 10-04-19  - dest.  1
R. Gen.  ATTO ESTERO
Zona  **N09**  Km 14
Specifica Atto (chir. d.)

| | | |
|---|---|---|
| Trasferte   - € | | 5,65 |
| Sp. Postali | | 0,00 |
| Totale Atto - € | | 5,65 |

ALBERT o Ti fuono Responsabile amministrativo
che  ne cura la consegna

☐ ivi addetto all'ufficio - al domicilio eletto, incaricato della consegna in sua - loro assenza.
☒ Si attesta che  la copia predetta è stata consegnata in busta chiusa e sigillata, sulla quale è stato trascritto
il N. Cronologico, il Modello, e il nome del Destinatario con relativo indirizzo.
☐ Firma del  Portiere - vicino - _____ - (firma)
☐ Anzi, non avendo reperito in detto domicilio esso notificando, né persona che per legge potesse o volesse ritirare
la copia, ho curato il deposito del presente atto, in busta chiusa e sigillata, nella casa Comunale di
previo avviso anch'esso in busta chiusa lasciato al suo domicilio ai sensi dell'art. 140 C.P.C.
La trasferta aggiuntiva per il  deposito dell'atto nella casa Comunale è euro _____ . _____
☐ Delle operazioni ho dato notizia al destinatario con Raccomandata R.R. al costo di euro _____ . _____

12 APR 2019                     l'Ufficiale Giudiziario



UFFICIALE GIUDIZIARIO
CORTE APPELLO TORINO
RINALDI Grazia

**U.N.E.P.   Corte d'Appello  -  TORINO**

Notifica  Atto  di  Mod.  A A. Amm

73 490 10 035 774

A richiesta di:  NORMA P. MCMAHAM
Res. c/o Avv. LEGAL PROCESS SERVICE STA
Ufficiale Giudiziario del/la    Corte d'Appello  TORINO
l'allegato a*to di COMUNICAZION   -
al Sig.  CRISTIANO RONALDO : -              - juventus            : -
in  10151  TORINO   Via DRUENTO, 175
mediante consegna a mani di persona qualificatasi per

io sottoscritto
ho notificato

Mod.  A A. Amm
Cron. **2445**
del 05-04-19 - dest.  1
R. Gen.  ++
Zona  **N09**  Km  14
Specifica Atto (chir. d.)

| | |
|---|---|
| Trasferte  - € | 5,65 |
| Sp. Postali | 0,00 |
| Totale Atto - € | 5,65 |



Alberto Iignous Resposa Bils Bomlnistrativo
che ne cura la consegna

☐ ivi addetto all'ufficio - al domicilio eletto, incaricato della consegna in sua - loro assenza.

☒ Si attesta che  la copia predetta è stata consegnata in busta chiusa e sigillata, sulla quale è stato trascritto
il N. Cronologico, il Modello, e il nome del Destinatario con relativo indirizzo.

☐ Firma del  Portiere - vicino - _____ - (firma) _____

☐ Anzi, non avendo reperito in detto domicilio esso notificando, nè persona che per legge potesse o volesse ritirare
la copia, ho curato il deposito del presente atto, in busta chiusa e sigillata, nella casa Comunale di _____
previo avviso anch'esso in busta chiusa lasciato al suo domicilio ai sensi dell'art. 140 C.P.C.
La trasferta  aggiuntiva  per  il  deposito dell'atto nella casa Comunale è di euro _____.

☐ Delle operazioni ho dato notizia al destinatario con Raccomandata R.R. al costo di euro _____.

UFFICIALE GIUDIZIARIO
CORTE APPELLO TORINO
RINALDI Nunzia

Notifica A.A. Amm
n. Cron **2565**
del 10-04-19
destinatari atto = 1
COMUNICAZION
R. Gen. ATTO ESTERO

Zona notif. **N09**
Specifica Atto (chir. d.)
Trasferte    - €      5,65

Sp. Postali        0,00
otale Atto - €      5,65

83 490 10 037 340

Sole Office – Legal
Official of the Court

## U.N.E.P. Court of Appeals - TURIN

### Notification of Mod. Act AA.Amm

83 490 10 037 340

At the request of:  NORMA P. MCMAHAN
Res. c / o Lawyer LEGAL PROCESS 724 SOUTH 8
Legal Official of the Court of Appeals TURIN
The attached act of COMUNICATION -
To Mr. CRISTIANO RONALDO ; -              - Juventus : -
at 10151 TURIN Via DRUENTO, 175
by hand delivery by a qualified person for

I the undersigned,
have notified

Alberto Mignone – Chief Adminstrative Officer

Who takes care of the delivery

X          _(signature)_

Mod.  A.A. Amm

Cron. **2565**

del 10-04-19  - dest.  1

R. Gen.  ATTO ESTERO

Zona  **N09**  Km  14

Specifica Atto (chir. d.)

Trasferte    - €      5,65

Sp. Postali          0,00

Totale Atto - €      5,65

---The delivery is left in the office – at the residence chosen, in the case of his absence.
X  It is attested that the previously stated copy was delivered in a closed and sealed envelope, on which the
Chronological No., the Model, and the Name of the Recipient with relative address were written.
--Signature of the doorman - neighbor  --------------- ---- ------------------ (signature)-----------------------------
---Indeed, having failed to find in the said residence, and notifying a person who by law could or would like to withdraw the copy, I took care of the deposit
of the present act, in a closed and sealed envelope in the Municipal house of _____after notifying also in closed envelope left at the place of residence
pursuant to art. 140 C.P.C.
The Additional Transfer to deliver the act to the Municipal House costs euro
I reported the operations with Recommended R.R. with the cost of euro
**Today Apr 12, 2019        The Legal Official__ _____ _**

UFFICIALE GIUDIZIARIO
CORTE APPELLO TORINO
RINALDI Nadia

LEGAL OFFICIAL

COURT OF APPEALS – TURIN



Corte d'Appello
TORINO

Notifica A.A. Amm
11 Cron **2445**
del 05-04-19
destinatar. atto n. 1
COMUNICAZIONI
R. Gen. ++

Zona notif **N09**
specifica Atto (chr. d.)
Trasferte · €    5.65

Sp. Postali    0.00
Totale Atto · €    5.65

73.490 10.035 774



## U.N.E.P. Court of Appeals - TURIN
### Notification of Mod. Act AA.Amm

73 490 10 035 774

At the request of:  NORMA P. MCMAHAN
Res. c / o Lawyer LEGAL PROCESS 724 SOUTH 8
Legal Official of the Court of Appeals TURIN
The attached act of COMUNICATION -
To Mr. CRISTIANO RONALDO -     juventus
At 10151 TURIN  Via DRUENTO 175
by hand delivery by a qualified person

Alberto Mignone Chief Administrative Officer
Who takes care of the delivery

I the undersigned,
have notified

| | |
|---|---|
| Mod. AA. Amm | |
| Cron. **2445** | |
| del 05-04-19 - dest 1 | |
| R Gen. ++ | |
| Zona **N09** Km 14 | |
| Specifica Atto (chr. d ) | |
| Trasferte   - € | 5,65 |
| Sp. Postali | 0,00 |
| Totale Atto - € | 5,65 |

_____ e chosen, in the case of his absence.
 X  It is attested that the previously stated copy was delivered in a closed and sealed
envelope, on which the Chronological No., the Model, and the Name of the Recipient with
relative address were written.
--Signature of the doorman - neighbor  ------------------------------------- (signature) -----------------------------------
---Indeed, having failed to find in the said residence, and notifying a person who by law could or would like to withdraw the copy, I took
care of the deposit of the present act, in a closed and sealed envelope in the Municipal hous_____
closed envelope left at the place of residence pursuant to art. 140 C.P.C.
The Additional Transfer to deliver the act to the Municipal House costs euro

| | |
|---|---|
| LEGAL OFFICIAL | UFFICIALE GIUDIZIARIO |
| COURT OF APPEALS – | CORTE APPELLO TORINO |
| TURIN | RINA...Munzia |

------------------------------------------------------------
 I reported the operations with Recommended R.R. with the cost of euro
**Today Apr 08, 2019**      **APR 08 2019**
               **The Legal Official_____  _____  __  ____**

**UNEP**

**Corte di Appello Roma**

<u>Sezione atti esteri</u>

Via Giulio Cesare, 52

00192 - ROMA

PROT. *1628*

Roma, *26/3/19*

TRIBUNALE TORINO

− 2 APR 2019

Pervenuto ore *15.10*

Al Sig. PROCURATORE DELLA REPUBBLICA

*TORINO*

Si invia, a norma della Convenzione firmata a l'Aja il 15.11.1965, l'atto richiesto dall'Autorità estera da notificare a:

*CRISTIANO RONALDO c/o JUVENTUS*

*VIA DRUENTO N°175*

*10151 TORINO*

Si chiede al Pubblico Ministero, appena concessa l'autorizzazione prevista dall'art. 4 della Legge n. 42/1981 (ratifica convenzione de L'Aja), dall'art. 71 della Legge n. 218/1995 e dall'art. 805 c.p.c., di trasmettere con <u>urgenza l'atto all'UNEP</u>.

Subito dopo avere completato le formalità di notifica, <u>l'UNEP</u> deve restituire il certificato previsto dalla Convenzione, compilato in <u>STAMPATELLO LEGGIBILE</u>, <u>DIRETTAMENTE ALL'AUTORITA' ESTERA RICHIEDENTE</u>.

Quando la notifica è avvenuta a norma dell'art. 140 o 149 cod. proc. civ., l'avviso di ricevimento <u>deve sempre ritornare all'ufficiale giudiziario che ha eseguito la notifica</u> il quale deve certificarne l'esito.

Funzionario UNEP incaricato

Dott.ssa Rosa NISTA

*N° IL PM*

*AUTORIZZA*

IL PROCURATORE DELLA REPUBBLICA SOST.

Dr. Dionigi TIBONE

**UNEP**

**Corte di Appello Roma**

Sezione atti esteri

Via Giulio Cesare, 52

00192 - ROMA

PROCURA REPUBBLICA
c/o TRIBUNALE TORINO

Pervenuto ore _17/18_

PROT. _1630_

Roma, _26/3/19_

Al Sig. PROCURATORE DELLA REPUBBLICA

_TORINO_

Si invia, a norma della Convenzione firmata a l'Aja il 15.11.1965, l'atto richiesto dall'Autorità estera da notificare a:

_CRISTINO RONALDO  c/o JUVENTUS_

_VIA DRUENT N° 175_

_10151  TORINO_

Si chiede al Pubblico Ministero, appena concessa l'autorizzazione prevista dall'art. 4 della Legge n. 42/1981 (ratifica convenzione de L'Aja), dall'art. 71 della Legge n. 218/1995 e dall'art. 805 c.p.c., di trasmettere con urgenza l'atto all'UNEP.

Subito dopo avere completato le formalità di notifica, l'UNEP deve restituire il certificato previsto dalla Convenzione, compilato in STAMPATELLO LEGGIBILE, DIRETTAMENTE ALL'AUTORITA' ESTERA RICHIEDENTE.

Quando la notifica è avvenuta a norma dell'art. 140 o 149 cod. proc. civ., l'avviso di ricevimento deve sempre ritornare all'ufficiale giudiziario che ha eseguito la notifica il quale deve certificarne l'esito.

Funzionario UNEP incaricato

Dott.ssa Rosa NISTA

V° IL PM

9 APR 2019

AUTORIZZA

IL PROCURATORE DELLA REPUBBLICA SOST.
Dr. Dionigi TIBONE



**UNEP**
**Court of Appeals Rome**
<u>**Foreign Certificates Section**</u>
**Via Giulio Cesare, 52**
**00192 - ROME**

PROSECUTOR OF THE REPUBLIC

C/O COURT OF TURIN

APR 2 2019

PROT. *1623*

Rome, *3/26/19*

SOLE OFFICE OF THE COURT
OF APPEALS OF ROME- HAGUE
CONVENTION 1965 – LAW

**To Mr. PROSECUTOR OF THE REPUBLIC**

<u>**TURIN**</u>

In accordance with the Convention signed in the Hague on 11/15/1965, the document requested by the foreign authority is sent to notify:

## CRISTIANO RONALDO C/O JUVENTUS
## VIA DRUENTO N. 175
## 10151 TURIN

The Public Minister is asked as soon as authorization is given pursuant to art. 4 of Law n. 42/1981 (ratification of the Hague Convention), by art. 71 of the Law n. 218/1995 and art. 805 c.p.c., to transmit the act <u>urgently to UNEP.</u>

Immediately after completing the notification formalities, UNEP must return the certificate required by the Convention, completed in <u>LEGIBLE CAPITAL LETTERS, DIRECTLY TO THE APPLYING FOREIGN AUTHORITY.</u>

When the notification took place according to the norm of art. 140 or 149 civil procedure code, acknowledgement of receipt <u>should always be returned to the legal official who provided the notification</u> who must certify the result.

**Appointed UNEP official**

**Dr. Rosa NISTA**



Authorized

DEPUTY PROSECUTOR OF THE REPUBLIC

Dr. Dionigi TIBONE

[STAMP Prosecutor of
the Republic of the
Court of Turin]



**UNEP**
**Court of Appeals Rome**
**Foreign Certificates Section**
**Via Giulio Cesare, 52**
**00192 - ROME**

PROT. *1630*

Rome, 3/26/19

PROSECUTOR OF
THE REPUBLIC
C/O COURT OF TURIN
APR 3 2019

SOLE OFFICE OF THE COURT
OF APPEALS OF ROME- HAGUE
CONVENTION 1965 – LAW

To Mr. PROSECUTOR OF THE REPUBLIC
**– TURIN**

In accordance with the Convention signed in the Hague on 11/15/1965, the document requested by the foreign authority is sent to notify:

## CRISTIANO RONALDO C/O JUVENTUS
## VIA DRUENTO N. 175
## 10151 TURIN

The Public Minister is asked as soon as authorization is given pursuant to art. 4 of Law n. 42/1981 (ratification of the Hague Convention), by art. 71 of the Law n. 218/1995 and art. 805 c.p,c., to transmit the act <u>urgently to UNEP</u>.

Immediately after completing the notification formalities, UNEP must return the certificate required by the Convention, completed in <u>LEGIBLE CAPITAL LETTERS, DIRECTLY TO THE APPLYING FOREIGN AUTHORITY</u>.

When the notification took place according to the norm of art. 140 or 149 civil procedure code, acknowledgement of receipt <u>should always be returned to the legal official who provided the notification</u> who must certify the result.

**Appointed UNEP Official**

Dr. *Rosa NISTA*

APR 9 2019        Authorized

DEPUTY PROSECUTOR OF THE REPUBLIC

Dr. Dionigi TIBONE