PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>    Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>    Defendant. | Case No. 2:19-cv-00168-JAD-CWH<br><br>**NOTICE OF NON-OPPOSITION**<br><br>**(FILED UNDER SEAL)** |

PLEASE TAKE NOTICE that Plaintiff Kathryn Mayorga has failed to serve or file the required points and authorities in response to (1) Defendant Cristiano Ronaldo's Motion for Leave to File Motion to Dismiss or to Compel Arbitration in Excess of Twenty-Four Pages [ECF No. 10] ("Motion for Leave"); (2) Defendant Cristiano Ronaldo's Motion to Seal the record or Alternatively to Seal Defendant's Motion to Dismiss Kathryn Mayorga's Complaint (ECF No. 1) Pursuant to Fed. R. Civ. P. 12(b)(6) or to Compel Arbitration and to Seal the Instant Motion and Related Briefings and Notice of In Camera Submission of Exhibits A and B [ECF No. 11] ("Motion to Seal")[1]; and (3) Defendant Cristiano Ronaldo's Motion to Dismiss Kathryn

---

[1] The instant Notice is being submitted under seal pending this Court's ruling on the Motion to Seal, which requests that the entire record be sealed.

Mayorga's Complaint (ECF No. 1) Pursuant to Fed. R. Civ. P. 12(b0(6) or to Compel Arbitration [ECF No. 13] ("Motion to Dismiss").

Mr. Ronaldo's Motion for Leave was filed on June 14, 2019, and served upon Plaintiff's counsel by way of electronic service on June 14, 2019. Pursuant to L.R. II 7-2 and Fed. R. Civ. P. 6(a), Plaintiff's deadline to file responsive points and authorities was June 28, 2019; however, Plaintiff failed to do so.

Mr. Ronaldo's Motion to Seal and Motion to Dismiss were filed on June 14, 2019, and personally served upon Plaintiff's counsel on June 17, 2019. On June 17, 2019, Mr. Ronaldo filed a proof of Receipt of Copy [ECF No. 15], documenting the subject Motions were personally delivered to the office of Plaintiff's counsel on June 17, 2019. Thus, pursuant to L.R. II 7-2 and Fed. R. Civ. P. 6(a), Plaintiff's deadline to file responsive points and authorities was July 1, 2019; however, Plaintiff failed to do so.

In accordance with L.R. II 7-2, Plaintiff's failure to file responsive points and authorities "constitutes a consent to the granting of the motion." Therefore, Mr. Ronaldo respectfully asks this Court to grant the aforementioned Motions.

DATED this 3rd day of July, 2019.

CHRISTIANSEN LAW OFFICES

By _____
PETER S. CHRISTIANSEN, ESQ.
KENDELEE L. WORKS, ESQ.
KEELY A. PERDUE, ESQ.
*Attorneys for Defendant Cristiano Ronaldo*