PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>　　　　Defendant. | Case No. 2:19-cv-00168-JAD-CWH<br><br>**RECEIPT OF COPY** |

Receipt of copy of the following document(s) is hereby acknowledged:

1. Declaration of Kendelee L. Works, Esq. in Response to Plaintiff's Objection to Notice of Non-Opposition (filed under seal).

DATED this ___10___ day of July, 2019.

　　　　　　　　　　　　　　　　　　STOVALL & ASSOCIATES

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Leslie Mark Stovall, Esq.
　　　　　　　　　　　　　　　　　　2301 Palomino Lane
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89107
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Kathryn Mayorga*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5 and LR-5.1, I certify that I am an employee of CHRISTIANSEN LAW OFFICES, and that on this 10TH day of July, 2019, I caused the foregoing document entitled **RECEIPT OF COPY** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

