LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

UNITE STATES DISTRICT COURT

DISTRICT OF NEVADA

KATHERINE MAYORGA, an individual )
) 2:19-cv-00168-JAD-DJA
Plaintiff, )
vs. )
)
CRISTIANO RONALDO, individually, )
Does i-XX and Roe Corporations I-XX; )
Defendants. )
_____)

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S FILING OF OPPOSITION AND REPLIES TO DEFENDANT CRISTIANO RONALDO'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

First (Amended ) Request

The parties through their respective counsel hereby stipulate to extend the time for filing of Plaintiff's Opposition to Defendant Cristiano Ronaldo's Motion to Compel Arbitration and Stay Proceedings, from August 22, 2019 to September 20, 2019 and the filing of the Defendant's Reply to the Plaintiff's Opposition to October 11, 2019. This is the first (amended) request for an extension of time to file an Opposition to Defendant Cristiano Ronaldo's Motion to Compel Arbitration and Stay Proceedings.

Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF 26) was filed on August 8, 2019, with the deadline for Plaintiff's Opposition being August 22, 2019. On August

22, 2019 the parties submitted their Stipulation and Order to Stay Discovery and Continue Briefing Schedule (ECF 35). The court rejected that Stipulation on August 26, 2019 (ECF 36) and requested additional information regarding the reasons for the stipulation to extend time.

Good cause exists to set an extended briefing schedule regarding Defendant's Motions. Plaintiff has requested additional time to respond to both of Defendant's Motions as a result of her counsel's current caseload and other family related scheduling issues.

In particular, Plaintiff's counsel concluded a four-week jury trial in *Peterson v. Medic West Ambulance Inc.* in Department 14 of the Clark County District Court on August 2, 2019; commenced preparation for the September 9, 2019 homicide trial of *State v. Billingsley*, in Department 11 of the Clark County District Court; and filed motions so continue trials set to commence on September 9, 2019 in cases of *Endeavor v. Carlos and Charlie's* in Department 15 of the Clark County District Court and *Gaspar v. Rohi* in Department 18 of the Clark County District Court.

Additionally, Plaintiff's counsel was informed that his sister was admitted to a hospital on August 9, 2019, traveled to the state of Florida to care for his sister following her discharge, and returned to his office on August 19, 2019. On September 3, 2019 the *Endeavor v. Carlos and Charlie's* trial was continued to September 23, 2019 to provide plaintiff's counsel time to complete the response to Defendant's Motion to Compel Arbitration and Stay Proceedings in this case. On September 4, 2019 the *Rohi v. Gaspar* parties settled and the trial of the third-party complaint was continued to February 10, 2019. On September 5, 2019 the *State v. Billingsley* case was continued to March 2, 2019. Thus, due to the aforementioned personal and professional scheduling conflicts, Plaintiff requires until September 20, 2019 to oppose Defendant's Motion to Compel Arbitration and Stay Proceedings.

Defendant will in turn require additional time to prepare a Reply brief in support of Defendant's Motion to Compel Arbitration and Stay Proceedings. Defendant has also agreed to afford Plaintiff until September 20, 2019 to file her Opposition to Defendant's Motion to Dismiss, which would initially have been due on August 30, 2019 but under the new briefing schedule, will now be filed on the same date as the instant Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings, versus the staggered deadlines that would have been in place based on the date of the initial filings. Additionally, because the Parties could not agree on language to set-forth an agreement to stay discovery in this matter, Defendant's Counsel will also be required to file a motion to stay discovery in the coming weeks. Accordingly, good cause exists to extend the briefing deadlines for both Parties as follows:

- September 20, 2019: Deadline for Plaintiff's Oppositions to Defendant's Motion to Compel Arbitration and Motion to Dismiss.
- October 11, 2019: Deadline for Defendant's Reply briefs in support of Defendant's Motion to Compel Arbitration and Motion to Dismiss.

Dated this 6, September, 2019

_____
Leslie Mark Stovall, Esq.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034
Fax: (702) 258 0093
Email: les@lesstovall.com

Dated this ___, September, 2019

/s/ Kendelee Leascher
Peter S. Christiansen, Esq.
Kendelee Leascher Works, Esq.
Christiansen Law Office
810 Casino Center Blvd., Suite 104

| | |
|---|---|
| 1 | Las Vegas, NV 89101 |
| 2 | (702) 570-9262 |

IT IS SO ORDERED.

DATED: September 9, 2019

_____
United States Magistrate Judge

DATED this ___4___, day of September, 2019
STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107