```
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-CWH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | |
| Defendants. ) | |
| _____) | |

### PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiff's Katherine Mayorga, by and through her attorneys, Stovall & Associates, hereby demand a jury trial of all issues in the above-entitled matter.

Dated this 30 day of September, 2019.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 002566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5 and LR 5.1, I certify that I am an employee of the LAW OFFICES OF STOVALL & ASSOCIATES and that on 30th September, 2019, I caused the foregoing Plaintiff's demand for jury trial to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

/s/ Maria Hernandez
_____
An employee of the law offices of
Stovall & Associates