# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Kathryn Mayorga,

    Plaintiff

v.

Cristiano Ronaldo,

    Defendant

Case No.: 2:19-cv-00168-JAD-DJA

**Order Granting Nunc Pro Tunc Motion to Extend Time, Granting Stipulation to Maintain Seal on Documents Filed Under Seal, and Setting Deadline for Motion to Strike and Seal**

[ECF Nos. 42, 45]

    Mayorga moves to extend the deadline to file her response to Ronaldo's motion to compel arbitration and stay proceedings to September 23, 2019.[1] Mayorga has since filed her response to Ronaldo's motion and an errata to her response.[2] She attached hundreds of pages of documents as exhibits to her response and filed the entirety of her submission under seal.[3] This district's local rule about sealed documents instructs that "[a]ll papers filed under seal will remain sealed until the court either denies the motion to seal or enters an order unsealing them."[4] Mayorga, however, did not file the requisite motion to seal the documents.[5] Ronaldo contends that the bulk of Mayorga's exhibits 4 and 5 are subject to the protections of the attorney-client and attorney work-product doctrines and informs the court that he intends to move to strike those documents from the record under FRE 104 and 502.[6] All this led to the parties stipulating to

---

[1] ECF No. 42.

[2] ECF Nos. 43 (sealed response), 44 (sealed errata to response).

[3] ECF Nos. 43 (sealed response), 44 (sealed errata to response).

[4] LR IA 10-5(a).

[5] *Id.* ("Unless otherwise permitted by statute, rule, or prior order, papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal.").

[6] ECF No. 45.

keep the entirety of Mayorga's submission sealed until the court can rule on Ronaldo's anticipated motion.[7]  In light of Ronaldo's representation that he anticipates moving to strike Mayorga's exhibits 4 and 5 *and with the caveat that he must also address why those exhibits should be sealed*,

IT IS HEREBY ORDERED that the parties' stipulation to maintain the seal on Mayorga's motion-to-compel response and exhibits pending further briefing **[ECF No. 45] is GRANTED.**  Ronaldo's motion to strike and seal Mayorga's exhibits 4 and 5 must be filed **by November 6, 2019.**

IT IS FURTHER ORDERED that Mayorga's motion to extend time **[ECF No. 42] is GRANTED nunc pro tunc.**

_____
U.S. District Judge Jennifer A. Dorsey
October 2, 2019

---

[7] ECF No. 45.