PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KATHRYN MAYORGA,

    Plaintiff,

vs.

CRISTIANO RONALDO,

    Defendant.

Case No. 2:19-cv-00168-JAD-DJA

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF REPLIES TO DEFENDANT CRISTIANO RONALDO'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS [ECF 26] AND MOTION TO DISMISS KATHRYN MAYORGA'S COMPLAINT [ECF NO. 1] PURSUANT TO FED.R.CIV.P. 12(B)(6) [ECF 29] (Second Request)**

Pursuant to Local Rules IA 6-1 and IA 6-2, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kathryn Mayorga, through her attorney Leslie Mark Stovall, Esq., and Defendant Cristiano Ronaldo, through his attorneys, Peter S. Christiansen, Esq., Kendelee L. Works, Esq. and Keely A. Perdue, Esq., that the date for Defendant's Replies to his Motion to Compel Arbitration and Stay Proceedings [ECF 26] and Motion to Dismiss Kathryn Mayorga's Complaint [ECF No. 1] Pursuant to Fed.R.Civ.P. 12(B)(6) [ECF 29] which were filed on August 8 and August 16, 2019, respectively, be extended from October 11, 2019 to October 14, 2019. This is the second request to extend time to file the Reply deadline.

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

Good cause exists to extend the deadline for Defendants Reply briefs from October 11, 2019, to October 14, 2019. Undersigned defense counsel has been involved in numerous depositions in a large civil case which has required considerable time. In addition, she has been ill since Sunday, October 6, 2019, which has limited her ability to devote sufficient time to the Replies.

Accordingly, the parties stipulate to extend the time for filing the aforementioned Replies from October 11, 2019 to October 14, 2019. .

Dated this 10th day of October, 2019.                Dated this 10th day of October, 2019.

CHRISTIANSEN LAW OFFICES                             STOVALL & ASSOCIATES


  /s/ Kendelee L. Works, Esq.                          /s/ Leslie Mark Stovall, Esq.
PETER S. CHRISTIANSEN, ESQ.                          LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 5254                                  Nevada Bar No. 2566
KENDELEE L. WORKS, ESQ.                              2301 Palomino Lane
Nevada Bar No. 9611                                  Las Vegas, Nevada 89107
KEELY A. PERDUE, ESQ.                                *Attorneys for Plaintiff Kathryn Mayorga*
Nevada Bar No. 13931
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101
*Attorneys for Defendant Cristiano Ronaldo*


**ORDER**

IT IS SO ORDERED.

Dated: October 10, 2019.

_____
U.S. DISTRICT COURT JUDGE

2