PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>Defendant. | Case No. 2:19-cv-00168-JAD-DJA |

### STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF REPLY IN SUPPORT OF DEFENDANT CRISTIANO RONALDO'S MOTION TO STRIKE AND MAINTAIN UNDER SEAL INADMISSIBLE DOCUMENTS ATTACHED TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION [ECF 44]
**(First Request)**

Pursuant to Local Rules IA 6-1 and IA 6-2, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kathryn Mayorga, through her attorney Leslie Mark Stovall, Esq., and Defendant Cristiano Ronaldo, through his attorneys, Peter S. Christiansen, Esq., Kendelee L. Works, Esq. and Keely A. Perdue, Esq., that the date for Defendant's Reply in Support of his Motion to Strike and Maintain Under Seal Inadmissible Documents Attached to Plaintiff's Opposition to Motion to Compel Arbitration [ECF 44], which was filed on November 6, 2019, be extended from December 4, 2019 to December 11, 2019. This is the first request to extend the deadline to file the Reply brief.

Good cause exists to extend the deadline for Defendants Reply brief from December 4, 2019 to December 11, 2019. Undersigned defense counsel was engaged in substantial motion practice and preparing for trial in a capital murder case previously set to begin December 2, 2019, which was continued last week for approximately two months. Plaintiff's Opposition was filed November 27, 2019. Defense counsel had pre-arranged travel booked out of state for the Thanksgiving holiday. Finally, Plaintiff's Opposition to the subject motion is twenty-nine pages in length and thus, requires more time than anticipated in order to fully address the issues raised therein. Taken together, these issues demonstrate good cause to allow Defendant one additional week in which to prepare and file his Reply in support of the instant motion to strike.

Accordingly, the parties stipulate to extend the time for filing the aforementioned Replies from December 4, 2019 to December 11, 2019.

Dated this 4th day of December, 2019.

CHRISTIANSEN LAW OFFICES

 /s/ Kendelee L. Works, Esq.
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101
*Attorneys for Defendant Cristiano Ronaldo*

Dated this 4th day of December, 2019.

STOVALL & ASSOCIATES

 /s/ Leslie Mark Stovall, Esq.
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiff Kathryn Mayorga*

## **ORDER**

IT IS SO ORDERED.

DATED this  6th  day of   December  , 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

2