```
1  NOA
   LESLIE MARK STOVALL, ESQ.
2  Nevada Bar No. 2566
3  ROSS MOYNIHAN, ESQ.
   Nevada Bar No. 11848
4  STOVALL & ASSOCIATES
   2301 Palomino Lane
5  Las Vegas, NV 89107
6  Telephone: (702) 258-3034
   E-service: court@lesstovall.com
7  Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KATHERINE MAYORGA, an individual | ) | |
| | ) | 2:19-cv-00168-JAD-CWH |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CRISTIANO RONALDO, individually, | ) | |
| Does i-XX and Roe Corporations I-XX; | ) | |
| Defendants. | ) | |

### NOTICE OF APPPEAL

PLEASE TAKE NOTICE that Plaintiff, Katherine Mayorga hereby appeals to the United States Court of Appeals for the Ninth Circuit the follow portion of the court's September 30, 2020 order sustaining in part objection and adopting and modifying in part report and recommendation [ECF 72] as follows:

1. Mayorga's illegality challenges are for an arbitration. (See p. 20: 6-14 and p. 27:19-28: 2 of the 9/30/2020 order).

2. Mayorga's general demand for jury trial does not satisfy the FFA. (See p. 21: 1-23: 10 and p. 27:19-28:2 of the 9/30/2020 order).

3. Ronaldo's motion to strike documents [ECF No. 55] (See p. 24:1-12 and p. 28:6-8 of the 9/30/2020 order).

The plaintiff does not appeal the remain portions of the Court's September 30, 2020 order sustaining in part objection and adopting and modifying in part report and recommendation [ECF 72]

Dated this 29 day of October 2020

                                          STOVALL AND ASSOCIATES

                                          Leslie Mark Stovall, Esq.
                                          2301 Palomino Lane
                                          Las Vegas, NV 89107
                                          (702) 258 3034
                                          Fax: (702) 258 0093
                                          Email: les@lesstovall

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5 and LR 5.1, I certify that I am an employee of the LAW OFFICES OF STOVALL & ASSOCIATES and that on 29th October, 2020, I caused the foregoing NOTICE OF APPEAL to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

Peter S. Christiansen, Esq.
Christiansen Law Offices
810 Casino Center Blvd., Suite 104
Las Vegas, NV 89101

/s/ Maria Hernandez
_____
An employee of the law offices of
Stovall & Associates