**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA<br><br>    Plaintiff<br>vs.<br><br>CRISTIANO RONALDO, individually,<br>Does I-XX and Roe Corporations I-XX;<br><br>    Defendant, | CASE NO: 2:19-cv-00168-JAD-DJA<br><br><br><br>ECF No. 82 |

## STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S FILING OF OBJECTION TO THE MAGISTRATE JUDGE'S DECEMBER 2, 2020 ORDER

### (First Request)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KATHERINE MAYORGA, by and through her attorney LESLIE MARK STOVALL, ESQ. and defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN, ESQ., that the Plaintiff's Objection to the magistrate Judge's December 2, 2020 order [ECF No. 80] currently due on December 12, 2020 to be due on December 28, 2020 and defendant will have to and including January 11, 2021 to file its reply.

Plaintiff requested and Defendant agreed to an extension of time to file plaintiff's objection in the above reference matter. The Administrative Order of the court regarding the Governor's Directives and response to COVID-19 has further complicated the completion of plaintiff's objection within the allotted time frame, and plaintiff's counsel is currently in quarantine due the pandemic.

DATED this 18 day of December, 2020.

STOVALL & ASSOCIATES

/s/ Leslie Mark Stovall

LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
*Attorney for Plaintiff*

DATED this 18th day of December, 2020.

CHRISTIANSEN LAW OFFICE

/s/ Kendelee L. Works

Peter S. Christiansen, Esq
Nevada Bar No. 5254
Kendelee L. Works, Esq
Nevada Bar No. 9611
810 Casino Center Blvd., Suite 104
Las Vegas, NV 89101
(702) 570-9262
*Attorney for Defendant*

**ORDER**

**IT IS HEREBY ORDERED**

DATED this 22nd day of December, 2020.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE