**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA<br><br>                Plaintiff<br>vs.<br><br>CRISTIANO RONALDO, individually,<br>Does I-XX and Roe Corporations I-XX;<br><br>                Defendant, | CASE NO: 2:19-cv-00168-JAD-CWH |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S FILING OF OBJECTION TO THE MAGISTRATE JUDGE'S DECEMBER 2, 2020 ORDER AND TO WITHDRAW PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE AN OBJECTION FILED ON DECEMBER 29, 2020

#### (Third Request for Extension)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KATHERINE MAYORGA, by and through her attorney LESLIE MARK STOVALL, ESQ. and defendant, CRISTIANO RONALDO, by and through his attorneys PETER S. CHRISTIANSEN, ESQ. and KENDELEE L. WORKS, ESQ. that:

1. Plaintiff's Objection to the magistrate Judge's December 2, 2020 order [ECF No. 80] currently due on December 28, 2020 shall be due on January 8, 2020 and defendant will have to and including January 15, 2021 to file its reply.

2. Plaintiff's motion to extend time of file an objections to the scheduling order [ECF 80] filed on December 29, 2020. [ECF 84] is hereby withdrawn.

Plaintiff is requesting and Defendant has agreed to an extension of time to file an objection to the scheduling order [ECF 80] in the above referenced case. The Administrative Orders of the Court regarding the Governor's Directives resulted in slowing the completion of objection within the allotted time frame. Due to Plaintiff counsel's hospitalization followed by a quarantine due to exposure to the Covid-19 virus and the legal work which accumulated as result, counsel was unable to complete the objection to the magistrate judge's December 2, 2020 order.

DATED this 30 day of December, 2020.    DATED this 30th day of December, 2020.

STOVALL & ASSOCIATES    CHRISTIANSEN LAW OFFICE

    /s/ Kendelee L. Works

_____    _____
LESLIE MARK STOVALL, ESQ.    Peter S. Christiansen, Esq
Nevada Bar No. 2566    Nevada Bar No. 5254
2301 Palomino Lane    Kendelee L. Works, Esq
Las Vegas, NV 89107    Nevada Bar No. 9611
Telephone: (702) 258-3034    810 Casino Center Blvd., Suite 104
*Attorney for Plaintiff*    Las Vegas, NV 89101
    (702) 570-9262
    *Attorney for Defendant*

/ / /

/ / /

/ / /

*CASE NO: 2:19-cv-00168-JAD-CWH*
*Mayorga v. Ronaldo*
*Stipulation and Order*

# ORDER

**IT IS HEREBY ORDERED**

DATED this ____ day of December, 2020.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

# Maria Hernandez

| | |
|---|---|
| **From:** | Kendelee Works <kworks@christiansenlaw.com> on behalf of Kendelee Works |
| **Sent:** | Tuesday, December 29, 2020 3:42 PM |
| **To:** | Maria Hernandez; Les Stovall |
| **Cc:** | Peter S. Christiansen; Jonathan Crain |
| **Subject:** | Ronaldo: Revised stip to extend |
| **Attachments:** | 2020.12.29  KLW revisions to  Mayorga stipulation and order .docx |
| **Flag Status:** | Flagged |

My revisions are included in the attached doc.  With these changes you may use my electronic signature.

Thank you,
Kendelee