**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA | )<br>)<br>) |
| Plaintiff | ) CASE NO: 2:19-cv-00168-JAD-CWH |
| vs. | )<br>) |
| CRISTIANO RONALDO, individually, Does I-XX and Roe Corporations I-XX; | ) [ECF Nos. 84, 85]<br>)<br>) |
| Defendant, | )<br>) |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S FILING OF OBJECTION TO THE MAGISTRATE JUDGE'S DECEMBER 2, 2020 ORDER AND TO WITHDRAW PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE AN OBJECTION FILED ON DECEMBER 29, 2020**

**(Third Request for Extension)**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KATHERINE MAYORGA, by and through her attorney LESLIE MARK STOVALL, ESQ. and defendant, CRISTIANO RONALDO, by and through his attorneys PETER S. CHRISTIANSEN, ESQ. and KENDELEE L. WORKS, ESQ. that:

1. Plaintiff's Objection to the magistrate Judge's December 2, 2020 order [ECF No. 80] currently due on December 28, 2020 shall be due on January 8, 2020 and defendant will have to and including January 15, 2021 to file its reply.

2. Plaintiff's motion to extend time of file an objections to the scheduling order [ECF 80] filed on December 29, 2020. [ECF 84] is hereby withdrawn.

Plaintiff is requesting and Defendant has agreed to an extension of time to file an objection to the scheduling order [ECF 80] in the above referenced case. The Administrative Orders of the Court regarding the Governor's Directives resulted in slowing the completion of objection within the allotted time frame. Due to Plaintiff counsel's hospitalization followed by a quarantine due to exposure to the Covid-19 virus and the legal work which accumulated as result, counsel was unable to complete the objection to the magistrate judge's December 2, 2020 order.

DATED this 30 day of December, 2020.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
*Attorney for Plaintiff*

DATED this 30th day of December, 2020.

CHRISTIANSEN LAW OFFICE

/s/ Kendelee L. Works
_____
Peter S. Christiansen, Esq
Nevada Bar No. 5254
Kendelee L. Works, Esq
Nevada Bar No. 9611
810 Casino Center Blvd., Suite 104
Las Vegas, NV 89101
(702) 570-9262
*Attorney for Defendant*

/ / /

/ / /

/ / /

CASE NO: 2:19-cv-00168-JAD-CWH
*Mayorga v. Ronaldo*
Stipulation and Order

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 85] is GRANTED**; plaintiff's deadline to file her objection to Magistrate Judge Albregts's order at ECF No. 80 is **EXTENDED to January 8, 2021**, defendant has until January 15, 2021, to file his reply, and plaintiff's motion for an extension of time **[ECF No. 84] is deemed WITHDRAWN**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2021