LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KATHERINE MAYORGA, an individual )
                                         )       2:19-cv-00168-JAD-CWH
             Plaintiff, )
vs. )
                                         )
CRISTIANO RONALDO, individually, )
Does I-XX and Roe Corporations I-XX; )
             Defendants. )
_____)

**NOTICE OF PLAINTIFF'S DISCLOSURE OF RETAINED AND NON-RETAINED**

**EXPERTS PURSUANT TO FRCP 26 (a)(2)(B) AND (C)**

COMES NOW Plaintiff, by and through her attorneys, the law office of STOVALL & ASSOCIATES, and hereby gives notice of disclosure of the following retained and non-retained expert disclosure pursuant to FRCP 26 (a)(2)(C):

**A. Non-Retained Expert Medical Providers**

     1. MARIAN T. ADAMS, RN, SANE
        UMC
        1800 W Charleston Blvd
        Las Vegas, NV 89102
        Telephone: (702) 383-2000

     2. JAYJAY JOSEPH, RN
        UMC

1800 W Charleston Blvd
Las Vegas, NV 89102
Telephone: (702) 383-2000

3. DALE CARRISON, DO
   UMC
   1800 W Charleston Blvd
   Las Vegas, NV 89102
   Telephone: (702) 383-2000

4. BILIANA DARZEV, MD
   653 N. Town Center #300
   Las Vegas, NV 89144
   Telephone: (702) 456-7255

5. PATRICIA WATERS-DECKER, APN, CNM
   Davita
   5320 S. Rainbow Blvd,
   Las Vegas, NV 89118
   Telephone: (702) 944-7105

6. JOSEPH PLAUTZ, MD
   880 Seven Hills Dr.
   Henderson, NV 89052
   Telephone: (702) 844-4840

7. GREGORY TRUAX, DO
   St. Rose Dominican Hospital-Rose De Lima Campus
   102 Lake Mead Parkway
   Henderson, NV 89015

**B. Non- Retained Experts Psychiatric and Psychological Counselors and Therapist.**

1. TAMMIE S. ROITMAN, EDS, CCHT
   2340 Paseo Del Prado D307
   Las Vegas, NV 89102
   Telephone: (702) 793-2187

2. NANCY SARGENT HUNTERTON, MFT
   3501 W. Charleston Blvd
   Las Vegas, NV 89102
   Telephone: (702) 203-8687

3. JANE HEENAN, MS, MFT
   2421 Tech Center Court, Suite 110
   Las Vegas, NV 89128

Telephone: (702) 810-4159

C. **Non-retained Educational Experts:**

1. Person Most Knowledgeable
   Clark County School District
   5100 West Sahara Ave.
   Las Vegas, NV 89146
   USA 702-799-CCSD

2. Person Most Knowledgeable
   Cyril Wengert Elementary School
   2001 Winterwood Blvd,
   Las Vegas, NV 89142

3. Person Most Knowledgeable
   Kirk. L. Adams E4lementary School
   580 Fogg St,
   Las Vegas, NV 89110

4. Person Most Knowledgeable
   St. Joseph's Catholic School
   131 N 9th St,
   Las Vegas, NV 89101

5. Person Most Knowledgeable
   Mike O'Callaghan Middle Schhool
   1450 Radwick Dr,
   Las Vegas, NV 89110

6. Person Most Knowledgeable
   Bishop Gorman High School
   5959 S Hualapai Way,
   Las Vegas, NV 89148

7. Person Most Knowledgeable
   Las Vegas High School
   6500 E Sahara Ave,
   Las Vegas, NV 89142

8. Person Most Knowledgeable
   University of Nevada, Las Vegas
   4505 S Maryland Pkwy,
   Las Vegas, NV 89154

**D. Retained Experts:**

    NORTON A. ROITMAN, M.D.
    2340 Paseo Del Prado D 307
    Las Vegas, Nevada 89102
    Telephone: (702) 222-1812

DATED this ___ of April, 2021.

                                STOVALL & ASSOCIATES

                                _____
                                LESLIE MARK STOVALL, ESQ.
                                Nevada Bar No. 2566
                                ROSS H. MOYNIHAN, ESQ.
                                Nevada Bar No. 11848
                                2301 Palomino Lane
                                Las Vegas, Nevada 89107
                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of April 2021, I served a true and correct copy of the above and foregoing NOTICE OF PLAINTIFF'S DISCLOSURE OF RETAINED AND NON-RETAINED EXPERTS PURSUANT TO FRCP 26 (a)(2)(B) AND (C) on the parties addressed as shown below:

CHRISTIANSEN LAW OFFICES
Peter S. Christiansen, Esq.
810 S. Casinos Center Blvd., Suite 104
Las Vegas, NV 89101
Attorneys for Defendant

\_\_\_\_\_ Via U.S. Mail by placing said document in a sealed envelope, with postage prepared (N.R.C.P. 5(b))

\_\_\_\_\_ Via Electronic Filing (N.E.F.R. 9(b))

__X__ Via Electronic Service (N.E.F.R. 9)

\_\_\_\_\_ Via Facsimile (E.D.C.R. 7.26(a))

/s/ Maria Hernandez
_____
An employee of STOVALL & ASSOCIATES.