

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 005254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>           Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>           Defendant. | Case No. 2:19-cv-00168-JAD-DJA<br><br>**STIPULATION AND ORDER REGARDING DEPOSITIONS** |

Plaintiff, Kathryn Mayorga, by and through her attorneys, Stovall & Associates, Defendant, Cristiano Ronaldo, by and through his attorneys, Christiansen Trial Lawyers, (collectively referred to as the "PARTIES") and deponents Joseph Bongiovi, Kathy Bongiovi and Bongiovi Dispute Resolutions (collectively referred to as "BONGIOVI") by and through their attorneys, Pyatt Silvestri, enter into the following stipulation and order:

WHEREAS the PARTIES participated in a mediation, with BONGIOVI acting as the Mediator (the "Mediation"), on January 12, 2010, and

WHEREAS the PARTIES wish to take depositions of Joe Bongiovi, Kathy Bongiovi and Bongiovi Dispute Resolutions, and

WHEREAS NRS 48.109 states that proceedings of a mediation are to be regarded as settlement negotiations and that no admission, representation or statement made during the

session, not otherwise discoverable or obtainable, is admissible as evidence or subject to discovery, and that a mediator is not subject to civil process, and

WHEREAS the PARTIES and BONGIOVI are willing to waive any privilege or confidentiality, as might be contemplated by NRS 48.109, related to the Mediation,

It is hereby agreed and stipulated to:

1. The PARTIES waive any confidentiality concerning the mediation.

2. The PARTIES will provide BONGIOVI's counsel, James P.C. Silvestri, with copies of any documents that are intended to be used at the depositions at least one week prior to the depositions.

3. If any documents provided by the PARTIES are subject to any protective or confidentiality Order, BONGIOVI and his counsel agree to abide by such Order just as the PARTIES are required to do.

4. At least one week prior to the depositions, BONGIOVI will provide to the PARTIES any documents still within BONGIOVI's possession related to the Mediation.

5. BONGIOVI waives any right to claim privilege or confidentiality related to NRS 48.109.

6. The PARTIES expressly release BONGIOVI from any and all claims related to or arising in any way from the Mediation and grant BONGIOVI immunity from all claims, lawsuits, actions, legal or otherwise, related to or arising from the Mediation or from any involvement that BONGIOVI had related to any dispute between the Parties, more fully described by the pleadings filed herein.

/ / /

/ / /

/ / /

/ / /

/ / /



7. The depositions will be conducted via Zoom or similar format. The depositions will be scheduled as follows: Kathy Bongiovi on May 11, 2021 at 3:00 p.m. (PDT); and Joseph Bongiovi on May 12, 2021 at 9:00 a.m. (PDT).

Respectfully Submitted this 29th day of April, 2021.

| CHRISTIANSEN TRIAL LAWYERS | STOVALL & ASSOCIATES |
|---|---|
| /s/ Keely A. Perdue, Esq. | /s/ Leslie M. Stovall, Esq. |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>KENDELEE L. WORKS, ESQ.<br>Nevada Bar No. 9611<br>KEELY A. PERDUE, ESQ.<br>Nevada Bar No. 13931<br>710 S. 7th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Cristiano Ronaldo* | LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>LARISSA DROHOBYCZER<br>Nevada Bar No. 12316<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff Kathryn Mayorga* |

PYATT SILVESTRI

  /s/ James P.C. Silvestri, Esq.
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
*Attorneys for Deponents,
Joseph Bongiovi, Kathy Bongiovi,
and Bongiovi Dispute Resolutions*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of April, 2021.

_____
U. S. MAGISTRATE JUDGE

3

**From:** Les Stovall <les@lesstovall.com>
**Date:** Thursday, April 29, 2021 at 12:56 PM
**To:** "Peter S. Christiansen" <pete@christiansenlaw.com>, James Silvestri <jsilvestri@pyattsilvestri.com>, Kendelee Works <kworks@christiansenlaw.com>
**Cc:** Barbara Abbott <babbott@pyattsilvestri.com>, Maria Hernandez <maria@lesstovall.com>, Ross Moynihan <ross@lesstovall.com>, Melina Gonzales <melina@lesstovall.com>
**Subject:** RE: Bongiovi deposition

Yes- you have my consent to e-sign on my behalf the stip and order prepared by jim Silvestri regarding the depositions of the Bongiovis- lms

**From:** Peter S. Christiansen <pete@christiansenlaw.com>
**Sent:** Thursday, April 29, 2021 10:47 AM
**To:** Les Stovall <les@lesstovall.com>; James Silvestri <jsilvestri@pyattsilvestri.com>; Kendelee Works <kworks@christiansenlaw.com>
**Cc:** Barbara Abbott <babbott@pyattsilvestri.com>; Maria Hernandez <maria@lesstovall.com>; Moynihan Ross <ross@lesstovall.com>; Melina Gonzales <melina@lesstovall.com>
**Subject:** Re: Bongiovi deposition

Les-
As Jim points out in his email, he is unable to file the Stipulation. We are happy to do it but need your permission to affix your electronic signature. I assume since you fine with Jim doing it, you do not object to my office handling but want to be crystal clear. Please advise.



Peter S. Christiansen, Esq.
Christiansen Trial Lawyers
710 S. 7th Street, Suite B
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992

This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Les Stovall <les@lesstovall.com>
**Date:** Thursday, April 29, 2021 at 10:34 AM
**To:** James Silvestri <jsilvestri@pyattsilvestri.com>, "Peter S. Christiansen" <pete@christiansenlaw.com>, Kendelee Works <kworks@christiansenlaw.com>

**Cc:** Barbara Abbott <babbott@pyattsilvestri.com>, Maria Hernandez <maria@lesstovall.com>, Moynihan Ross <ross@lesstovall.com>, Melina Gonzales <melina@lesstovall.com>
**Subject:** RE: Bongiovi deposition

Jim- you are authorized to esign stip on my behalf if that is acceptable – if not I will sign and email copy to you _ ty/lms

**From:** James Silvestri <jsilvestri@pyattsilvestri.com>
**Sent:** Thursday, April 29, 2021 10:25 AM
**To:** les@lesstovall.com; Peter S. Christiansen <pete@christiansenlaw.com>; Kendelee Works <kworks@christiansenlaw.com>
**Cc:** Barbara Abbott <babbott@pyattsilvestri.com>
**Subject:** Bongiovi deposition
**Importance:** High

All

I called the court and confirmed that one of the parties has to file the actual stipulation and order. I am attaching a finalized copy of your review.

Whoever decides to sign needs to probably insert a name block on the front page. I give permission for my signature to be electronically signed.

Please let me know once this gets done as we are fast approaching May 11, 2021. I need to confirm arrangements on our side as I imagine you also have to do.

Thanks.

*Jim*
James P.C. Silvestri

701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: (702) 383-6000
Facsimile: (702) 477-0088
jsilvestri@pyattsilvestri.com
www.pyattsilvestri.com