```
AFFT
Stovall & Associates Attorneys At Law
Leslie Mark Stovall, Esq.
2301 Palomino Ln
Las Vegas   , NV 89107
State Bar No.:  2566
Attorney(s) for: Plaintiff(s)
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kathryn Mayorga<br>vs<br>Cristiano Ronaldo, individually; et al.<br><br>Plaintiff(s)<br><br>Defendant(s) | Civil Action<br>2:19-CV-00168-JAD-CWH<br>Dept. No.:<br><br>Date: **May 21, 2021**<br>Time: **9:00 am**<br><br>**AFFIDAVIT OF<br>ATTEMPTED SERVICE** |

I, **Marino Alexander Benneman**, being duly sworn deposes and says: That Affiant is and was on the day when he attempted to serve the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in, the within action.  Pursuant to NRS 239B.030 this document does not contain the social security number of any person.   That the affiant received the within **Subpoena for Deposition of Kathy Bongiovi** on the **7th** day of **April, 2021** and attempted to effect service on **Kathy Bongiovi** at **place of employment, Bongiovi Dispute Resolutions, 9510 W. Sahara Ave., #225, Las Vegas, NV 89117** as follows:

| Date | Time | Address | Outcome |
|---|---|---|---|
| 4/13/2021 | 11:40am | As above | Address corresponds to a business suite with signage for "Jewish Nevada." Kristin, an employee from McCarthy Holthus, LLP, a neighboring business suite, stated that Bongiovi Dispute Resolutions had moved out of this suite about one year ago. She believed they moved to New York. No further information was provided. |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this 18th day of April, 2021.

*[signature]*

Marino Alexander Benneman #:R-2019-00651
Legal Process Service       License # 604

WorkOrderNo  2102594

Legal Process Service, 724 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255