**AFFT**
Stovall & Associates Attorneys At Law
Leslie Mark Stovall, Esq.
2301 Palomino Ln
Las Vegas , NV 89107
State Bar No.: 2566
Attorney(s) for: Plaintiff(s)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathryn Mayorga<br>vs<br>Cristiano Ronaldo, individually; et al.<br><br>Plaintiff(s)<br><br>Defendant(s) | Civil Action<br>2:19-CV-00168-JAD-CWH<br>Dept. No.:<br><br>Date: **May 12, 2021**<br>Time: **9:00 am**<br><br>**AFFIDAVIT OF<br>ATTEMPTED SERVICE** |

I, **Marino Alexander Benneman**, being duly sworn deposes and says: That Affiant is and was on the day when he attempted to serve the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in, the within action. Pursuant to NRS 239B.030 this document does not contain the social security number of any person. That the affiant received the within **Subpoena for Deposition of Joe Bongiovi** on the **9th** day of **April, 2021** and attempted to effect service on **Joe Bongiovi** at **place of employment, Bongiovi Dispute Resolutions, 9510 W. Sahara Ave, #225, Las Vegas, NV 89117** as follows:

| Date | Time | Address | Outcome |
|---|---|---|---|
| 4/13/2021 | 11:40am | As above | Address corresponds to a business suite with signage for "Jewish Nevada." Kristin, an employee from McCarthy Holthus, LLP, a neighboring business suite, stated that Bongiovi Dispute Resolutions had moved out of this suite about one year ago. She believed they moved to New York. No further information was provided. |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this 13th day of April, 2021.

Marino Alexander Benneman #:R-2019-00651
Legal Process Service    License # 604

WorkOrderNo 2102596