AFFT
Stovall & Associates Attorneys At Law
Leslie Mark Stovall, Esq.
2301 Palomino Ln
Las Vegas, NV 89107
State Bar No.: 2566
Attorney(s) for: Plaintiff(s)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kathryn Mayorga
vs
Cristiano Ronaldo, individually; et al.

Plaintiff(s)

Defendant(s)

Civil **2:19-CV-00168-JAD-CWH**
Dept. No.:
Date: **May 12, 2021**
Time: **9:00 am**

**AFFIDAVIT OF SERVICE**

_____**Alexis Anthony**_____, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received the **Subpoena for Deposition of Joe Bongiovi** on the **19th** day of **April**, **2021** and served the same on the **20th** day of **April**, **2021**

at **6:53 pm** by delivering a copy to the **Witness**: **Joe Bongiovi** at address: **92 Riva Blvd., Brick, NJ 08723.**

( ☒ ) by personal service

( ☐ ) by leaving copies with :

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this _19_ day of April, 2021.

*Alexis Anthony* (signature)
_____
Alexis Anthony
Process Server

WorkOrderNo 2102596