AFFT
Stovall & Associates Attorneys At Law
Leslie Mark Stovall, Esq.
2301 Palomino Ln
Las Vegas, NV 89107
State Bar No.: 2566
Attorney(s) for: Plaintiff(s)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kathryn Mayorga
vs
Cristiano Ronaldo, individually; et al.

Plaintiff(s)

Defendant(s)

Civil 2:19-CV-00168-JAD-CWH
Dept. No.:
Date: May 21, 2021
Time: 9:00 am

**AFFIDAVIT OF SERVICE**

_____ **Alexis Anthony** _____, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received the **Subpoena for Deposition of Kathy Bongiovi** on the **19th** day of **April**, **2021** and served the same on the **20th** day of **April**, **2021** at **6:59 pm** by delivering a copy to the **Witness: Kathy Bongiovi** at address: **92 Riva Blvd., Brick, NJ 08723.**

( ☐ ) by personal service

( ☒ ) by leaving copies with : **Joe Bongiovi (Caucasian male, brown eyes, gray hair, 5'6", 60 years old, 150 lbs.), husband**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this **19** day of April, 2021.

*Alexis Anthony*
Alexis Anthony
Process Server

WorkOrderNo 2102594