PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 005254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:      (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>    Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>    Defendant. | Case No. 2:19-cv-00168-JAD-DJA<br><br>**STIPULATION AND ORDER REGARDING DEPOSITIONS** |

Plaintiff, Kathryn Mayorga, by and through her attorneys, Stovall & Associates, Defendant, Cristiano Ronaldo, by and through his attorneys, Christiansen Trial Lawyers, (collectively referred to as the "PARTIES") and deponents Joseph Bongiovi, Kathy Bongiovi and Bongiovi Dispute Resolutions (collectively referred to as "BONGIOVI") by and through their attorneys, Pyatt Silvestri, enter into the following stipulation and order:

WHEREAS the PARTIES participated in a mediation, with BONGIOVI acting as the Mediator (the "Mediation"), on January 12, 2010, and

WHEREAS the PARTIES wish to take depositions of Joe Bongiovi, Kathy Bongiovi and Bongiovi Dispute Resolutions, and

WHEREAS NRS 48.109 states that proceedings of a mediation are to be regarded as settlement negotiations and that no admission, representation or statement made during the

Case 2:19-cv-00168-JAD-DJA   Document 108   Filed 04/30/21   Page 2 of 3

session, not otherwise discoverable or obtainable, is admissible as evidence or subject to discovery, and that a mediator is not subject to civil process, and

WHEREAS the PARTIES and BONGIOVI are willing to waive any privilege or confidentiality, as might be contemplated by NRS 48.109, related to the Mediation,

It is hereby agreed and stipulated to:

1.      The PARTIES waive any confidentiality concerning the mediation.

2.      The PARTIES will provide BONGIOVI's counsel, James P.C. Silvestri, with copies of any documents that are intended to be used at the depositions at least one week prior to the depositions.

3.      If any documents provided by the PARTIES are subject to any protective or confidentiality Order, BONGIOVI and his counsel agree to abide by such Order just as the PARTIES are required to do.

4.      At least one week prior to the depositions, BONGIOVI will provide to the PARTIES any documents still within BONGIOVI's possession related to the Mediation.

5.      BONGIOVI waives any right to claim privilege or confidentiality related to NRS 48.109.

6.      The PARTIES expressly release BONGIOVI from any and all claims related to or arising in any way from the Mediation and grant BONGIOVI immunity from all claims, lawsuits, actions, legal or otherwise, related to or arising from the Mediation or from any involvement that BONGIOVI had related to any dispute between the Parties, more fully described by the pleadings filed herein.

/ / /

/ / /

/ / /

/ / /

/ / /

2

7.   The depositions will be conducted via Zoom or similar format.  The depositions will be scheduled as follows:  Kathy Bongiovi on May 11, 2021 at 3:00 p.m. (PDT); and Joseph Bongiovi on May 12, 2021 at 9:00 a.m. (PDT).

Respectfully Submitted this 29th day of April, 2021.

CHRISTIANSEN TRIAL LAWYERS

   /s/ Keely A. Perdue, Esq.   
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
710 S. 7th Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Cristiano Ronaldo*

STOVALL & ASSOCIATES

   /s/ Leslie M. Stovall, Esq.   
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
LARISSA DROHOBYCZER
Nevada Bar No. 12316
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiff Kathryn Mayorga*

PYATT SILVESTRI

   /s/ James P.C. Silvestri, Esq.   
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
*Attorneys for Deponents,*
*Joseph Bongiovi, Kathy Bongiovi,*
*and Bongiovi Dispute Resolutions*

## ORDER

IT IS SO ORDERED.

DATED this  30th  day of April, 2021.

                                    
U. S. MAGISTRATE JUDGE