**AFFT**
Stovall & Associates Attorneys At Law
Leslie Mark Stovall, Esq.
2301 Palomino Ln
Las Vegas, NV 89107
State Bar No.: 2566
Attorney(s) for: Plaintiff(s)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kathryn Mayorga
vs
Cristiano Ronaldo, individually; et al.

*Plaintiff(s)*

*Defendant(s)*

Case No.: 2:19-CV-00168-JAD-CWH
Dept. No.:
Date: May 14, 2021
Time: 9:00 am

**AFFIDAVIT OF SERVICE**

_____ Eric Page _____, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received the **Subpoena for Deposition of Michaela Wood, Esq** on the **23rd** day of **April**, **2021** and served the same on the **4th** day of **May**, **2021** at **6:09 pm** by delivering a copy to the **Witness: Michaela Wood, Esq** at address: **257 Voorhees Rd., Amsterdam, NY 12010.**

( ☒ ) by personal service

( ☐ ) by leaving copies with :

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this _____ day of May, 2021.

**Eric Page**
Process Server

WorkOrderNo 2102595