```
1   AFFT
    Stovall & Associates Attorneys At Law
2   Leslie Mark Stovall, Esq.
3   2301 Palomino Ln
    Las Vegas, NV 89107
4   State Bar No.: 2566
5   Attorney(s) for: Plaintiff(s)
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Kathryn Mayorga** <br> vs <br> **Cristiano Ronaldo, individually; et al.** <br><br> *Plaintiff(s)* <br><br> *Defendant(s)* | Case No.: 2:19-CV-00168-JAD-CWH <br> Dept. No.: <br> Date: May 5, 2021 <br> Time: 2:00 p.m. <br><br> **AFFIDAVIT OF SERVICE** |

_____**Eric Page**_____, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received the **Deposition Subpoena (Duces Tecum)** on the _23rd_ day of ___April___, _2021_ and served the same on the _4th_ day of ___May___, _2021_ at __6:09 pm__ by delivering a copy to the **Witness**: **Custodian of Records, Michaela Wood, Esq** at address: **257 Voorhees Rd., Amsterdam, NY 12010.**

( ☐ ) by personal service

( ☒ ) by leaving copies with : **Michaela Wood, Esq (white female, approximately 45 years old, 5'6", 180 lbs., brown hair)**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this _5th_ day of May, 2021.

*/s/ Eric Page*
**Eric Page**
**Process Server**

WorkOrderNo 2102781