# Exhibit "B"

# Exhibit "B"

# Stovall & Associates
**Attorneys at Law**

October 23, 2013

Peter S. Christiansen
810 S Casino Center Blvd #104
Las Vegas, NV 89101
Phone: (702) 240-7979
christiansenlaw.com

**Re: Mayorga v. Ronaldo-"Football Leaks" documents**

Dear Mr. Christiansen,

The existence of the "Football Leaks" documents has been known to your client apparently since 2015. The "Football Leaks" documents were referenced and quoted in numerous articles published in Europe as early as April 2017.

You and your client have stated publicly that the documents obtained by "Football Leaks" were stolen from your client, or persons acting on your clients behalf, and that some of these documents have been altered, modified or fabricated. The implication of these statements is that you, your client or someone acting on your client's behalf compared the "Football Leaks" documents to the original documents, which are or should be in the possession of:

1. Cristiano Ronaldo;
2. John Lavely, Yael Holtkamp and the law firm of Lavely and Singer;
3. Simon Smith and the law firm of Simon and Schulling;
4. Carlos De Castro Osorio, Francisco Cortez, Paolo Rendero and the law firm of Morais Leiato, Galvao Telez, Soarez Da Silva and Associates;
5. Andy Quinn, Patrick Norton and the firm of Multi-Sports and Image Management, LTD.
6. Jorge Mendez and Gestifute, SA.

By way of this letter I request that you identify and provide copies of the specific "Football Leaks" documents that you, your client or anyone acting on his behalf have identified as having been altered, modified or fabricated in your public statements. Your prompt attention to this request would be appreciated.

Sincerely,

Leslie Mark Stovall, Esq

**2301 Palomino Lane**                                            Telephone: (702) 258-3034
**Las Vegas, Nevada  89107**                                      Fax: (702) 258-0093