# Exhibit "D"

FILED UNDER SEAL

# Exhibit "D"