LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual | Case No.: 2:19-cv-00168-JAD-DJA |
| Plaintiff, | |
| vs. | |
| CRISTIANO RONALDO, individually, Does I-XX and Roe Corporations I-XX; Defendants. | |

### PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S WRITTEN DISCOVERY REQUESTS
### (First Request)

COMES NOW Plaintiff, by and through her attorneys, STOVALL & ASSOCIATES, and files this motion to extend time to respond to defendant's written discovery requests, specifically defendant's interrogatories, requests for admission, and requests for production of documents sets 1 and 2. This is the first request for an extension of time made to the court. There have been prior extensions provided by the defendant totaling two weeks for responses to interrogatories and one day for responses to the requests for admission, and requests for production of documents, sets 1 and 2.

/ / /

This motion is based upon the pleadings and papers on file herein, the Memorandum of Points and Authorities attached hereto, and any oral argument this Court may entertain should there be a hearing on the motion.

Dated this 2nd day of June 2021.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
_____
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

# DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME

ROSS MOYNIHAN, declares and states as follows:

1. I am an attorney at the Law Office of Stovall & Associates, counsel for Plaintiff, and am licensed to practice law in the State of Nevada.

2. Plaintiff's interrogatory responses were originally due on May 19, 2021. Plaintiff received two extensions from the defendant to respond to the interrogatories totaling two weeks, the first to May 26, 2021 and the second to June 2, 2021.

3. Plaintiff's responses to defendant's requests for admission and first and second set of requests for production were originally due on June 1, 2021. Plaintiff received one extension from the defendant of one day to June 2, 2021 to respond to these requests.

4. The need for the above extensions of time was due to the following:

      a.      The subject matter of the case and the discovery responses is emotionally difficult for the plaintiff;

      b.      The plaintiff has difficulty organizing her thoughts to specifically answer interrogatories, which has required a very large amount of attorney time to assist her; and

      c.      The plaintiff was ill for a period of time and was unable to fully participate in completing and reviewing the responses.

5. Plaintiff requires an additional period of time beyond June 2, 2021 to respond to the above requests.

6. The plaintiff and I have devoted a considerable amount of time to the responses and the responses have been prepared but the plaintiff was not able to complete the review and approval process prior to the expiration of the June 2, 2021 deadline.

7. In an abundance of caution, I request from the court an extension of time of 30 days from June 2, 2021 to July 2, 2021 to respond to the requests.

8. I make the request for a 30 day extension instead of shorter extension because I have a firm setting for a jury trial in another case that begins on June 7, 2021 and concludes on June 18, 2021. I am concerned that if I asked for a shorter extension and was not able finish the review and approval process with the plaintiff prior to the trial, I would be required to request an additional extension from the court, which I want to avoid.

9. Prior to filing this motion, I was unable to request an additional extension of time from the defense. I did speak with defense today regarding the responses but that was to discuss service of the responses when I anticipated that the responses would be served today.

10. This motion is not made for the purposes of fraud or delay.

/ / /

11. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of June 2021.

/s/ Ross Moynihan
ROSS MOYNIHAN, ESQ.

**MEMORANDUM OF POINTS AND AUTHORITIES**

FRCP 6(b) states:

(b) Extending Time.
(1) In General.
When an act may or must be done within a specific time. The court may, for good cause, extend the time:
    (A) with or without motion or notice if the courts acts, or if a request is made, before the original time or its extension expires; or
    (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

LRIA6-1 states in pertinent part:

(a) A motion or stipulation to extend dime must state the reasons for the extension requested and must inform the court of all previous extension of the subject deadline the court granted.
...

(c) A stipulation or motion to seeking to extend the time to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion, must state in its opening paragraph the filing date of the subject motion or the date of the subject hearing.

Based upon the declaration of counsel, good cause exists for the extension of plaintiff's time from June 2, 2021 to July 2, 2021 to respond to defendant's written discovery requests, specifically defendant's interrogatories, requests for admission, and requests for production of documents sets 1 and 2.

DATED this 2nd day of June 2021.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of June 2021, service of the foregoing Plaintiff's Motion to Extend Time was made this date through the court's electronic filing system to the following:

CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Attorneys for the defendant

                                                  */s/ Ross Moynihan*
                                                  An employee of STOVALL & ASSOCIATES