```
1  LESLIE MARK STOVALL, ESQ.
   Nevada Bar No. 2566
2  ROSS MOYNIHAN, ESQ.
   Nevada Bar No. 11848
3  STOVALL & ASSOCIATES
4  2301 Palomino Lane
   Las Vegas, NV 89107
5  Telephone: (702) 258-3034
6  E-service: court@lesstovall.com
   Attorney for Plaintiff
7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-CWH |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | |
| Defendants. ) | |

**RECEIPT OF COPY**

Receipt of the documents listed below is hereby acknowledged by the undersigned:

1. Plaintiff's Responses to Defendant's Firs Set of Interrogatories to Plaintiff;

2. Plaintiff's Responses to Defendant Cristiano Ronaldo's Requests for Admission;

3. Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents to Plaintiff;

4. Plaintiff's Responses to Defendant's Second Set of Requests for Production of Documents to Plaintiff; and

///

///

5. Plaintiff's Responses to Defendant's Third Set of Requests for Production of Documents to Plaintiff.

DATED this 8th day of June 2021.

*[signature]*

Peter S. Christiansen, Esq.
Kendelee L. Works, Esq.
Keely A. Perdue, Esq.
Christiansen Trial Lawyers
710 S. 7th Street
Las Vegas, NV 89101