LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO, individually,<br>Does I-XX and Roe Corporations I-XX;<br>Defendants. | Case No.: 2:19-cv-00168-JAD-DJA |

### PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND

### TO DEFENDANT'S MOTION FOR TERMINATING SANCTIONS [ECF 112]

### (First Request)

COMES NOW Plaintiff, by and through her attorneys, STOVALL & ASSOCIATES, and files this motion to extend time to respond to defendant's motion for terminating sanctions [ECF 112]. This is the first request for an extension of time made to the court.

This motion is based upon the pleadings and papers on file herein, the memorandum of points and authorities attached hereto, and any oral argument this Court may entertain should there be a hearing on the motion.

///

Case No.: 2:19-cv-00168-JAD-DJA
Mayorga v. Ronaldo
Motion to Extend time

Dated this ___ day of June 2021.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

## DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME

LESLIE MARK STOVALL, declares and states as follows:

1. I am the attorney of record for the plaintiff in this case.

2. On May 27, 2021 the defense filed an emergency motion for case terminating sanctions and to disqualify Stovall and Associates has counsel for the plaintiff [ECF 112].

3. On May 27, 2021 the defense filed a motion to seal [ECF 113].

4. That on June 1, 2021 the court issued a minute order that response and reply briefs are due in the ordinary course [ECF 114].

5. The plaintiff's responses to ECF 112 and ECF 113 are due on or before June 10, 2021 pursuant LR 7–2 (b).

6. I am requesting an extension of time to file plaintiff's responses to ECF 112 and ECF 113 because I have not been able to begin work on the responses since May 27, 2021 and I will not be able to start working on the responses until June20, 2021 for the following reasons:

> a. I was preparing for the jury trial of Barcelon v. Landforce Corp., case no. 2:18-cv-01493-GMN-NJK from May 17, 2021 until June 4, 2021 when it settled.
>
> b. From June 5, 2021 thru June 11, 2021 I have been catching up on work deferred from May 17, 2021 thru June 4, 2021, including continuing the jury trials of Ware v. Hardy, case A-18-786457 and Ramirez v. Lucky Lucy Casino, case A-18-769806 in the Clark Co. District Court and preparing for the jury trial of Droge v. AAAA Towing, case A-15-724188 in Dept. 1 of the Clark Co. District Court commencing July 19, 2021.
>
> c. Prior to the filing of the defense motions ECF 112 and ECF 113, I had scheduled and paid for a short vacation in Florida to visit my family from June 12, 2021 thru June 19, 2021. This is the first occasion that I have had to visit my family due to Covid – 19 restrictions since last year.

7. The exhibits [ECF111] filed in support of the defendant's motion for terminating sanctions [ECF 112] appear to be approx. 1500 pages. Based upon the allegations set forth in the defense motions these exhibits and the "Football Leaks" document require careful review and referencing to disclosures of documents attributable to the defendant and the media prior to the filing of this lawsuit and thereafter, and the disclosures by the plaintiff to law enforcement, the defendant and to the court in this case.

8. On June 8, 2021 I requested by email defense counsel's agreement to extend the time for the filing of plaintiff's response, a copy of which is attached hereto as *Exhibit 1* and incorporated herein by reference.

9. On June 8, 2021 the defendant's counsel Kendelee Works responded to my request stating:

> Les,
>
> Your request for an additional 25 days after your return from vacation to oppose these motions, both of which are due on June 10, 2021, not the 11th, is entirely unreasonable. I will also note that given your trial case settled on 6/4, I presume for the past six days you have not been preparing for trial on a case that had resolved. As to the 1000's of pages of exhibits, those documents have all already been disclosed and are primarily comprised of the LVMPD file that you indicated you were reviewing in preparation for the Bongiovi depositions last month, which then required you to continue those depositions as well. Moreover, the LVMPD file consists largely of your own client's statements to the police and the Football Leaks documents you provided to LVMPD years ago. Your request also runs afoul of the court's most recent orders extending discovery and staying certain depositions and the expert deadline.
>
> In short, your request that we agree to afford you 7 weeks to oppose two motions for which you would be allowed 2 weeks to respond in the ordinary course, is unreasonable and not well founded. If you have a more reasonable request, we are happy to consider it and can be available for a meet and confer tomorrow.
>
> Please let us know how you wish to proceed.

(A copy of Ms. Works email is attached hereto as *Exhibit 2* and incorporated herein by reference).

10. I am requesting that the court extend the time for the filing of the plaintiff's response to both EFC 112 to EFC 113 to July 20, 2021.

11. This motion is made in good faith and not for propose of unnecessary delay. I declare under penalty of perjury under the laws of Nevada that the foregoing is true and correct.

Case No.: 2:19-cv-00168-JAD-DJA
Mayorga v. Ronaldo
Motion to Extend time

DATED this 10 day of June 2021.

_____
LESLIE MARK STOVALL, ESQ.

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP 6(b) states:

When an act may or must be done within a specific time. The court may, for good cause, extend the time:

    (A)    with or without motion or notice if the courts acts, or if a request is made, before the original time or its extension expires; or

    (B)    on motion made after the time has expired if the party failed to act because of excusable neglect.

LRIA6-1 states in pertinent part:

    (a)    A motion or stipulation to extend dime must state the reasons for the extension requested and must inform the court of all previous extension of the subject deadline the court granted.

    (b)    A stipulation or motion to seeking to extend the time to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion, must state in its opening paragraph the filing date of the subject motion or the date of the subject hearing.

Based upon the declaration of counsel, good cause exists for the extension of plaintiff's time from June 10, 2021 to July 20, 2021 to respond to defendant's motion for sanctions [ECF 112].

///

///

///

Case No.: 2:19-cv-00168-JAD-DJA
Mayorga v. Ronaldo
Motion to Extend time

DATED this ____ day of June 2021.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of June 2021, service of the foregoing Plaintiff's Motion to Extend Time was made this date through the court's electronic filing system to the following:

Christiansen Trial Lawyers
710 South 7th Street, Suite B
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992
Attorneys for the defendant

/s/ Maria Hernandez
An employee of STOVALL & ASSOCIATES

# EXHIBIT 1

## Les Stovall

| | |
|---|---|
| **From:** | Les Stovall |
| **Sent:** | Tuesday, June 8, 2021 4:28 PM |
| **To:** | 'Kendelee Works'; 'Peter S. Christiansen' |
| **Cc:** | Moynihan Ross (ross@lesstovall.com) |
| **Subject:** | mayorga - motion to seal and motion for sanctions |

Counsel – I am requesting an extension of time to file oppositons to the defendant's motion to seal which is due 6.10/21 and the motion for sanctions due 6/11/21. I was assisting Mr. Moynihan prepare the trial of Barcelon v. Trucking co. before Judge Navarro set to commence 6/7 – it settled 6/4 and have a family vacation scheduled between 6/11 to 6/21 outside the state of Nevada which was scheduled prior to the filing of these motions. Mr. Moynihan will be preparing for the trial of Droge v. AAAA towing in the clark co. district court commencing 7/19 and is not available to assist with the motions. I would ask to continue opp filing date to mid July, 2021. I am also concerned that the number of exhibits (1000page approx.) will takr a substantial time to review. I would appreciate a response tomorrow- ty.lms

1

# EXHIBIT 2

# Maria Hernandez

**From:** Kendelee Works <kworks@christiansenlaw.com> on behalf of Kendelee Works
**Sent:** Wednesday, June 9, 2021 5:31 PM
**To:** Les Stovall
**Cc:** Peter S. Christiansen; Moynihan Ross
**Subject:** Re: mayorga - motion to seal and motion for sanctions

Les,

Your request for an additional 25 days after your return from vacation to oppose these motions, both of which are due on June 10, 2021, not the 11th, is entirely unreasonable. I will also note that given your trial case settled on 6/4, I presume for the past six days you have not been preparing for trial on a case that had resolved. As to the 1000's of pages of exhibits, those documents have all already been disclosed and are primarily comprised of the LVMPD file that you indicated you were reviewing in preparation for the Bongiovi depositions last month, which then required you to continue those depositions as well. Moreover, the LVMPD file consists largely of your own client's statements to the police and the Football Leaks documents you provided to LVMPD years ago. Your request also runs afoul of the court's most recent orders extending discovery and staying certain depositions and the expert deadline.

In short, your request that we agree to afford you 7 weeks to oppose two motions for which you would be allowed 2 weeks to respond in the ordinary course, is unreasonable and not well founded. If you have a more reasonable request, we are happy to consider it and can be available for a meet and confer tomorrow.

Please let us know how you wish to proceed.

On Jun 8, 2021, at 4:27 PM, Les Stovall <les@lesstovall.com> wrote:

Counsel – I am requesting an extension of time to file oppositons to the defendant's motion to seal which is due 6.10/21 and the motion for sanctions due 6/11/21. I was assisting Mr. Moynihan prepare the trial of Barcelon v. Trucking co. before Judge Navarro set to commence 6/7 – it settled 6/4 and have a family vacation scheduled between 6/11 to 6/21 outside the state of Nevada which was scheduled prior to the filing of these motions. Mr. Moynihan will be preparing for the trial of Droge v. AAAA towing in the clark co. district court commencing 7/19 and is not available to assist with the motions. I would ask to continue opp filing date to mid July, 2021. I am also concerned that the number of exhibits (1000page approx.) will takr a substantial time to review. I would appreciate a response tomorrow- ty.lms

1