1  LESLIE MARK STOVALL, ESQ.
   Nevada Bar No. 2566
2  ROSS MOYNIHAN, ESQ.
   Nevada Bar No. 11848
3  STOVALL & ASSOCIATES
4  2301 Palomino Lane
   Las Vegas, NV 89107
5  Telephone: (702) 258-3034
6  E-service: court@lesstovall.com
   Attorney for Plaintiff
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual | Case No.: 2:19-cv-00168-JAD-DJA |
| Plaintiff, | |
| vs. | |
| CRISTIANO RONALDO, individually, Does I-XX and Roe Corporations I-XX; Defendants. | |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO SEAL [ECF 113] AND MOTION FOR SANCTIONS [ECF 112]**

COMES NOW plaintiff's reply to defendant's opposition to plaintiff's motion to extend time to respond to defendant's motion to seal [ECF 113] and motion for sanctions [ECF 112].

This reply is made based upon the points and authorities attached hereto and the pleadings and papers file with the court.

/ / /

/ / /

/ / /

/ / /

Case No.: 2:19-cv-00168-JAD-DJA
Mayorga v. Ronaldo
plaintiff's reply to defendant's opposition
to plaintiff's motion to extend time to
respond to defendant's motion to
seal [ECF 113] and motion for sanctions [ECF 112]

DATED this ___ day of July 2021.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

**I**

Plaintiff's counsel declined to accept the defendant's offer for extension of time for filing the response to defendant's motion for terminating sanctions because the length of time offered by the defendant was not long enough. Perhaps plaintiff's counsel should have accepted, and then at the end of the agreed upon period filed a motion to extend time. Rather than go through that routine, plaintiff's counsel simply requested an extension based upon a realistic assessment of the situation he found himself at the time of the filing of the motion to extend time. That assessment appears accurate based upon the progress plaintiff's counsel has made to date in drafting the response to defendant's motion for terminating sanctions. Plaintiff's counsel will file the response prior to July 20, 2021 if possible. However, the request to extend time to file response was made to avoid any further requests for extensions.

1  Case No.: 2:19-cv-00168-JAD-DJA
   Mayorga v. Ronaldo
2  plaintiff's reply to defendant's opposition
   to plaintiff's motion to extend time to
3  respond to defendant's motion to
4   seal [ECF 113] and motion for sanctions [ECF 112]

5       DATED this ___ day of July 2021.

6

7                                              STOVALL & ASSOCIATES

8

9                                              _____
                                               LESLIE MARK STOVALL, ESQ.
10                                             Nevada Bar No. 2566
                                               ROSS MOYNIHAN, ESQ.
11                                             Nevada Bar No. 11848
12                                             2301 Palomino Lane
                                               Las Vegas, NV 89107
13                                             Telephone: (702) 258-3034
                                               E-service: court@lesstovall.com
14                                             Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of July 2021, service of the foregoing plaintiff's reply to defendant's opposition to plaintiff's motion to extend time to respond to defendant's motion to seal [ECF 113 and motion for sanctions [ECF 112] was made this date through the court's electronic filing system to the following:

CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Attorneys for the defendant

/s/ Maria Hernandez
An employee of STOVALL & ASSOCIATES