

1  PETER S. CHRISTIANSEN, ESQ.
   Nevada Bar No. 005254
2  pete@christiansenlaw.com
   KENDELEE L. WORKS, ESQ.
3  Nevada Bar No. 9611
   kworks@christiansenlaw.com
4  KEELY A. PERDUE, ESQ.
   Nevada Bar No. 13931
5  keely@christiansenlaw.com
   CHRISTIANSEN TRIAL LAWYERS
6  710 S. 7th Street
   Las Vegas, Nevada 89101
7  Telephone:   (702) 240-7979
   Facsimile:   (866) 412-6992
8  *Attorneys for Defendant Cristiano Ronaldo*

9             **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11  KATHRYN MAYORGA,

12                   Plaintiff,                Case No. 2:19-cv-00168-JAD-DJA

13  vs.
                                               **STIPULATION AND ORDER
14                                             EXTENDING TIME FOR DEFENDANT
    CRISTIANO RONALDO,                         TO FILE REPLIES AND AN
15                                             OPPOSITION RE: ECF NOS. 111, 113,
                     Defendant.                123, 124 AND 126
16                                             (FIRST REQUEST FOR EXTENSION)**

17

18         Plaintiff, Kathryn Mayorga, by and through her attorneys, Stovall & Associates,

19  Defendant, Cristiano Ronaldo, by and through his attorneys, Christiansen Trial Lawyers,

20  (collectively referred to as the "PARTIES") enter into the following stipulation and proposed

21  order to allow Defendant Ronaldo an extension of the time in which to file reply briefs in support

22  of Defendant's Emergency Motion for Case Terminating Sanctions and to Disqualify Stovall &

23  Associates [ECF No. 111] ("Defendant's Motion for Sanctions") and Motion for Leave to (i) File

24  Under Seal Exhibits D, P and W to Defendant's Motion for Sanctions; and (ii) Redact a Portion

25  of the Motion [ECF No. 113]((Defendant's Motion to Seal"); and an extension of the time in

26  which to file Defendant's Opposition to Plaintiff's Motion for In Camera Review of the Football

27  Leaks Documents to Determine Whether the Crime/Fraud Exception Applies (ECF No. 124]

28

("Plaintiff's Motion for In Camera Review") as well as to extend the time for Plaintiff to file her Reply in Support of same.

1. Defendant's Motion for Sanctions and Defendant's Motion to Seal were filed on May 27, 2021, with Oppositions thereto originally due on June 10, 2021.

2. On June 10, 2021, Plaintiff filed a motion to extend time to respond to the Motion for Sanctions and Motion to Seal until July 2021, which Defendant opposed. Plaintiff filed a reply in support of the Motion to Extend Time on July 1, 2021. This Court has not yet ruled on Plaintiff's Motion to Extend Time. However, on July 20, 2021, Plaintiff filed her Responses/Oppositions to Defendant's Motion for Sanctions and Motion to Seal, making Defendant's reply briefs in support of the same due on July 27, 2021.

3. On July 20, 2021, Plaintiff also filed her Motion for In Camera Review, making Defendant's Opposition originally due on August 3, 2021.

4. Two of Defendant's lead lawyers are scheduled to be out of the jurisdiction from July 30-August 7, 2021; and July 31-August 16, 2021, respectively.

5. Because of Counsel's travel plans, workload on other matters, and the gravity and complexity of issues raised, additional time is necessary to file the subject Replies and Opposition.

6. Accordingly, the Parties agree that the deadline for Defendant to file Reply Briefs in Support of his Motion for Sanctions [ECF 111] and Motion to Seal [ECF. No. 113] shall be extended from July 27, 2021 to August 13, 2021.

7. The Parties further agree that the deadline for Defendant to Oppose Plaintiff's Motion for In Camera Review shall be extended from August 3, 2021 to August 18, 2021. The deadline for Plaintiff's Reply in Support of the same shall be extended from August 25, 2021 to September 1, 2021.

/ / /

/ / /

8. The Parties stipulate good cause exists for the agreed upon extensions, which are made in good faith and not for purposes of delay.

Respectfully Submitted this 27th day of July, 2021.

| CHRISTIANSEN TRIAL LAWYERS | STOVALL & ASSOCIATES |
|---|---|
| /s/ Kendelee L. Works, Esq. | /s/ Leslie M. Stovall, Esq. |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>KENDELEE L. WORKS, ESQ.<br>Nevada Bar No. 9611<br>KEELY A. PERDUE, ESQ.<br>Nevada Bar No. 13931<br>710 S. 7th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Cristiano Ronaldo* | LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>LARISSA DROHOBYCZER<br>Nevada Bar No. 12316<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff Kathryn Mayorga* |

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of July, 2021.

_____
U. S. MAGISTRATE JUDGE



rom: Les Stovall <les@lesstovall.com>
**Subject: RE: CR adv. Mayorga - draft SAO to extend time**
**Date:** July 27, 2021 at 11:10:08 AM PDT
**To:** Kendelee Works <kworks@christiansenlaw.com>, Ross Moynihan <ross@lesstovall.com>
**Cc:** Maria Hernandez <maria@lesstovall.com>

Ms. Works – your stip and order did not provide time for me to reply to your opp for in camera review. You can file the proposed SAO with my signature with the understanding that when I receive the opp to the motion for in camera review I will need time to reply and will request a stip for that purpose, or you can add 14 days for reply to the proposed stip and order and file it with my e signature- ty/lms

**From:** Kendelee Works <kworks@christiansenlaw.com>
**Sent:** Tuesday, July 27, 2021 10:35 AM
**To:** Les Stovall <les@lesstovall.com>; Ross Moynihan <ross@lesstovall.com>
**Cc:** Maria Hernandez <maria@lesstovall.com>
**Subject:** Fwd: CR adv. Mayorga - draft SAO to extend time

Les/Ross,

Please let me know asap as today is the original deadline for the reply briefs.

Thank you,
KLW