**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-DJA |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | |
| Defendants. ) | |
| _____) | |

### STIPULATION TO STAY ALL DISCOVERY PENDING

### THE COURT'S DECISION ON VARIOUS MOTIONS

### (First Request)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KATHRYN MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN, ESQ., that the parties will stay this action and the process of discovery pending resolution of the defendant's motion for case terminating sanctions and/or to disqualify [ECF 111 and 112], defendant's motion for leave to (i) file under seal exhibits D, P and W to defendant's emergency

motion for case terminating sanctions [ECF 113] and plaintiff's motion for in camera review of the football leaks documents to determine whether the crime/fraud exception applies [ECF 124]. Further, the parties agree to submit a revised discovery plan and proposed scheduling order within 30 days after entry of a decision on the various Motions identified above in the event this matter is not resolved.

The parties have stipulated to stay discovery for the following reasons: Pending before the court are defendant's motion for case terminating sanctions or disqualification of plaintiff's counsel [ECF 111 and 112], defendant's motion for leave to file under seal exhibits D, P and W to defendant's motion emergency motion for case terminating sanctions [ECF 113] and plaintiff's motion for in camera review of the Football Leaks documents to determine whether the crime/fraud exception applies [ECF 124]. The court responded to the filing of defendant's emergency motion for case terminating sanctions and to disqualify Stovall and Associates by determining that expedited consideration was unnecessary, ordering that response and reply briefs be due in the ordinary course, that depositions scheduled on June 23, 24, 25 and 28 not go forward on the schedule dates and be stayed until the court rules on the pending motions and finally ordering that expert deadline is stayed pending ruling on the instant of motion [ECF 114]. The parties stipulated to extend time for the filing of replies and oppositions to August 18, 2021 and September 1, 2021 which this court reduced to order on July 28, 2021 [ECF 128].

Under the current scheduling order, the close of discovery is set for October 31, 2021. Because the court's decision on the pending motions could potentially be case terminating, and at a minimum, likely to impact which documents may be used during the remaining depositions, the parties believe it to be in the best interest of both sides to stay discovery.   If the parties proceed with depositions absent such rulings, their questioning will be significantly limited and

certain witnesses would likely need to be recalled, thereby duplicating time and resources. Additionally, if the court enters case terminating sanctions, all further discovery would be for naught. For these reasons that parties have stipulated to stay discovery pending the court's decisions on the subject motions and request that the court approve their stipulation and order a stay of discovery as requested.

| | |
|---|---|
| Dated this 29, July, 2021<br>STOVALL AND ASSOCIATES<br>/s/ Leslie Mark Stovall<br>_____<br>LESLIE MARK STOVALL, ESQ.<br>Stovall & Associates<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>(702) 258 3034<br>Fax: (702) 258 0093<br>Email: les@lesstovall.com | Dated this 29, July, 2021<br>CHRISTIANSEN TRIAL LAWYERS<br>/s/ Kendelee Work<br>_____<br>PETER S. CHRISTIANSEN, ESQ.<br>KENDELEE LEASCHER WORKS, ESQ.<br>Christiansen Law Office<br>810 Casino Center Blvd., Suite 104<br>Las Vegas, NV 89101<br>(702) 570-9262 |

## ORDER

**IT HEREBY ORDERED** that any further discovery should be stayed pending resolution of the defendant's motion for case terminating sanctions and/or to disqualify [ECF 111 and 112], defendant's motion for leave to (i) file under seal exhibits D, P and W to defendant's emergency motion for case terminating sanctions [ECF 113] and plaintiff's motion for in camera review of the football leaks documents to determine whether the crime/fraud exception applies [ECF 124].

**IT IS FURTHER ORDERED** that the parties shall submit a discovery plan and proposed scheduling order within 30 days after entry of a decision on the defendant's motion for case sanction terminations and/or to disqualify [ECF 111 and 112], defendant's motion for leave to (i) file under seal exhibits D, P and W to defendant's emergency motion for case terminating

sanctions [ECF 113] and plaintiff's motion for in camera review of the football leaks documents to determine whether the crime/fraud exception applies [ECF 124].

DATED this ____ day of July, 2021

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE