

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:    (866) 412-6992

*Attorneys for Defendant Cristiano Ronaldo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KATHRYN MAYORGA, | CASE NO.: 2:19-cv-00168-JAD-DJA |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR *IN CAMERA* REVIEW OF THE FOOTBALL LEAKS DOCUMENTS TO DETERMINE WHETHER THE CRIME/FRAUD EXCEPTION APPLIES [ECF NO. 124]** |
| CRISTIANO RONALDO, | |
| Defendant. | |

Defendant Cristiano Ronaldo hereby submits his Limited Opposition to Plaintiff's Motion to Extend Time to Reply to Defendant's Response to Plaintiff's Motion for In Camera Review of the Football Leaks Documents to Determine Whether the Crime Fraud Exception Applies [ECF No 24]. Defendant once again must file a limited opposition to yet another request by Plaintiff for an extension of a deadline in order to correct the record. By way of stipulation filed and approved by this Court on July 28, 2021 [ECF No. 128], the Parties agreed to afford Plaintiff one additional week in which to file her Reply as to the subject motion, for a total of 14 days from the filing of Defendant's Opposition.  On August 19, Plaintiff's counsel emailed the Defense asking that the August 25, 2021 reply deadline be extended to September 9, 2021. *See* Email

Correspondence attached hereto as **Exhibit A.** Plaintiff's counsel's email provided no reason for the requested extension. *Id.* Defendant's counsel responded with an email attaching the prior stipulation and order [ECF No. 128], which had already extended the Reply deadline from August 25, 2021 to September 1, 2021 – a date Plaintiff's counsel personally selected. Contrary to Plaintiff's assertion that email was blank, it explained in the body of the email that there had already been a stipulation to extend and attached the document for reference. *See* August 19, 2021 email attached hereto as **Exhibit B**. Plaintiff's counsel's assistant then responded stating simply that Mr. Stovall would require additional time beyond September 1, 2021, but again offered no explanation as to the basis for the need. *See* August 20, 2021 Email attached hereto as **Exhibit C.**

As the Court will recall, Plaintiff's Oppositions to the related motions filed by Defendant were not filed until August 20, 2021 - more than 7 weeks from the initial filings on May 27, 2021. *See* ECF Nos. 111, 113, 123 and 125, respectively. Indeed, the only brief Plaintiff has timely filed in this case without need for an extension was the reply in support of her motion for extension of time to file the aforementioned oppositions [ECF No. 122]. While the Defense certainly recognizes the challenges of managing a busy trial practice and family life, Plaintiff's requests for extensions of time in this case are near limitless and often made with little to no explanation justifying such requests. In this particular instance, Plaintiff's counsel provided absolutely no explanation for his need for an additional week beyond the seven-day extension he had already been afforded. Plaintiff's counsel still offers no explanation for selecting September 1, 2021 as the deadline for the instant Reply but then apparently leaving the country despite that the deadline had been set since July 28, 2021.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1  Discovery in this case remains stayed pending the outcome of the instant motion, which
2  arises out of Defendant's motion and request that this Court enter case terminating sanctions.
3  ECF No. 130. Accordingly, like the many others that preceded it, this most recent request only
4  further delays justice and unnecessarily extends the proceedings in this case. As such, Defendant
5  requests that Plaintiff be required to file her Reply in support of the subject motion no later than
6  Friday, September 3, 2021.

7  Dated this 1st day of September, 2021.

8  CHRISTIANSEN TRIAL LAWYERS

9  By_____
10  PETER S. CHRISTIANSEN, ESQ.
    KENDELEE L. WORKS, ESQ.
11  KEELY A. PERDUE, ESQ.
12  *Attorneys for Defendant Cristiano Ronaldo*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5 and LR-5.1, I certify that I am an employee of CHRISTIANSEN TRIAL LAWYERS, and that on this 1st day of September, 2021, I caused the foregoing document entitled **DEFENDANT'S LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR *IN CAMERA* REVIEW OF THE FOOTBALL LEAKS DOCUMENTS TO DETERMINE WHETHER THE CRIME/FRAUD EXCEPTION APPLIES [ECF NO. 124]** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

_____
An employee of Christiansen Trial Lawyers

# Exhibit "A"

Exhibit "A"

From: **Maria Hernandez** maria@lesstovall.com
Subject: RE: Mayorga v. Ronaldo - Deposition of Michaela Tramel
Date: August 19, 2021 at 2:56 PM
To: Kendelee Works kworks@christiansenlaw.com, Peter S. Christiansen pete@christiansenlaw.com
Cc: Jonathan Crain jcrain@christiansenlaw.com, Ross Moynihan ross@lesstovall.com, Esther Barrios Sandoval esther@christiansenlaw.com, Les Stovall les@lesstovall.com, Keely Perdue keely@christiansenlaw.com



Good Afternoon,

Mr. Stovall would like to know if you are willing to sign a stipulation to extend the time for plaintiff's to file her reply currently due on August 25, 2021 be continued to September 9, 2021. Mr. Stovall is scheduled out of jurisdiction until September 1, 2021. Please advise.

Thank you

# Maria Hernandez



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

**From:** Keely Perdue <keely@christiansenlaw.com>
**Sent:** Thursday, July 29, 2021 4:58 PM
**To:** Maria Hernandez <maria@lesstovall.com>
**Cc:** Kendelee Works <kworks@christiansenlaw.com>; Peter S. Christiansen <pete@christiansenlaw.com>; Jonathan Crain <jcrain@christiansenlaw.com>; Ross Moynihan <ross@lesstovall.com>; Esther Barrios Sandoval <esther@christiansenlaw.com>; Les Stovall <les@lesstovall.com>
**Subject:** Re: Mayorga v. Ronaldo - Deposition of Michaela Tramel

# Exhibit "B"

# Exhibit "B"

From: **Kendelee Works** kworks@christiansenlaw.com
Subject: 20210728 Order Granting SAO to Ext Deadlines.pdf
Date: August 19, 2021 at 3:43 PM
To: Maria Hernandez maria@lesstovall.com, **Les Stovall** les@lesstovall.com, **Ross Moynihan** ross@lesstovall.com
Cc: **Peter S. Christiansen** pete@christiansenlaw.com, **Jonathan Crain** jcrain@christiansenlaw.com, **Whitney Barrett** wbarrett@christiansenlaw.com




20210728 Order Grantin...es.pdf

Hi Maria,

Per the last stipulation, we agreed to one additional week on the reply brief, making it due 9/1. I've attached a copy for your reference.

Thanks,
Kendelee

# Exhibit "C"

Exhibit "C"



From: **Maria Hernandez** maria@lesstovall.com
Subject: RE: 20210728 Order Granting SAO to Ext Deadlines.pdf
Date: August 20, 2021 at 1:06 PM
To: Kendelee Works kworks@christiansenlaw.com
Cc: Peter S. Christiansen pete@christiansenlaw.com, Jonathan Crain jcrain@christiansenlaw.com, Whitney Barrett wbarrett@christiansenlaw.com, Les Stovall les@lesstovall.com, Ross Moynihan ross@lesstovall.com

Good Morning Kedelee,

Mr. Stovall needs additional time from September 1, 2021. Mr. Stovall would like to know if you are willing to sign a stipulation to extend the time from September 1 to September 9, 2021. Please advise.

Thank you

# Maria Hernandez



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

**From:** Kendelee Works <kworks@christiansenlaw.com>
**Sent:** Thursday, August 19, 2021 3:44 PM
**To:** Maria Hernandez <maria@lesstovall.com>; Les Stovall <les@lesstovall.com>; Ross Moynihan <ross@lesstovall.com>
**Cc:** Peter S. Christiansen <pete@christiansenlaw.com>; Jonathan Crain <jcrain@christiansenlaw.com>; Whitney Barrett <wbarrett@christiansenlaw.com>
**Subject:** 20210728 Order Granting SAO to Ext Deadlines.pdf