# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kathryn Mayorga,<br><br>             Plaintiff,<br><br>   v.<br><br>Christiano Ronaldo,<br><br>             Defendant. | Case No. 2:19-cv-00168-JAD-DJA<br><br>**Order** |

Before the Court is Plaintiff Kathryn Mayorga's motion to extend time to reply to Plaintiff's motion for an *in-camera* review of the Football Leaks documents (ECF No. 135) and Defendant's response (ECF No. 136). The Court has reviewed the motion and finds that it is not supported by good cause. It thus denies the motion in part.

A motion to extend any date set by an order within 21 days of the subject deadline must be supported by good cause. *See* LR 26-3. Here, Plaintiff claims to show good cause because her counsel has been out of jurisdiction. However, Plaintiff has already extended this deadline (ECF No. 128), which extension the parties requested on July 28, 2021, and which contemplated Plaintiff's counsel's travel plans. Plaintiff's counsel has not explained why his travel plans are still causing him to miss deadlines. Because Plaintiff has not shown good cause to extend the deadline, the Court denies the motion in part. Plaintiff's reply brief shall be due September 7, 2021, by 5:00 P.M PST.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 135) is **denied in part**. Plaintiff's reply brief shall be due Tuesday, September 7, 2021, by 5:00 P.M. PST.

DATED: September 3, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE