UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kathryn Mayorga,<br><br>           Plaintiff,<br><br>vs.<br><br>Cristiano Ronaldo<br><br>           Defendant. | Case No. 2:19-cv-00168-JAD-DJA<br><br>MINUTE ORDER |

**PRESENT: HONORABLE DANIEL J. ALBREGTS, U.S. MAGISTRATE JUDGE**

**DEPUTY CLERK: J. Ries**     **REPORTER: NONE APPEARING**

**COUNSEL FOR PLAINTIFF(S): Leslie Stovall**

**COUNSEL FOR DEFENDANT(S): Peter Christiansen and Kendelee Works**

**MINUTE ORDER IN CHAMBERS:**

On September 17, 2021, Judge Albregts conducted a motions hearing.

**IT IS ORDERED** that a transcript of the proceeding on September 17, 2021, docket #140 be prepared on an expedited basis. Liberty Counters 11:05 - 12:38.

Dated: September 30, 2021

                                              DANIEL J. ALBREGTS, U.S. Magistrate Judge