**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-CWH |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE AN OBJECTION**

**TO THE MAGISTRATE JUDGE'S ORDER AND REPORT AND RECOMMENDATION**

(First Request)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff

KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and

Defendant, CRISTIANO RONALDO, by and through his attorney, PETER S. CHRISTIANSEN

ESQ., that Plaintiff's objection to [ECF No. 143] the Magistrate Judge's Order and Report and Recommendation, currently due on October 20, 202,1 be extended to November 3, 2021

Dated this 19, October, 2021　　　　　　　Dated this 19TH, October, 2021
STOVALL AND ASSOCIATES　　　　　　CHRISTIANSEN TRIAL LAWYERS


/s/ Kendelee Works

_____　　　　　_____
LESLIE MARK STOVALL, ESQ.　　　　　　PETER S. CHRISTIANSEN, ESQ.
Stovall & Associates　　　　　　　　　　KENDELEE LEASCHER WORKS, ESQ.
2301 Palomino Lane　　　　　　　　　　Christiansen Trial Lawyers
Las Vegas, NV 89107　　　　　　　　　　710 South 7th Street
(702) 258 3034　　　　　　　　　　　　Las Vegas, NV 89101
Fax: (702) 258 0093　　　　　　　　　　(702) 240-7979
Email: les@lesstovall.com

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Objection to [ECF No. 143] the Magistrate Judge's Order and Report and Recommendation, currently due on October 20, 2021, be extended to November 3, 2021.

DATED this ____ day of October, 2021

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# Maria Hernandez

| | |
|---|---|
| **From:** | Kendelee Works <kworks@christiansenlaw.com> on behalf of Kendelee Works |
| **Sent:** | Tuesday, October 19, 2021 2:57 PM |
| **To:** | Maria Hernandez; Les Stovall; Ross Moynihan |
| **Cc:** | Keely Perdue; Peter S. Christiansen; Whitney Barrett; Jonathan Crain |
| **Subject:** | CR-Revised stip to extend time for objection |
| **Attachments:** | 2021.10.19 CTL Rev to Stipulation to Extend Time to File an Objection.doc; PastedGraphic-1.png; ATT00001.txt |

Hi Maria,

My revisions are attached in redline.  With those changes accepted, you may submit using my electronic signature.

Kendelee L. Works, Esq.
Christiansen Trial Lawyers
710 South 7th Street, Suite B
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992
 www.christiansenlaw.com

1