**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA, an individual ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CRISTIANO RONALDO, individually, ) <br> Does I-XX and Roe Corporations I-XX; ) <br> Defendants. ) <br> _____ ) | **DJA** <br> 2:19-cv-00168-JAD-~~CWH~~ <br><br><br><br> ECF No. 147 |

## STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE AN OBJECTION TO THE MAGISTRATE JUDGE'S ORDER AND REPORT RECOMMENDATIONS

(First Request)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and Defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN,

ESQ., that Plaintiff's objection to [ECF No. 143] Magistrate's Order and Report and Recommendations, currently due on October 20, 2021, be extended to November 3, 2021.

Plaintiff's counsel seeks a two-week extension of time for the filing of objections to the Magistrate's Order and Report and Recommendations filed October 6, 2021 [ECF 143]. Plaintiff's counsel represents he was unable to complete drafting objections on or before October 20, 2021 for the following reasons:

> 1. Plaintiff counsel was preparing Case No.: A-18-786457-C entitled Ware v. Hardy for pretrial conference and trial in Department 31 of the Clark County District Court at the time of the filing of the magistrate judge's report and recommendation.
>
> 2. On October 6, 2021, the Court entered a minute order notifying the parties the transcript of the September 17, 2021 hearing was available. On October 8, 2021 plaintiff's counsel attempted to order the subject transcript but as of October 19, 2021, had not yet received a copy.
>
> 3. Defendant attached as exhibits to the underlying Motion for Case Terminating Sanctions (ECF. No. 111, Exhibit X), certified translations of decisions from courts in Portugal and Germany. ECF No. 111 was filed May 27, 2021. Attached to Defendants' Reply brief in support of the subject motion was a supplemental declaration of Defendant's prior counsel confirming the foreign court decisions were in response to Defendant's request for injunctive relief to quell further publication of stolen documents. That Reply brief (ECF No. 133) was filed August 13, 2021. This Court held a hearing on these issues on September 7, 2021, and the Magistrate's Report and Recommendations were filed on October 6, 2021. Plaintiff's counsel is now seeking the opinion of a Portuguese and German lawyer as to whether Defendant's foreign petitions asserted the attorney client privilege to protect documents from publication and if so whether the decisions denying the petitions constitute a judgement such that the attorney client privilege does not apply to the information or documents which was the subject of the petitions.
>
> 4. Defendant asserts the record is already complete as to these issues and defers to this Court as to whether good cause for the requested extension exists. However, Defendant does not oppose the requested two-week extension of time.

2:19-cv-00168-JAD-CWH
*STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE AN OBJECTION TO THE MAGISTRATE JUDGE'S ORDER AND REPORT RECOMMENDATIONS*

Dated this 20th, October, 2021
STOVALL AND ASSOCIATES

/s/ Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034
Fax: (702) 258 0093
Email: les@lesstovall.com

Dated this 20th, October, 2021
CHRISTIANSEN TRIAL LAWYERS

/s/ Kendelee L. Works
_____
PETER S. CHRISTIANSEN, ESQ.
KENDELEE LEASCHER WORKS, ESQ.
Christiansen Trial Lawyers
710 7th Street
Las Vegas, NV 89101
(702) 240-7979

### ORDER

Based on the parties' stipulation **[ECF No. 147]** and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's deadline to file objections to the magistrate judge's report and recommendation **[ECF No. 143]** is extended to November 3, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 21, 2021