1  **STIP**
   LESLIE MARK STOVALL, ESQ.
2  Nevada Bar No. 2566
3  ROSS MOYNIHAN, ESQ.
   Nevada Bar No. 11848
4  STOVALL & ASSOCIATES
5  2301 Palomino Lane
   Las Vegas, NV 89107
6  Telephone: (702) 258-3034
   E-service: court@lesstovall.com
7  Attorney for Plaintiff

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

11

12  KATHERINE MAYORGA, an individual   )
                                       )   2:19-cv-00168-JAD-DJA
13             Plaintiff,              )
                                       )
14  vs.                                )
                                       )
15  CRISTIANO RONALDO, individually,   )
    Does I-XX and Roe Corporations I-XX; )
16             Defendants.             )
                                       )
17  _____)

18  **STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE AN OBJECTION**

19  **TO THE MAGISTRATE JUDGE'S ORDER AND**

20  **REPORT RECOMMENDATIONS [ECF 143**

21
    **(Second Request)**
22

23  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff

24  KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and

25  Defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN,

26

27

28

ESQ., that Plaintiff's objection to [ECF No. 143] Magistrate's Order and Report Recommendations, currently due on October 20, 2021 be extended to November 3, 2021.

Plaintiff's counsel seeks a two (2) day extension of time for the filing of objections to the Magistrate's Order and Report and Recommendations filed October 6, 2021 [ECF 143]. Plaintiff's counsel represents he was unable to complete drafting objections on or before November 3, 2021 for the following reasons:

> 1. Plaintiff counsel's office experienced a staff shortage following the Halloween holiday weekend. On Monday, November 1, 2021, Plaintiff counsel was without an assistant to help with edits or completion of the review of the "Football Leaks" documents.
>
> 2. To date, plaintiff's counsel has not received a response from either Portuguese or German lawyers regarding the petitions for injunctive relief filed in their respective countries and needs to edit the plaintiff's objection accordingly.
>
> 3. Plaintiff's counsel staff did not complete a page by page textual review of the "Football Leaks" documents which consisted of approximately 2500 pages until today and the results of that review needs to be incorporated in to the plaintiffs objection.

Defendant defers to this Court as to whether good cause for the requested extension exists. However, Defendant does not oppose the requested additional two day extension of time.

| | |
|---|---|
| Dated this 3rd , November, 2021<br>STOVALL AND ASSOCIATES | Dated this 3rd ,November, 2021<br>CHRISTIANSEN TRIAL LAWYERS |
| /s/ Leslie Mark Stovall | /s/ Kendelee L. Works |
| LESLIE MARK STOVALL, ESQ.<br>Stovall & Associates<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>(702) 258 3034<br>Fax: (702) 258 0093 | PETER S. CHRISTIANSEN, ESQ.<br>KENDELEE LEASCHER WORKS, ESQ.<br>Christiansen Trial Lawyers<br>7810 7TH Street<br>Las Vegas, NV 89101<br>(702) 240-7979 |

Email: les@lesstovall.com

*2:19-cv-00168-JAD-CWH*
*Mayorga v. Ronaldo*
*Stipulation to extend time*

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's objection to [ECF No. 143] the Magistrate's Order and Report and Recommendations, currently due on November 3, 2021 be extended to November 5, 2021.

DATED this _____ day of November, 2021

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE