LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual | Case No.: 2:19-cv-00168-JAD-DJA |
| Plaintiff, | |
| vs. | |
| CRISTIANO RONALDO, individually, Does I-XX and Roe Corporations I-XX; Defendants. | |

## <u>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT</u>

COMES NOW Plaintiff, by and through her attorneys, STOVALL & ASSOCIATES, and files this motion for entry of default. This motion is based upon the pleadings and papers on file herein, the memorandum of points and authorities attached hereto, and any oral argument this Court may entertain should there be a hearing on the motion.

/ / /

/ / /

/ / /

/ / /

/ / /

*Case No.: 2:19-cv-00168-JAD-DJA*
*Mayorga v. Ronaldo*
*Motion for Entry of Default*

Dated this 5th day of November, 2021.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP Rule 55(a) states:

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure shown by affidavit or otherwise, the clerk must enter the party's default.

On January 18, 2019, the plaintiff filed her complaint United States District Court (ECF 1). On March 1, 2019, plaintiff filed a motion for order for alternative service and to extend time for service (ECF 6). On April 8, 2019, the court extended the time for service (ECF 7). On April 9, 2019, an affidavit of the status of foreign services was filed with the court (ECF 8). Service was made under the Hague Convention on April 12, 2019 and proof for service was filed on June 17, 2019 (ECF 16 and 17). Defendant filed its notice of interested parties on June 14, 2019 (ECF 9).

1       On June 14, 2019, the defendant also filed a motion for leave to file a motion to dismiss

2   in excess of 24 pages, a motion to dismiss and seal and supporting documents (ECF 10, 11 and

3
    13). On July 23, 2019, Court denied the defendant's motion to file a motion to dismiss in excess
4
    of 24 pages (ECF 23, page 19:14 – 18). The court granted the defendant's motion to seal to the
5
6   extent of the agreement itself, its exhibits, and associated side agreement, and direct quotes from

7   any of those documents (ECF 23, page 7:1 – 16).

8       On August 8, 2019, the defendant re-filed a motion to compel arbitration (ECF 26).

9
    Plaintiff filed a response (ECF 43) and Errata (ECF 44) on September 23 – 24, 2019. The
10
    defendant filed a reply (ECF 50, sealed version ECF 51) on October 14, 2019. On August 16,
11
12  2019, the defendant refiled a motion to dismiss (ECF 29 and sealed ECF 30). Plaintiff filed a

13  response (ECF 41) on September 20, 2019. The defendant filed a reply (ECF 52) on October 14,

14
    2019. On February 4, 2020, the magistrate judge filed a report and recommendation (ECF 67).
15
    The magistrate judge recommended that defendant's motion to compel arbitration and stay
16
17  proceedings (ECF 26) be granted and that the defendant's motion to dismiss (ECF 29) be denied

18  as moot. (ECF 67). On March 3, 2020, plaintiff filed objections to the magistrate's report and

19  recommendation (ECF 70). The defendant filed response on March 17, 2021 (ECF 71). On

20
    September 30, 2020, the court sustained in part and affirmed in part the report and
21
22  recommendation (ECF 72). "Ronaldo's motion to dismiss (ECF 29) is denied without prejudice

23  to his ability to refile that motion, if necessary, after the court resolves Mayorga's mental –

24  capacity challenge against arbitration." (ECF 72, page 28:3 – 5).

25      FRCP Rule 12(a)(4)(A) requires a responsive pleading be served within 14 days after

26
    notice of the court's action on a motion. Since September 30, 2020, the date of filling of the
27
28  court's order denying the defendant's motion to dismiss (ECF 72), the defendant has not filed an

1  answer in this case. The allegations of the complaint, except for damages, are admitted if a

2  responsive pleading is required and the allegation is not denied. FRCP Rule 8(b)(6).

3

       It appears that the defendant was required to file an answer to the plaintiff's complaint

4

5  within 14 days of the court's September 30, 2020, order and has not done so. Accordingly, the

6  plaintiff seeks this court's order for entry of default and that the allegations of the plaintiff

7  complaint be deemed admitted, except for damages, pursuant the FRCP Rule 8(b)(6).

8       DATED this 5th day of November, 2021.

9

10                       STOVALL & ASSOCIATES

11

12                     _____
                         LESLIE MARK STOVALL, ESQ.
                         Nevada Bar No. 2566

13                     ROSS MOYNIHAN, ESQ.
                         Nevada Bar No. 11848

14                     STOVALL & ASSOCIATES
                         2301 Palomino Lane

15                     Las Vegas, NV 89107

16                     Telephone: (702) 258-3034
                         E-service: court@lesstovall.com

17                     Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on the 5th day of November, 2021, service of the foregoing

3

Motion was made this date through the court's electronic filing system to the following:

4

5

Christiansen Trial Lawyers
710 South 7th Street, Suite B

6

Las Vegas, NV 89101
Phone (702) 240-7979

7

Fax (866) 412-6992
 Attorneys for the defendant

8

9

10

_/s/ Melina Gonzalez_

11

An employee of STOVALL & ASSOCIATES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28