**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-DJA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OBJECTION**

**TO THE MAGISTRATE JUDGE'S ORDER AND**

**REPORT RECOMMENDATIONS [ECF 143**

(Second Request)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and Defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN,

ESQ., that Plaintiff's objection to [ECF No. 143] Magistrate's Order and Report Recommendations, currently due on October 20, 2021 be extended to November 3, 2021.

Plaintiff's counsel seeks a two (2) day extension of time for the filing of objections to the Magistrate's Order and Report and Recommendations filed October 6, 2021 [ECF 143]. Plaintiff's counsel represents he was unable to complete drafting objections on or before November 3, 2021 for the following reasons:

> 1. Plaintiff counsel's office experienced a staff shortage following the Halloween holiday weekend. On Monday, November 1, 2021, Plaintiff counsel was without an assistant to help with edits or completion of the review of the "Football Leaks" documents.
>
> 2. To date, plaintiff's counsel has not received a response from either Portuguese or German lawyers regarding the petitions for injunctive relief filed in their respective countries and needs to edit the plaintiff's objection accordingly.
>
> 3. Plaintiff's counsel staff did not complete a page by page textual review of the "Football Leaks" documents which consisted of approximately 2500 pages until today and the results of that review needs to be incorporated in to the plaintiffs objection.

Defendant defers to this Court as to whether good cause for the requested extension exists. However, Defendant does not oppose the requested additional two day extension of time.

| | |
|---|---|
| Dated this 3rd , November, 2021<br>STOVALL AND ASSOCIATES | Dated this 3rd ,November, 2021<br>CHRISTIANSEN TRIAL LAWYERS |
| /s/ Leslie Mark Stovall | /s/ Kendelee L. Works |
| LESLIE MARK STOVALL, ESQ.<br>Stovall & Associates<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>(702) 258 3034<br>Fax: (702) 258 0093 | PETER S. CHRISTIANSEN, ESQ.<br>KENDELEE LEASCHER WORKS, ESQ.<br>Christiansen Trial Lawyers<br>7810 7TH Street<br>Las Vegas, NV 89101<br>(702) 240-7979 |

Email: les@lesstovall.com

*2:19-cv-00168-JAD-CWH*
*Mayorga v. Ronaldo*
*Stipulation to extend time*

### ORDER

Based on the parties' stipulation [ECF No. 151] and with good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's objection to [ECF No. 143] the Magistrate's Order and Report and Recommendations, currently due on November 3, 2021 be extended to November 5, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 9, 2021
Nunc pro tunc to November 3, 2021