LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nv 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
Court@Lesstovall.Com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO, individually,<br>Does I-XX and Roe Corporations I-XX;<br><br>Defendants. | Case No.: 2:19-cv-00168-JAD-DJA |

### NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT

PLEASE TAKE NOTICE that, Plaintiff, by and through her counsel of record, LESLIE MARK STOVALL, ESQ., of the law firm of STOVALL & ASSOCIATES, hereby give notice of the withdrawal of plaintiff's motion for entry of default [ECF 156].

DATED this 12th day of November, 2021.

STOVALL & ASSOCIATES

/s/ Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November, 2021, service of the foregoing Notice of Withdrawal of Motion was made this date through the court's electronic filing system to the following:

PETER S. CHRISTIANSEN, ESQ.
KENDELEE LEASCHER WORKS, ESQ.
Christiansen Trial Lawyers
7810 7TH Street
Las Vegas, NV 89101
(702) 240-7979

/s/ Melina Gonzalez
An employee of STOVALL & ASSOCIATES