PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 005254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Defendant Cristiano Ronaldo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00168-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE OPPOSITIONS TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION GRANTING DEFENDANT'S MOTION FOR TERMINAL SANCTIONS, PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATION DENYING IN CAMERA REVIEW AND PLAINTIFF'S MOTION TO AMEND ORDER SUSTAINING IN PART OBJECTION AND ADOPTING AND MODIFYING IN PART REPORT & RECOMMENDATION [ECF NOS. 153, 154 AND 152]**<br>**(FIRST REQUEST FOR EXTENSION)** |

　　　　Plaintiff, Kathryn Mayorga, by and through her attorneys, Stovall & Associates, Defendant, Cristiano Ronaldo, by and through his attorneys, Christiansen Trial Lawyers, (collectively referred to as the "PARTIES") enter into the following stipulation and proposed order to allow Defendant Ronaldo an extension of the time in which to file oppositions to

Plaintiff's Objections to Report and Recommendation Granting Defendant's Motion for Terminal Sanctions [ECF No. 153, filed under seal]; Plaintiff's Objection to Magistrate Judge's Recommendation Denying in Camera Review [ECF No. 152, filed under seal]; and Plaintiff's Motion to Amend Order Sustaining in Part Objection and Adopting and Modifying in Part Report and Recommendation [ECF No. 154, filed under seal] (collectively referred to herein as "Plaintiff's Objections and Motion to Amend").

1. Plaintiff's Objections and Motion to Amend were filed on November 5, 2021, making Plaintiff's three opposing briefs due on or before November 19, 2021.

2. Thursday, November 11, 2021, was a federal holiday.

3. One of Defendant's lead lawyers was out of the jurisdiction from November 10- November 14, 2021, for pre-scheduled travel plans.

4. During the week of November 15-19, Defendant's lead lawyers had motion hearings in other matters, a deposition out of state and numerous other opposition deadlines.

5. Because of Counsel's travel plans, workload on other matters, the upcoming Thanksgiving holiday and the gravity and complexity of issues raised, additional time is necessary to oppose Plaintiff's Objections and Motion to Amend.

6. Accordingly, the Parties agree that the deadline for Defendant to file Oppositions to Plaintiff's Objections and Motion to Amend shall be extended for a period of two weeks, that is until December 3, 2021.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. The Parties stipulate good cause exists for the agreed upon extensions, which are made in good faith and not for purposes of delay.

Respectfully Submitted this 18th day of November, 2021.

| CHRISTIANSEN TRIAL LAWYERS | STOVALL & ASSOCIATES |
|---|---|
| /s/ Kendelee L. Works, Esq. | /s/ Leslie M. Stovall, Esq. |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>KENDELEE L. WORKS, ESQ.<br>Nevada Bar No. 9611<br>KEELY A. PERDUE, ESQ.<br>Nevada Bar No. 13931<br>710 S. 7th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Cristiano Ronaldo* | LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>LARISSA DROHOBYCZER<br>Nevada Bar No. 12316<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff Kathryn Mayorga* |

### **ORDER**

IT IS SO ORDERED.

DATED this _____ day of November, 2021.

_____
U. S. DISTRICT JUDGE

3

**From:** Les Stovall les@lesstovall.com
**Subject:** RE: CR adv. Mayorga: draft SAO to extend opp deadlines
**Date:** November 18, 2021 at 3:33 PM
**To:** Kendelee Works kworks@christiansenlaw.com, Maria Hernandez maria@lesstovall.com, Ross Moynihan ross@lesstovall.com
**Cc:** Peter S. Christiansen pete@christiansenlaw.com, Jonathan Crain jcrain@christiansenlaw.com, Whitney Barrett wbarrett@christiansenlaw.com, Keely Perdue keely@christiansenlaw.com

Kendelee- I believe this stip should go to the district court - but you
can use my signature either on this stip or one submitted to the district
court - ty/lms

-----Original Message-----
From: Kendelee Works <kworks@christiansenlaw.com>
Sent: Thursday, November 18, 2021 3:09 PM
To: Les Stovall <les@lesstovall.com>; Maria Hernandez
<maria@lesstovall.com>; Ross Moynihan <ross@lesstovall.com>
Cc: Peter S. Christiansen <pete@christiansenlaw.com>; Jonathan Crain
<jcrain@christiansenlaw.com>; Whitney Barrett
<wbarrett@christiansenlaw.com>; Keely Perdue <keely@christiansenlaw.com>
Subject: CR adv. Mayorga: draft SAO to extend opp deadlines


Les,

The draft stip to extend is attached for your review.  Please let us know
if you have changes or if we may submit with your electronic signature.

Thank you,
KLW