**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO, individually,<br>Does I-XX and Roe Corporations I-XX;<br>Defendants. | 2:19-cv-00168-JAD-DJA<br><br><br><br>ECF No. 165 |

### STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND ORDER SUSTAINING IN PART OBJECTION AND ADOPTING AND MODIFYING IN PART REPORT & RECOMMENDATIONS [ECF 72, SECTION III, P. 24:2-121]
### & ORDER
(First Request)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and defendant, CRISTIANO RONALDO, by and through his attorney KENDELEE L. WORKS,

Page 1

ESQ., that plaintiff's reply to [ECF No. 143] to defendant's response to plaintiff's motion to amend order sustaining in part objection and adopting and modifying in part report & recommendations [ECF 72, Section III, p. 24:2-121] currently due on December 10, 2021 be extended to December 23, 2021.

Plaintiff counsel seeks a two-week extension of time for plaintiff to file a reply to defendant's response to plaintiff's motion to amend order sustaining in part objection and adopting and modifying in part report & recommendations [ECF 72, section III, p. 24:2-121]. Plaintiff counsel was unable to complete drafting reply on or before December 10, 2021 for the following reasons:

1. Plaintiff's counsel was preparing Case No.: A-18-769806-C entitled Ramirez v. Lucky Lucky for pretrial conference and trial in Department 15 of the Clark County District Court

Dated this 10th, December, 2021
STOVALL AND ASSOCIATES

/s/ Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034
Fax: (702) 258 0093
Email: les@lesstovall.com

Dated this 10th, December, 2021
CHRISTIANSEN TRIAL LAWYERS

/s/ Kendelee L. Works
_____
KENDELEE L. WORKS, ESQ.
KENDELEE LEASCHER WORKS, ESQ.
Christiansen Trial Lawyers
710 South 7th Street, Suite B
Las Vegas, NV 89101
(702) 240-7979

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 14, 2021