**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-DJA |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | ECF No. 171 |
| Defendants. ) | |
| ) | |

**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF'S REPLY TO THE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ORDER SUSTAINING IN PART OBJECTION AND ADOPTING AND MODIFYING IN PART REPORT & RECOMMENDATION [ECF 163]**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN, ESQ., that the time for plaintiff's reply to the defendant's opposition to plaintiff's motion to amend order sustaining in part objection and adopting and modifying in part report &

recommendation [ECF 163] currently due on December 23, 2021 be extended to January 7, 2022.

Plaintiff's counsel seeks a two-week extension of time for plaintiff to file a reply to defendant's opposition to plaintiff's motion to amend order sustaining in part objection and adopting and modifying in part report & recommendation [ECF 163]. Plaintiff's counsel was unable to complete a drafting reply on or before December 23, 2021, for the following reasons:

1. Plaintiff's counsel's daughter was hospitalized. Plaintiff's counsel has not had the opportunity to review the documents filed in this case.

| | |
|---|---|
| Dated this 23rd December, 2021<br>STOVALL AND ASSOCIATES | Dated this 23rd December, 2021<br>CHRISTIANSEN TRIAL LAWYERS |
| /s/ Leslie Mark Stovall | /s/ Kendelee L. Works |
| LESLIE MARK STOVALL, ESQ.<br>Stovall & Associates<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>(702) 258 3034<br>Fax: (702) 258 0093<br>Email: les@lesstovall.com | PETER S. CHRISTIANSEN, ESQ.<br>KENDELEE LEASCHER WORKS, ESQ.<br>Christiansen Trial Lawyers<br>710 South 7th Street, Suite B<br>Las Vegas, NV 89101<br>(702) 240-7979 |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's reply to defendant's opposition to plaintiff's motion to amend order sustaining in part objection and adopting and modifying in part report & recommendation [ECF 163] currently due on December 23, 2021, be extended to January 7, 2022.

DATED this 28th day of December, 2021

_____
U.S. District Judge Jennifer A. Dorsey