**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-DJA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | |
| Defendants. ) | |
| ) | |

### STIPULATION TO EXTEND THE TIME FOR THE NEW YORK TIMES COMPANY TO RESPOND TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER [ECF 161]

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN, ESQ., that the deadline for The New York Times Company's oppositions to defendant's motion for a protective order [ECF No. 161] and plaintiff's motion for an injunction [ECF No. 168] and any related motion work, including a motion to intervene, be set for December 29, 2021.

The New York Times Company ("The Times") is not a party to this action but was provided a copy of defendant's motion for a protective order and intends to file a motion to intervene, an opposition to defendant's motion for a protective order [ECF 161], and .an opposition to plaintiff's motion for an injunction [ECF 168].

Plaintiff consents to the participation of The Times.

Defendant reserves the right to oppose intervention by The Times but both the parties waive any arguments that a motion to intervene and accompanying responses to Defendants Motion for Protective Order and Plaintiff's Motion for Injunction are untimely if they are submitted to court by December 29, 2021.

The parties further agree the deadline for Defendant's Opposition to Plaintiff's Motion for Injunction [ECF 168] and the deadline for Defendant's Reply to any opposition The New York Times may file in response to Defendant's Motion for Protective Order [ECF 161] be extended to January 12, 2022.

Good cause exists to set the foregoing deadlines for The Times and for the parties' extensions given the intervening holidays and counsel's travel schedules and because counsel for TheTimes was only recently retained and The Times is not yet a party to this action, and all counsel require additional time to sufficiently prepare the necessary filings. Setting a briefing schedule will promote the efficient, speedy, and just resolution of the motions at hand.

| Dated this 21st December, 2021 | Dated this 21st December, 2021 |
|---|---|
| STOVALL AND ASSOCIATES | CHRISTIANSEN TRIAL LAWYERS |
| /s/ Leslie Mark Stovall | /s/ Kendelee L. Works |
| _____ | _____ |
| LESLIE MARK STOVALL, ESQ. | PETER S. CHRISTIANSEN, ESQ. |
| Stovall & Associates | KENDELEE LEASCHER WORKS, ESQ. |

| | |
|---|---|
| 2301 Palomino Lane | Christiansen Trial Lawyers |
| Las Vegas, NV 89107 | 710 South 7th Street, Suite B |
| (702) 258 3034 | Las Vegas, NV 89101 |
| Fax: (702) 258 0093 | (702) 240-7979 |
| Email: les@lesstovall.com | |

Agreed to by:

MCLETCHIE LAW
*/s/ Margaret A. McLetchie*

_____          _____

Margaret A. McLetchie
McLetchie Law, PLLC
602 S 10th St
Las Vegas, Nevada 89101
(702) 728-5300; maggie@nvlitigation.com
*Counsel for Proposed Intervenor,*
*The New York Times Company*

## **ORDER**

**IT IS HEREBY ORDERED** that The New York Times Company's motion to intervene ,oppposition to defendant's motion for a protective order [ECF 161], and opposition to plaintiff's motion for a protective order [ECF No. 168] be set for December 29, 2021.

DATED this  29th  day of December, 2021

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE