**STIP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KATHRYN MAYORGA, an individual | ) | 2:19-cv-00168-JAD-DJA |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ECF No. 178 |
| CRISTIANO RONALDO, individually, | ) | |
| Does I-XX and Roe Corporations I-XX; | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF AND DEFENDANT'S RESPONSES TO THE NOTICE REGARDING REAL PARTY IN INTEREST'S, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CRIMINAL INVESTIGATIVE FILE [ECF 172] AND THE NEW YORK TIMES COMPANY'S MOTION TO INTERVENE [ECF 176]**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN, ESQ., and REAL PARTY IN INTEREST, LAS VEGAS METROPOLITAN POLICE DEPARTMENT by and through its attorneys NICK D. CROSBY, ESQ., and JACKIE V.

NICHOLS; that the time for Plaintiff and Defendant's responses to the Notice Regarding Real Party In Interest's Las Vegas Metropolitan Police Department, criminal investigative file [ECF 172] currently due on January 11, 2022 be extended to January 18, 2022; and further that responses to The New York Times Company's Motion to Intervene [ECF 175], currently due on January 12, 2022, be extended to January 19, 2022.

Plaintiff's counsel requested a one-week extension of time for Plaintiff to file the foregoing responses.  Defendant did not object and requested a reciprocal extension of time. Plaintiff's counsel was unable to complete drafting the subject responses on or before January 11, 2022, and January 12, 2022, respectively, for the following reasons:

> Plaintiff's counsel and his family were tested positive and suffered Covid-19 virus over the holidays which prevent plaintiff from reviewing and completing plaintiff's response to the notice regarding real party in interest's, Las Vegas Metropolitan Police Department, criminal investigative file [ECF 172].

Defendant's Counsel has also had to dedicate substantial time to preparation for trial in other cases and has experienced staffing shortages associated with the recent uptick in COVID-19 cases.  Accordingly, Defense Counsel likewise asserts good cause for a one-week extension of the response deadlines exists.

| | |
|---|---|
| Dated this 11th January, 2022<br>STOVALL AND ASSOCIATES<br>/s/ Leslie Mark Stovall<br>_____<br>LESLIE MARK STOVALL, ESQ.<br>Stovall & Associates<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>(702) 258 3034<br>Fax: (702) 258 0093<br>Email: les@lesstovall.com | Dated this 11th January, 2022<br>CHRISTIANSEN TRIAL LAWYERS<br>/s/ Kendelee Leascher Works<br>_____<br>PETER S. CHRISTIANSEN, ESQ.<br>KENDELEE LEASCHER WORKS, ESQ.<br>Christiansen Trial Lawyers<br>710 South 7th Street, Suite B<br>Las Vegas, NV 89101<br>(702) 240-7979 |

Dated this 11th January, 2022
MARQUIS AURBACH COFFING

/s/ Jackie V. Nichols
_____
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
JACKIE V. NICHOLS, ESQ.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
ncrosby@maclaw.com

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff and Defendant's responses to the notice regarding real party in interest's, Las Vegas Metropolitan Police Department, criminal investigative file [ECF 172] currently due on January 11, 2022, be extended to January 18, 2022; and further that the parties' responses to The New York Times Company's Motion to Intervene [ECF 175], currently due on January 12, 2022, be extended to January 19, 2022.

DATED this 12th day of January, 2022

_____
UNITED STATES DISTRICT JUDGE