LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN MAYORGA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CRISTIANO RONALDO, individually,<br>Does I-XX and Roe Corporations I-XX;<br>Defendants. | 2:19-cv-00168-JAD-DJA |

**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF AND DEFENDANT'S RESPONSES TO THE NOTICE REGARDING REAL PARTY IN INTEREST'S, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CRIMINAL INVESTIGATIVE FILE [ECF 172] AND THE NEW YORK TIMES COMPANY'S MOTION TO INTERVENE [ECF 176]
(THIRD REQUEST)**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff KATHERINE MAYORGA by and through her attorney LESLIE MARK STOVALL, ESQ. and Defendant, CRISTIANO RONALDO, by and through his attorney PETER S. CHRISTIANSEN, ESQ., that the time for Plaintiff and Defendant's responses to the Notice Regarding Real Party In Interest's Las Vegas Metropolitan Police Department, criminal investigative file [ECF 172] and

that responses to The New York Times Company's Motion to Intervene [ECF 176], currently due on January 25, 2022, be extended to February 8, 2022.

Plaintiff's counsel initially requested a one-week extension of time for Plaintiff to file the foregoing responses. Defendant did not object and requested a reciprocal extension of time. Plaintiff's counsel was unable to complete drafting the subject responses on or before the initial deadline, because Plaintiff's counsel and his family tested positive and suffered the Covid-19 virus over the holidays which prevented Plaintiff from reviewing and completing plaintiff's response to the notice regarding real party in interest, Las Vegas Metropolitan Police Department, criminal investigative file [ECF 172] as well as responding to the New York Times Company's Motion to Intervene [ECF 176].

Defendant's Counsel also had to dedicate substantial time to preparation for trial in other cases and has experienced staffing shortages associated with the recent uptick in COVID-19 cases. Accordingly, Defense Counsel likewise asserted good cause for the initial one week extension of the response deadlines.

Since the time this Court granted the parties second request for extension [ECF 179] making the foregoing responses due on January 25, 2022, respectively, the Parties have been diligently working on their responses. However, the parties are engaged in continued negotiations, in an attempt to resolve and/or further narrow the issues to be determined by this Court. As of the date of filing the instant stipulation, negotiations have not yet reached any final resolution. Accordingly, good cause exists to extend the instant deadline for an additional two weeks in order to allow a continued and meaningful opportunity to exchange draft stipulations to further explore such a resolution. As such, the Parties stipulate to the same.

2:19-cv-00168-JAD-DJA
Mayorga v. Ronaldo
Stipulation to Extend time for Plaintiff and Defendant's responses to [ECF 172, 176]

Dated this 25th January, 2022
STOVALL AND ASSOCIATES
/s/ Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034
Fax: (702) 258 0093
Email: les@lesstovall.com

Dated this 25th January, 2022
CHRISTIANSEN TRIAL LAWYERS
/s/ Kendelee L. Works
_____
PETER S. CHRISTIANSEN, ESQ.
KENDELEE LEASCHER WORKS, ESQ.
Christiansen Trial Lawyers
710 South 7th Street, Suite B
Las Vegas, NV 89101
(702) 240-7979

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff and Defendant's responses to the notice regarding real party in interest's, Las Vegas Metropolitan Police Department, criminal investigative file [ECF 172] and further that the parties' responses to The New York Times Company's Motion to Intervene [ECF 176], currently due on January 25, 2022, be extended to February 8, 2022.

DATED this ____ day of January, 2022

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:
Dated this 25th January, 2022
STOVALL AND ASSOCIATES
/s/ Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034
Fax: (702) 258 0093
Email: les@lesstovall.com

Dated this 25th January, 2022
CHRISTIANSEN TRIAL LAWYERS
/s/ Kendelee L. Works
_____
PETER S. CHRISTIANSEN, ESQ.
KENDELEE LEASCHER WORKS, ESQ.
Christiansen Trial Lawyers
710 South 7th Street, Suite B
Las Vegas, NV 89101
(702) 240-7979