AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Kathryn Mayorga,

                Plaintiff,

v.

Cristiano Ronaldo

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00168-JAD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant against Plaintiff. IT IS ORDERED that this case is DISMISSED with prejudice.

| | |
|---|---|
| 6/10/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Callo |
| | Deputy Clerk |