AO 133   (NVD Rev. 04/2020) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Kathryn Mayorga | ) |
| v. | ) Case No.: 2:19-cv-00168-JAD-DJA |
| Cristiano Ronaldo | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __06/10/2022__ against __Kathryn Mayorga__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 2,297.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 40.80 |
| Fees and disbursements for printing | 17.50 |
| Fees for witnesses *(itemize on page two)* | 270.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | 40,751.03 |
| **TOTAL** | **$ 43,376.83** |

*SPECIAL NOTE:*
*Attach to your bill an itemization and documentation for requested costs in all categories.*
28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

A copy of this bill and attached documentation has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: _(signature)_
Name of Attorney: Peter S. Christiansen

For: __Cristiano Ronaldo__          Date: __06/24/2022__
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of __$14,403.20 See clerk's memorandum.__ and included in the judgment.

__DEBRA K. KEMPI__          By: __/s/ Lia Griffin__          __02/16/2023__
*Clerk of Court*              *Deputy Clerk*              *Date*