UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

Kathryn Mayorga,

                  Plaintiff,

v.

Cristiano Ronaldo,

                  Defendants.

Case No. 2:19-cv-00168-JAD-DJA

CLERK'S MEMORANDUM REGARDING TAXATION OF COSTS

On June 10, 2022, judgment was entered in favor of Cristiano Ronaldo and against Kathryn Mayorga. ECF No. 196. On June 24, 2022, Ronaldo filed a bill of costs at ECF No. 197; on August 10, 2022, Mayorga filed a response to the bill of costs. ECF No. 207. The court deemed the response timely by granting two motions to extend the deadline. ECF No. 210. Ronaldo filed his response on August 27, 2022. ECF No. 215. As a preliminary matter, and addressing Mayorga's "additional objection," the clerk acknowledges Ronaldo as the prevailing party in this matter and taxes costs under 18 U.S.C. §§ 1920, 1921, and 1923; Fed. R. Civ. P. 54(d)(1); and Local Rule 54.

**Fees for service of summons and subpoena:** Amount requested: $2,297.50.

Mayorga objected to costs where the server went to the wrong address, attempted an improper service, when the deposition was vacated, or for duplicate service of process. The clerk finds it normal and reasonable in litigation that multiple service attempts be made for various reasons. Ronaldo explained in his response, and demonstrated in the exhibit attached to it, that the need to hire a professional to locate witnesses was necessary. The clerk overrules these

objections.

Amount allowed: $2,297.50.

**Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:**  Amount requested: $40.80.

Local Rule 54-3 allows for the cost of transcripts of court proceedings if ordered by the court. Magistrate Judge Albregts ordered the transcript on September 30, 2021. ECF No. 141. The clerk overrules this objection.

Amount allowed: $40.80.

**Fees and disbursements for printing:**  Amount requested: $17.50.

No objection was made to this cost.

Amount allowed: $17.50.

**Fees for witnesses:**  Amount requested: $270.00.

Mayorga objected to the witness fees of Jason Mayorga as not necessary. Local Rule 54-5(a) allows fees even if the witness did not testify and Local Rule 54-4(1)(1) allows depositions to be taken for discovery or trial. Ronaldo responded that Jason Mayorga's deposition and witness fee was taken for discovery and the clerk will tax this cost. Mayorga also objected to the remaining fees as the deposition were "vacated by defendant."  A review of the docket reflects that Magistrate Judge Albregts ordered the depositions to be stayed. The clerk finds these fees reasonable in anticipation of the depositions.

Amount allowed: $270.00.

**Other Costs:**  Amount requested: $40,751.03.

Expert fees $19,937.50 are not taxed. Local Rule 54-11(h).

Travel expenses $1,160.65 are not taxed. Local Rule 54-11(k).

Legal Research costs $4,118.00 are not taxed. Local Rule 54-11(g).

Deposition costs $7,378.50. Mayorga objected to the depositions of Jason Mayorga, Cheryl Mayorga, and Larry Mayorga as not necessary or used to support the motion for sanctions. Ronaldo asserted in his response that these depositions were taken for discovery. Mayorga also objected to cancellation fees, but as stated above, the cancellations were resulted

from the court's order. The clerk overrules both objections and taxes deposition costs at $7,378.50.

Translator costs $4,355.10. Mayorga objected to this cost as not supported by an invoice, but the clerk finds invoices attached to the bill of costs. ECF No. 197 pages 56-57. Local Rule 55-5(b) states in part, "[t]he reasonable fee of a competent translator is taxable if the document translated is necessarily filed or admitted into evidence." The clerk finds the translated documents were filed at ECF No. 112 in support of the motion for case terminating sanctions and taxes this cost at $4,355.10.

Investigative costs $3,760.48 are not taxed. Local Rule 54-11(i).

Postage and delivery costs $40.80. No objection was made to this cost. The clerk must tax $40.80 under Local Rule 54-1(d).

Amount allowed: $11,777.40.

Costs are taxed in the amount of **$14,403.20** and are included in the judgment.

Dated: February 16, 2023                              DEBRA K. KEMPI, CLERK

                                                      By:     /s/ Lia Griffin
                                                              Deputy Clerk