**FILED**

FEB 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHRYN MAYORGA, | No. 22-16009 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-00168-JAD-DJA<br>District of Nevada,<br>Las Vegas |
| v. | |
| CRISTIANO RONALDO, | ORDER |
| Defendant-Appellee. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant filed a notice of intent to file publicly the unredacted opening brief and Volumes 1 through 12 of the excerpts of record (Docket Entry No. 16). *See* 9th Cir. R. 27-13(f).

Appellee moves to maintain under seal portions of the opening brief and portions of Volumes 1 through 12 of the excerpts of record, on the grounds that these portions were sealed in the district court, and public filing would infringe upon privacy interests and cause potentially serious and irreparable reputational harm.

Appellant opposes on the ground that appellee's motion to seal is overly broad and does not make a specific showing of compelling reasons.

Appellee's opposed motion (Docket Entry No. 21) to file under seal portions of the opening brief and Volumes 1 through 12 of the excerpts of record is granted,

MKS/MOATT

subject to reconsideration by the merits panel.  The Clerk will unseal the notice (Docket Entry No. 16-1) and file publicly the motion to seal (Docket Entry No. 21-1).  The Clerk will also file publicly the Index Volume and Volume 1 of the excerpts of record (Docket Entry Nos. 16-3, 16-4).

The Clerk will file under seal the unredacted opening brief and Volumes 2 through 12 of the excerpts of record (Docket Entry Nos. 16-2, 16-5 through 16-15).  The Clerk will maintain under seal Docket Entry No. 26.

Within 21 days of this order, appellant must submit for public filing a redacted version of the opening brief that tracks the redactions set forth in Exhibit A to the motion to seal.  The page numbering and citations in the public brief must remain the same as in the sealed brief.

Appellee's unopposed motion (Docket Entry No. 29) for an extension of time to file the answering brief is granted.  The answering brief is due March 20, 2023.  The optional reply brief is due within 21 days after service of the answering brief.