LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN MAYORGA, an individual ) | |
| ) | 2:19-cv-00168-JAD-DJA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CRISTIANO RONALDO, individually, ) | |
| Does I-XX and Roe Corporations I-XX; ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND THE TIME FOR LESLIE MARK STOVALL ESQ. TO FILE MOTION TO STAY AND TO EXTEND THE AUTOMATIC STAY PROVIDED (FIRST REQUEST)**

The parties through their respective counsel hereby stipulate to extend the time for Leslie Mark Stovall, Esq. to file a motion to stay execution of judgment pursuant to Rule 62(a) and to extend the automatic stay provided by Rule 62(a) to April 13, 2023. This is the first extension requested.

/ / /

/ / /

/ / /

*2:19-cv-00168-JAD-DJA*
*Mayorga v. Ronaldo*
*Stipulation to Extend*

| | |
|---|---|
| Dated this 14th day of March, 2023 | Dated this 14th day of March, 2023. |
| STOVALL AND ASSOCIATES | CHRISTIANSEN TRIAL LAWYERS |
| */s/ Leslie Stovall* | */s/ Kendelee Works* |
| _____ | _____ |
| LESLIE MARK STOVALL, ESQ. | PETER S. CHRISTIANSEN, ESQ. |
| Stovall & Associates | KENDELEE LEASCHER WORKS, ESQ. |
| 2301 Palomino Lane | Christiansen Trial Lawyers |
| Las Vegas, NV 89107 | 710 South 7th Street, Suite B |
| (702) 258 3034 | Las Vegas, NV 89101 |
| Fax: (702) 258 0093 | (702) 240-7979 |
| Email: les@lesstovall.com | |

**ORDER**

**IT IS SO ORDERED** this \_\_\_\_ day of March 2023.

_____
U.S. District Court Judge

Respectfully Submitted:

Dated this 14th  March, 2023

STOVALL AND ASSOCIATES

*/s/ Leslie Stovall*

_____
LESLIE MARK STOVALL, ESQ.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034
Fax: (702) 258 0093
Email: les@lesstovall.com