LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KATHRYN MAYORGA, an individual )
) 2:19-cv-00168-JAD-DJA
Plaintiff, )
vs. )
)
CRISTIANO RONALDO, individually, )
Does I-XX and Roe Corporations I-XX; )
Defendants. )
_____ )

**STIPULATION TO EXTEND THE TIME FOR LESLIE MARK STOVALL ESQ. TO FILE MOTION TO STAY AND TO EXTEND THE AUTOMATIC STAY PROVIDED (FIRST REQUEST)**

The parties through their respective counsel hereby stipulate to extend the time for Leslie Mark Stovall, Esq. to file a motion to stay execution of judgment pursuant to Rule 62(a) and to extend the automatic stay provided by Rule 62(a) to April 13, 2023. This is the first extension requested.

The reasons for this extension request are: Plaintiff's counsel returned to his office from vacation on February 14, 2023 to prepare for trial of *Bailey v. Crockett*, Case A-20-816577-C and *Diaz v. Wolf*, Case A-20-818587-C in the Clark County District Court and to transition the files and staff of attorney Mark Braun, Esq. who was retiring and leaving Stovall and Associates

as of March 3, 2023. At calendar call, the *Bailey v. Crockett* case was set to commence trial on March 13, 2023 and the *Diaz v. Wolfe* case was continued to the May 2023 stack. On March 10, 2023, the court notified counsel's office that the trial of the *Bailey* case was continued to April 11, 2023. The review and reassignment of Mr. Braun's files and staff and preparation for the *Bailey* and *Diaz* trials prevented plaintiff's counsel from completing the motion for stay execution of judgment pending appeal prior to the running the thirty (30) day time limit of Rule 62(a). For these reasons good cause exists to extend the time for filing the motion to stay execution of judgment pursuant to Rule 62(a) and to extend the automatic stay provided by Rule 62(a) to April 13, 2023.

Dated this 16th day of March, 2023
STOVALL AND ASSOCIATES

/s/Leslie Mark Stovall
LESLIE MARK STOVALL, ESQ.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034

Dated this 16th day of March, 2023.
CHRISTIANSEN TRIAL LAWYERS

/s/Kendelee Works
PETER S. CHRISTIANSEN, ESQ.
KENDELEE LEASCHER WORKS, ESQ.
Christiansen Trial Lawyers
710 South 7th Street, Suite B
Las Vegas, NV 89101

## ORDER

**IT IS SO ORDERED** this  20th  day of March 2023.

_____
U.S. District Court Judge

Respectfully Submitted:

/s/Leslie Mark Stovall
LESLIE MARK STOVALL, ESQ.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258 3034
Fax: (702) 258 0093