**FILED**

JUL 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHRYN MAYORGA, | No.   22-16009 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-00168-JAD-DJA<br>District of Nevada,<br>Las Vegas |
| v. | |
| CRISTIANO RONALDO, | ORDER |
| Defendant-Appellee. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's opposed motion (Docket Entry No. 44) to file under seal the unredacted answering brief and Volume 2 of the supplemental excerpts of record is granted, subject to reconsideration by the merits panel.

The Clerk will file publicly appellee's motion to seal (Docket Entry No. 44-1), the redacted answering brief (Docket Entry No. 46), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 43).

The Clerk will file under seal the unredacted answering brief (Docket Entry No. 44-2) and Volume 2 of the supplemental excerpts of record (Docket Entry No. 44-3).

The replacement reply brief remains due July 17, 2023.

OSA145