**FILED**

**DEC 5 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>CRISTIANO RONALDO,<br><br>      Defendant-Appellee. | No.   22-16009<br><br>D.C. No.<br>2:19-cv-00168-JAD-DJA<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before: RAWLINSON and OWENS, Circuit Judges, and FITZWATER,[*] District Judge.

Appellant's December 1, 2023 Motion for Extension of Time [Dkt. No. 87] is GRANTED, and she must file her petition for rehearing en banc no later than December 18, 2023.

---

[*] The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.