UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHRYN MAYORGA,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>CRISTIANO RONALDO,<br><br>        Defendant - Appellee. | No. 22-16009<br><br>D.C. No. 2:19-cv-00168-JAD-DJA<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered November 21, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $163.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT